**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): ________________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Avon Place LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   88-3898331

4. **Debtor's address**

   **Principal place of business**

   710 Avenue L
   Number Street

   Brooklyn NY 11230
   City State ZIP Code

   Kings County
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   44, 46, 47, 48 Avonwood Road
   Number Street

   Avon CT 06001
   City State ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ________________________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ________ When ________ Case number ________
  MM / DD / YYYY
  District ________ When ________ Case number ________
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ________ Relationship ________
  District ________ When ________
  MM / DD / YYYY
  Case number, if known ________

Debtor Avon Place LLC
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [ ] No
- [x] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [x] Other Fire Damage

**Where is the property?** 44 Avonwood Road
Number Street

Avon CT 06001
City State ZIP Code

**Is the property insured?**

- [ ] No
- [x] Yes. Insurance agency Avalon Risk Management

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [x] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/21/2025
MM / DD / YYYY

✘ /s/ David Goldwasser
Signature of authorized representative of debtor

David Goldwasser
Printed name

Title CRO

**18. Signature of attorney**

✘ /s/ Mark Frankel
Signature of attorney for debtor

Date 03/21/2025
MM / DD / YYYY

Mark Frankel
Printed name

Backenroth Frankel & Krinsky, LLP
Firm name

488 Madison Avenue FL 23
Number Street

NEW YORK
City

NY
State

10022-7658
ZIP Code

212-593-1100
Contact phone

mfrankel@bfklaw.com
Email address

3010238
Bar number

NY
State

**Fill in this information to identify the case:**

Debtor name Avon Place LLC

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): ______________________

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | New England Yankee Construction LLC<br>34 High Street<br>West Haven, CT, 06516 | | Suppliers or Vendors | | | | 503,000.00 |
| 2 | Town of Avon<br>60 W Main Street<br>Avon, CT, 06001 | | Suppliers or Vendors | | | | 289,013.89 |
| 3 | CT Water<br>93 W Main Street<br>Clinton, CT, 06413 | | Suppliers or Vendors | | | | 90,579.25 |
| 4 | Benjamin Potok<br>747 Farmington Avenue<br>New Britain, CT, 06053 | | Services | | | | 50,000.00 |
| 5 | Hamlin Contracting<br>275 Ridge Road<br>Wethersfield, CT, 06109 | | Suppliers or Vendors | | | | 46,419.92 |
| 6 | Call the Bee<br>7 Eastview Drive<br>Farmington, CT, 06032 | | Suppliers or Vendors | | | | 42,726.98 |
| 7 | Bouras Landscaping<br>255 Main Street<br>Unionville, CT, 06085 | | Suppliers or Vendors | | | | 41,334.62 |
| 8 | Orange Cleaning<br>1175 State Street<br>New Haven, CT, 06511 | | Suppliers or Vendors | | | | 34,197.56 |

Debtor Avon Place LLC Case number (if known)
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Otis Elevator<br>1 Carrier Place<br>Farmington, CT, 06032 | | Suppliers or Vendors | | | | 19,497.24 |
| 10 | CNG<br>76 Meadow St<br>East Hartford, CT, 06108 | | Suppliers or Vendors | | | | 10,652.00 |
| 11 | Eversource<br>107 Selden Street Berlin, CT 06037<br>Berlin, CT, 06037 | | Suppliers or Vendors | | | | 8,525.63 |
| 12 | All Waste<br>143 Murphy Rd.<br>Hartford, CT, 06114 | | Suppliers or Vendors | | | | 6,220.65 |
| 13 | Comcast<br>81 Albany Turnpike<br>Canton, CT, 06019 | | Suppliers or Vendors | | | | 2,420.28 |
| 14 | Braman Pest Control<br>111Phoenix Crossing<br>Bloomfield, CT, 06002 | | Suppliers or Vendors | | | | 1,776.07 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**ACTION BY WRITTEN CONSENT**
**OF SOLE MEMBER OF**
**AVON PLACE LLC**

March 18, 2025

The undersigned constituting the authorized signatory of **AVON PLACE LLC**, a limited liability company organized under the laws of the State of Connecticut (the "***Company***"), does hereby consent, approve and adopt the following resolutions, with the same force and effect as if duly adopted at a meeting of the members of the Company:

**WHEREAS**, the undersigned has determined that the commencement by the Company of a bankruptcy proceeding under chapter 11 of title 11 of the United States Code by filing a petition in the United States Bankruptcy Court for the Eastern District of New York for the Company (the "***Bankruptcy Proceedings***") is in the best interest of the Company and its stakeholders.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the undersigned has determined that it is in the best interest of the Company to commence the Bankruptcy Proceedings;

**RESOLVED FURTHER** that David Goldwasser, Chief Restructuring Officer, be, and is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that Backenroth Frankel & Krinsky, LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Bankruptcy Proceedings, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Proceedings, and to cause to be filed an appropriate application for authority to retain services of Backenroth Frankel & Krinsky, LLP;

**RESOLVED FURTHER**, that is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as David Goldwasser, Chief Restructuring Officer, may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the acts and transactions taken by David Goldwasser, Chief Restructuring Officer, in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**AVON PLACE LLC**

box SIGN 15JJ9VVW-4WQY8X38

By: ______________________
David Goldwasser, CRO
Authorized Signatory

44 Avonwood Road Credit LLC
c/o Ford & Paulekas, LLP
280 Trumbull Street
Hartford, CT 06103

Abdullatif Althbyany
48 Avonwood Rd.
217
Avon, CT 06001

Adam Arakelian
47 Avonwood Rd.
306
Avon, CT 06001

Ahron Rudich
710 Avenue L
Brooklyn, NY

Ahron Rudich
710 Avenue L
Brooklyn
NY 11230

Alexander Nguyen
47 Avonwood Rd.
109
Avon, CT 06001

All Waste
143 Murphy Rd.
Hartford, CT 06114

Altbanq Lending LLC
477 Madison Avenue
24th Floor
New York, NY 10022

Amanda Nowak
48 Avonwood Rd.
310
Avon, CT 06001

Amy Arlin
47 Avonwood Rd.
314
Avon, CT 06001

Asha Ismail
47 Avonwood Rd.
202
Avon, CT 06001

Ashish Sinha
48 Avonwood Rd.
121
Avon, CT 06001

Barbara Paine
47 Avonwood Rd.
204
Avon, CT 06001

Benjamin Potok
747 Farmington Avenue
New Britain, CT 06053

Bernie Hernandez, Shirley Hernandez, Rachel H
48 Avonwood Rd.
320
Avon, CT 06001

Bouras Landscaping
255 Main Street
Unionville, CT 06085

Braman Pest Control
111Phoenix Crossing
Bloomfield, CT 06002

Breanna Macomber, Colin Dwyer
48 Avonwood Rd.
113
Avon, CT 06001

Call the Bee
7 Eastview Drive
Farmington, CT 06032

Carmen Baig
47 Avonwood Rd.
203
Avon, CT 06001

Cassondra Tinley
48 Avonwood Rd.
212
Avon, CT 06001

Chelsea Walsh, Brian Miller
48 Avonwood Rd.
207
Avon, CT 06001

City of New York
c/o New York City Law Dept
100 Church St
New York, NY 10007

CNG
76 Meadow St
East Hartford, CT 06108

Cole Haymond
47 Avonwood Rd.
212
Avon, CT 06001

Comcast
81 Albany Turnpike
Canton, CT 06019

CT Water
93 W Main Street
Clinton, CT 06413

Davien Barnes, Alyssa Berthiaume
48 Avonwood Rd.
311
Avon, CT 06001

Devon Root
47 Avonwood Rd.
104
Avon, CT 06001

Devon Winn
47 Avonwood Rd.
217
Avon, CT 06001

Donna McCormick
48 Avonwood Rd.
211
Avon, CT 06001

Dorcas Mensah
47 Avonwood Rd.
303
Avon, CT 06001

Douglas Brown
47 Avonwood Rd.
315
Avon, CT 06001

Elijah Rosenthal
48 Avonwood Rd.
306
Avon, CT 06001

Elizabeth Soker
47 Avonwood Rd.
211
Avon, CT 06001

Elliot Pollock
48 Avonwood Rd.
216
Avon, CT 06001

Eversource
107 Selden Street Berlin, CT 06037
Berlin, CT 06037

Fabializ Najera, Maria Rivera
48 Avonwood Rd.
112
Avon, CT 06001

Felipe Rodriguez, Ronnie Palma
47 Avonwood Rd.
210
Avon, CT 06001

Frank Moynihan, Sharon Moynihan
47 Avonwood Rd.
110
Avon, CT 06001

Gayane Genov, Gregoriy Genov
48 Avonwood Rd.
218
Avon, CT 06001

Hamlin Contracting
275 Ridge Road
Wethersfield, CT 06109

Idrissa Thioune
47 Avonwood Rd.
112
Avon, CT 06001

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Jaagruti Mishra
48 Avonwood Rd.
317
Avon, CT 06001

Jeffrey Sherman
48 Avonwood Rd.
314
Avon, CT 06001

Jennifer Gomez
48 Avonwood Rd.
116
Avon, CT 06001

Joanne Madsen
48 Avonwood Rd.
118
Avon, CT 06001

John Parent, Nicole Parent
48 Avonwood Rd.
117
Avon, CT 06001

John Pendleton
48 Avonwood Rd.
208
Avon, CT 06001

Jordan Gomes
48 Avonwood Rd.
111
Avon, CT 06001

Joshua McLamb
48 Avonwood Rd.
108
Avon, CT 06001

Joshua Popielarczyk
47 Avonwood Rd.
111
Avon, CT 06001

Karen Cosgrove
46 Avonwood Rd.
46-A
Avon, CT 06001

Karissa Kudile, Jeffrey Kudile
47 Avonwood Rd.
115
Avon, CT 06001

Karthik Jayaraman
47 Avonwood Rd.
209
Avon, CT 06001

Kathleen Romano, Nicholas Ramano
47 Avonwood Rd.
207
Avon, CT 06001

Kenneth Heyne
48 Avonwood Rd.
104
Avon, CT 06001

Kevin Wickstrom, Grace Wickstrom
48 Avonwood Rd.
119
Avon, CT 06001

Kirby Huget
48 Avonwood Rd.
205
Avon, CT 06001

Konstantia Papapateras
48 Avonwood Rd.
305
Avon, CT 06001

Kwame Appiah, Love Amoah
47 Avonwood Rd.
309
Avon, CT 06001

Kyle Pisko
47 Avonwood Rd.
218
Avon, CT 06001

Laura Fern
47 Avonwood Rd.
114
Avon, CT 06001

Linda March
47 Avonwood Rd.
305
Avon, CT 06001

Lindsey Smith, Skylar Fox, Lilli Jones
47 Avonwood Rd.
216
Avon, CT 06001

Lora Anderson, Andrei Atsian
47 Avonwood Rd.
313
Avon, CT 06001

Manickavel Ramar
48 Avonwood Rd.
206
Avon, CT 06001

Mary Ellen Jenson
48 Avonwood Rd.
106
Avon, CT 06001

Max Rook
48 Avonwood Rd.
307
Avon, CT 06001

Meaghan Engel, Christopher Cassis
48 Avonwood Rd.
319
Avon, CT 06001

Mercy Nyaata
47 Avonwood Rd.
103
Avon, CT 06001

Michael Sullivan
47 Avonwood Rd.
117
Avon, CT 06001

Muthukrishnan, Krishnasamy Sundararajan
48 Avonwood Rd.
109
Avon, CT 06001

New England Yankee Construction LLC
34 High Street
West Haven, CT 06516

New Haven Villages LLC
710 Avenue L
Brooklyn, NY 11230

New York State Dept Finance
Bankruptcy Unit
POB 5300
Albany, NY 12205

Noelle Hill
47 Avonwood Rd.
301
Avon, CT 06001

NYC Dept Bldgs
280 Broadway
New York, NY 10007

NYC Dept Env. Prot.
59-17 Junction Blvd Fl 13
Elmhurst, NY 11373

NYC Dept. Finance
375 Pearl Street 30th Fl
Attn: Legal Affairs
Brooklyn, NY 11201

NYC Housing Pres. Dev.
100 Gold St
New York, NY 10038

NYC Water Board
POB 11863
Newark, NJ 07101

NYS Attorney General
28 Liberty St.
New York, NY 10005

Office of United States Trustee
One Bowling Green
New York, NY 10007

Orange Cleaning
1175 State Street
New Haven, CT 06511

Otis Elevator
1 Carrier Place
Farmington, CT 06032

Quincy Biggs
47 Avonwood Rd.
220
Avon, CT 06001

Rachel Kennedy
47 Avonwood Rd.
318
Avon, CT 06001

Ravinder Rishi
47 Avonwood Rd.
116
Avon, CT 06001

Rebecca Bowling
48 Avonwood Rd.
110
Avon, CT 06001

Rick Thomas
47 Avonwood Rd.
312
Avon, CT 06001

Robin Lindsey
48 Avonwood Rd.
203
Avon, CT 06001

Rohit Kumar
48 Avonwood Rd.
103
Avon, CT 06001

Rohitkumar Babulal Patel
48 Avonwood Rd.
204
Avon, CT 06001

Sahirah Muhammad
48 Avonwood Rd.
308
Avon, CT 06001

Sandy Knight
47 Avonwood Rd.
108
Avon, CT 06001

Sara Thanh, Chanthan Thanh
47 Avonwood Rd.
118
Avon, CT 06001

Seenivasan Somasundaram
48 Avonwood Rd.
221
Avon, CT 06001

Senthil Chidambaram
47 Avonwood Rd.
206
Avon, CT 06001

Sheldon Schwartz
48 Avonwood Rd.
312
Avon, CT 06001

Siji John
47 Avonwood Rd.
214
Avon, CT 06001

Sriram Suresh
47 Avonwood Rd.
208
Avon, CT 06001

Suresh Kumar
48 Avonwood Rd.
302
Avon, CT 06001

Tammy Samperi
46 Avonwood Rd.
B
Avon, CT 06001

Tania Pimentel
48 Avonwood Rd.
316
Avon, CT 06001

Tara Dean, Christopher Porylo
47 Avonwood Rd.
310
Avon, CT 06001

Tom Preston
47 Avonwood Rd.
107
Avon, CT 06001

Town of Avon
60 W Main Street
Avon, CT 06001

Travis Schoen
47 Avonwood Rd.
320
Avon, CT 06001

United States Attorney
1 Saint Andrews Plaza
New York, NY 10007

United States SEC
Attn: Bankruptcy
200 Vesey St. Suite 400

Venkata Miriyala, Diyana Miriyala
47 Avonwood Rd.
319
Avon, CT 06001

Vijay Krishna
47 Avonwood Rd.
120
Avon, CT 06001

Waseem Islam
48 Avonwood Rd.
313
Avon, CT 06001

Weiling Li
48 Avonwood Rd.
202
Avon, CT 06001

United States Bankruptcy Court
Eastern District of New York

In re: Avon Place LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/21/2025

/s/ David Goldwasser
Signature of Individual signing on behalf of debtor

CRO
Position or relationship to debtor