# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 3/24/2025 |
| Case: 1−25−41368−jmm | Form ID: 309F1 | Total: 123 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db          Avon Place LLC        710 Avenue L        Brooklyn, NY 11230
aty         Mark A. Frankel       Backenroth Frankel & Krinsky, LLP        488 Madison Ave., 23rd Floor        New York,
            NY 10022
smg         United States of America       Secretary of the Treasury        15th Street & Pennsylvania Ave.
            NW        Washington, DC 20220
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
smg         Office of the United States Trustee        Eastern District of NY (Brooklyn)        Alexander Hamilton Custom
            House        One Bowling Green, Room 510        New York, NY 10004−1408
10478550    44 Avonwood Road Credit LLC        c/o Ford & Paulekas, LLP        280 Trumbull Street        Hartford, CT
            06103
10478551    Abdullatif Althbyany        48 Avonwood Rd.        217        Avon, CT 06001
10478552    Adam Arakelian        47 Avonwood Rd.        306        Avon, CT 06001
10478554    Ahron Rudich        710 Avenue L        Brooklyn        NY 11230
10478553    Ahron Rudich        710 Avenue L        Brooklyn, NY
10478555    Alexander Nguyen        47 Avonwood Rd.        109        Avon, CT 06001
10478556    All Waste        143 Murphy Rd.        Hartford, CT 06114
10478557    Altbanq Lending LLC        477 Madison Avenue        24th Floor        New York, NY 10022
10478558    Amanda Nowak        48 Avonwood Rd.        310        Avon, CT 06001
10478559    Amy Arlin        47 Avonwood Rd.        314        Avon, CT 06001
10478560    Asha Ismail        47 Avonwood Rd.        202        Avon, CT 06001
10478561    Ashish Sinha        48 Avonwood Rd.        121        Avon, CT 06001
10478562    Barbara Paine        47 Avonwood Rd.        204        Avon, CT 06001
10478563    Benjamin Potok        747 Farmington Avenue        New Britain, CT 06053
10478564    Bernie Hernandez, Shirley Hernandez, Rachel H        48 Avonwood Rd.        320        Avon, CT 06001
10478565    Bouras Landscaping        255 Main Street        Unionville, CT 06085
10478566    Braman Pest Control        111Phoenix Crossing        Bloomfield, CT 06002
10478567    Breanna Macomber, Colin Dwyer        48 Avonwood Rd.        113        Avon, CT 06001
10478573    CNG        76 Meadow St        East Hartford, CT 06108
10478576    CT Water        93 W Main Street        Clinton, CT 06413
10478568    Call the Bee        7 Eastview Drive        Farmington, CT 06032
10478569    Carmen Baig        47 Avonwood Rd.        203        Avon, CT 06001
10478570    Cassondra Tinley        48 Avonwood Rd.        212        Avon, CT 06001
10478571    Chelsea Walsh, Brian Miller        48 Avonwood Rd.        207        Avon, CT 06001
10478572    City of New York        c/o New York City Law Dept        100 Church St        New York, NY 10007
10478574    Cole Haymond        47 Avonwood Rd.        212        Avon, CT 06001
10478575    Comcast        81 Albany Turnpike        Canton, CT 06019
10478577    Davien Barnes, Alyssa Berthiaume        48 Avonwood Rd.        311        Avon, CT 06001
10478578    Devon Root        47 Avonwood Rd.        104        Avon, CT 06001
10478579    Devon Winn        47 Avonwood Rd.        217        Avon, CT 06001
10478580    Donna McCormick        48 Avonwood Rd.        211        Avon, CT 06001
10478581    Dorcas Mensah        47 Avonwood Rd.        303        Avon, CT 06001
10478582    Douglas Brown        47 Avonwood Rd.        315        Avon, CT 06001
10478583    Elijah Rosenthal        48 Avonwood Rd.        306        Avon, CT 06001
10478584    Elizabeth Soker        47 Avonwood Rd.        211        Avon, CT 06001
10478585    Elliot Pollock        48 Avonwood Rd.        216        Avon, CT 06001
10478586    Eversource        107 Selden Street Berlin, CT 06037        Berlin, CT 06037
10478587    Fabializ Najera, Maria Rivera        48 Avonwood Rd.        112        Avon, CT 06001
10478588    Felipe Rodriguez, Ronnie Palma        47 Avonwood Rd.        210        Avon, CT 06001
10478589    Frank Moynihan, Sharon Moynihan        47 Avonwood Rd.        110        Avon, CT 06001
10478590    Gayane Genov, Gregoriy Genov        48 Avonwood Rd.        218        Avon, CT 06001
10478591    Hamlin Contracting        275 Ridge Road        Wethersfield, CT 06109
10478592    Idrissa Thioune        47 Avonwood Rd.        112        Avon, CT 06001
10478593    Internal Revenue Service        POB 7346        Philadelphia, PA 19101
10478594    Jaagruti Mishra        48 Avonwood Rd.        317        Avon, CT 06001
10478595    Jeffrey Sherman        48 Avonwood Rd.        314        Avon, CT 06001
10478596    Jennifer Gomez        48 Avonwood Rd.        116        Avon, CT 06001
10478597    Joanne Madsen        48 Avonwood Rd.        118        Avon, CT 06001
10478598    John Parent, Nicole Parent        48 Avonwood Rd.        117        Avon, CT 06001
10478599    John Pendleton        48 Avonwood Rd.        208        Avon, CT 06001
10478600    Jordan Gomes        48 Avonwood Rd.        111        Avon, CT 06001
10478601    Joshua McLamb        48 Avonwood Rd.        108        Avon, CT 06001
10478602    Joshua Popielarczyk        47 Avonwood Rd.        111        Avon, CT 06001
10478603    Karen Cosgrove        46 Avonwood Rd.        46−A        Avon, CT 06001
10478604    Karissa Kudile, Jeffrey Kudile        47 Avonwood Rd.        115        Avon, CT 06001
10478605    Karthik Jayaraman        47 Avonwood Rd.        209        Avon, CT 06001
10478606    Kathleen Romano, Nicholas Ramano        47 Avonwood Rd.        207        Avon, CT 06001
10478607    Kenneth Heyne        48 Avonwood Rd.        104        Avon, CT 06001
```

| | | | | | |
|---|---|---|---|---|---|
| 10478608 | Kevin Wickstrom, Grace Wickstrom | 48 Avonwood Rd. | 119 | Avon, CT 06001 | |
| 10478609 | Kirby Huget | 48 Avonwood Rd. | 205 | Avon, CT 06001 | |
| 10478610 | Konstantia Papapateras | 48 Avonwood Rd. | 305 | Avon, CT 06001 | |
| 10478611 | Kwame Appiah, Love Amoah | 47 Avonwood Rd. | 309 | Avon, CT 06001 | |
| 10478612 | Kyle Pisko | 47 Avonwood Rd. | 218 | Avon, CT 06001 | |
| 10478613 | Laura Fern | 47 Avonwood Rd. | 114 | Avon, CT 06001 | |
| 10478614 | Linda March | 47 Avonwood Rd. | 305 | Avon, CT 06001 | |
| 10478615 | Lindsey Smith, Skylar Fox, Lilli Jones | 47 Avonwood Rd. | 216 | Avon, CT 06001 | |
| 10478616 | Lora Anderson, Andrei Atsian | 47 Avonwood Rd. | 313 | Avon, CT 06001 | |
| 10478617 | Manickavel Ramar | 48 Avonwood Rd. | 206 | Avon, CT 06001 | |
| 10478618 | Mary Ellen Jenson | 48 Avonwood Rd. | 106 | Avon, CT 06001 | |
| 10478619 | Max Rook | 48 Avonwood Rd. | 307 | Avon, CT 06001 | |
| 10478620 | Meaghan Engel, Christopher Cassis | 48 Avonwood Rd. | 319 | Avon, CT 06001 | |
| 10478621 | Mercy Nyaata | 47 Avonwood Rd. | 103 | Avon, CT 06001 | |
| 10478622 | Michael Sullivan | 47 Avonwood Rd. | 117 | Avon, CT 06001 | |
| 10478623 | Muthukrishnan, Krishnasamy Sundararajan | 48 Avonwood Rd. | 109 | Avon, CT 06001 | |
| 10478628 | NYC Dept Bldgs | 280 Broadway | New York, NY 10007 | | |
| 10478629 | NYC Dept Env. Prot. | 59–17 Junction Blvd Fl 13 | Elmhurst, NY 11373 | | |
| 10478630 | NYC Dept. Finance | 375 Pearl Street 30th Fl | Attn: Legal Affairs | Brooklyn, NY 11201 | |
| 10478631 | NYC Housing Pres. Dev. | 100 Gold St | New York, NY 10038 | | |
| 10478632 | NYC Water Board | POB 11863 | Newark, NJ 07101 | | |
| 10478633 | NYS Attorney General | 28 Liberty St. | New York, NY 10005 | | |
| 10478624 | New England Yankee Construction LLC | 34 High Street | West Haven, CT 06516 | | |
| 10478625 | New Haven Villages LLC | 710 Avenue L | Brooklyn, NY 11230 | | |
| 10478626 | New York State Dept Finance | Bankruptcy Unit | POB 5300 | Albany, NY 12205 | |
| 10478627 | Noelle Hill | 47 Avonwood Rd. | 301 | Avon, CT 06001 | |
| 10478634 | Office of United States Trustee | One Bowling Green | New York, NY 10007 | | |
| 10478635 | Orange Cleaning | 1175 State Street | New Haven, CT 06511 | | |
| 10478636 | Otis Elevator | 1 Carrier Place | Farmington, CT 06032 | | |
| 10478637 | Quincy Biggs | 47 Avonwood Rd. | 220 | Avon, CT 06001 | |
| 10478638 | Rachel Kennedy | 47 Avonwood Rd. | 318 | Avon, CT 06001 | |
| 10478639 | Ravinder Rishi | 47 Avonwood Rd. | 116 | Avon, CT 06001 | |
| 10478640 | Rebecca Bowling | 48 Avonwood Rd. | 110 | Avon, CT 06001 | |
| 10478641 | Rick Thomas | 47 Avonwood Rd. | 312 | Avon, CT 06001 | |
| 10478642 | Robin Lindsey | 48 Avonwood Rd. | 203 | Avon, CT 06001 | |
| 10478643 | Rohit Kumar | 48 Avonwood Rd. | 103 | Avon, CT 06001 | |
| 10478644 | Rohitkumar Babulal Patel | 48 Avonwood Rd. | 204 | Avon, CT 06001 | |
| 10478645 | Sahirah Muhammad | 48 Avonwood Rd. | 308 | Avon, CT 06001 | |
| 10478646 | Sandy Knight | 47 Avonwood Rd. | 108 | Avon, CT 06001 | |
| 10478647 | Sara Thanh, Chanthan Thanh | 47 Avonwood Rd. | 118 | Avon, CT 06001 | |
| 10478648 | Seenivasan Somasundaram | 48 Avonwood Rd. | 221 | Avon, CT 06001 | |
| 10478649 | Senthil Chidambaram | 47 Avonwood Rd. | 206 | Avon, CT 06001 | |
| 10478650 | Sheldon Schwartz | 48 Avonwood Rd. | 312 | Avon, CT 06001 | |
| 10478651 | Siji John | 47 Avonwood Rd. | 214 | Avon, CT 06001 | |
| 10478652 | Sriram Suresh | 47 Avonwood Rd. | 208 | Avon, CT 06001 | |
| 10478653 | Suresh Kumar | 48 Avonwood Rd. | 302 | Avon, CT 06001 | |
| 10478654 | Tammy Samperi | 46 Avonwood Rd. | B | Avon, CT 06001 | |
| 10478655 | Tania Pimentel | 48 Avonwood Rd. | 316 | Avon, CT 06001 | |
| 10478656 | Tara Dean, Christopher Porylo | 47 Avonwood Rd. | 310 | Avon, CT 06001 | |
| 10478657 | Tom Preston | 47 Avonwood Rd. | 107 | Avon, CT 06001 | |
| 10478658 | Town of Avon | 60 W Main Street | Avon, CT 06001 | | |
| 10478659 | Travis Schoen | 47 Avonwood Rd. | 320 | Avon, CT 06001 | |
| 10478660 | United States Attorney | 1 Saint Andrews Plaza | New York, NY 10007 | | |
| 10478661 | United States SEC | Attn: Bankruptcy | 200 Vesey St. Suite 400 | | |
| 10478662 | Venkata Miriyala, Diyana Miriyala | 47 Avonwood Rd. | 319 | Avon, CT 06001 | |
| 10478663 | Vijay Krishna | 47 Avonwood Rd. | 120 | Avon, CT 06001 | |
| 10478664 | Waseem Islam | 48 Avonwood Rd. | 313 | Avon, CT 06001 | |
| 10478665 | Weiling Li | 48 Avonwood Rd. | 202 | Avon, CT 06001 | |

TOTAL: 123