# EXHIBIT 1

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X

In re

AVON PLACE LLC

                Debtor.

------------------------------------------------------- X

Chapter 11

Case No. 25-41368 (JMM)

## ORDER FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the motion dated March 31, 2025 (the "Motion") of 44 Avonwood Road Credit LLC ("Avonwood Credit"), a secured creditor of the Debtor, by its counsel Thompson Coburn LLP, for entry of an order (i) pursuant to 11 U.S.C. Section 362(d), providing that the automatic stay imposed by operation of 11 U.S.C. Section 362(a), be modified and terminated to permit Avonwood Credit to pursue its rights as more particularly described in the Motion, relating to the property located at 44, 46, 47 & 48 Avonwood Road, in the Town of Avon, County of Hartford and State of Connecticut (the "Property"); and (ii) granting such other and further relief as is just and proper, and upon the affidavit of service filed with the Court; and the Court having considered the responses to the Motion, if any; and after due deliberation and good and sufficient cause appearing thereof; and a hearing having been held on April 16, 2025; the Court hereby makes and issues the following findings of fact, conclusions or law, and orders: it is hereby

**ORDERED,** that to the extent not otherwise denied by the Court any objections to the Motion are hereby overruled; and it is further

**ORDERED**, that the automatic stay be and it hereby is terminated pursuant to 11 U.S.C. Section 362(d)(1) and (2), to permit Avonwood Credit, their successors, agents or assigns, to continue and conclude the foreclosure action currently pending in Connecticut Superior Court, Judicial District of Hartford ( (Case No. HHD-CV25-6199961-S) and to exercise its rights as a

secured creditor and lender with respect to the Property including, without limitation, by the foreclosure of the Property.

Dated: Brooklyn, New York
       April __, 2025

                                                UNITED STATES BANKRUPTCY JUDGE
                                                JIL MAZER-MARINO