**EXHIBIT 3**

**RECORDED ASSIGNMENT OF MORTGAGES AND OTHER INSTRUMENTS**



Doc ID: 002678020002 Type: LAN
BK 800 PG 688-689

After recording, return to:
Greene Law PC
Attention: Mike Reiner
11 Talcott Notch Road
Farmington, CT 06032

## ASSIGNMENT OF MORTGAGES AND OTHER INSTRUMENTS

Know all Men by these Presents that as of this 30th day of January, 2025, **BANKWELL BANK** of the Town of New Canaan, in the County of Fairfield, and State of Connecticut, does hereby grant, bargain, sell, assign, transfer and set over "as is" and "with all faults" and "without recourse" to **44 AVONWOOD ROAD CREDIT LLC** of 500 Post Road East, Westport, Connecticut 06880 the following instrument(s) relating to the Loan(s) of **AVON PLACE LLC** securing such Loan(s):

1. Open-End Mortgage Deed and Security Agreement dated September 30, 2022, on premises described therein, consisting of 164 of 188 units of the Avonwood Condominiums located at 46 Avonwood Road, Avon, Connecticut, recorded in Book 779 at Page 698 of the Avon Land Records, as modified or amended.

2. Assignment of Leases and Rents dated September 30, 2022, recorded in Book 779 at Page 732 of the Avon Land Records, as modified or amended.

3. Open-End Mortgage Deed and Security Agreement dated December 15, 2022 on premises described therein, consisting of 16 of 188 units of the Avonwood Condominiums located at 46 Avonwood Road, Avon, Connecticut, recorded in Book 781 at Page 503 of the Avon Land Records, as modified or amended by First Amendment of Note, Open-End Mortgage and Other Loan Documents dated January 31, 2023, recorded in Book 782 at Page 707 of the Avon Land records, and by Second Amendment of Note, Open-End Mortgage and Other Loan Documents dated May 4, 2023, recorded in Book 784 at Page 736 of the Avon Land Records.

4. Assignment of Leases and Rents dated December 15, 2022, recorded in Book 781 at Page 537 of the Avon Land Records.

Remainder of page intentionally left blank.

65273154 v2

IN WITNESS WHEREOF, Bankwell Bank has hereunto set its hand and seal as of the day and date first above referenced.

Signed, sealed and delivered
in the presence of:

BANKWELL BANK

_____
MICHAEL HORN

By: _____
Name: Christine A. Chivily
Its Executive Vice President

_____
STACEY B LAMBERT

STATE OF CONNECTICUT    )
                        )    ss: New Canaan
COUNTY OF FAIRFIELD     )

On this the 24th day of January 2025, before me, the undersigned officer, personally appeared Christine A. Chivily, who acknowledges herself to be the Executive Vice President of Bankwell Bank, and that she, as such Executive Vice President, being authorized to do so, executed the foregoing instrument for the purposes therein contained, by signing the name of the bank by herself as Executive Vice President, and as her free act and deed and the free act and deed of said Bank.

In witness whereof I hereunto set my hand.

_____
Name: Lance Dengelegi
Commissioner of the Superior Court
Notary Public
My Commission Expires: Sept. 30 2026

LANCE DENGELEGI
Notary Public, State of Connecticut
My Commission Expires Sept. 30, 2026

Received for Record at Avon, CT
On 02/03/2025 At 1:15:34 pm

Signature Page to Assignment of Mortgage and Other Instruments