**HEARING DATE AND TIME:** April 30, 2025 at 10:00 a.m.
**OBJECTION DEADLINE:** April 21, 2025 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:

AVON PLACE LLC

Chapter 11

Case No.: 25-41368-jmm

Debtor.
-------------------------------------------------------- x

# AMENDED NOTICE OF HEARING ON
# MOTION OF SECURED CREDITOR 44 AVONWOOD ROAD CREDIT LLC
# FOR AN ORDER GRANTING RELIEF FROM AUTOMATIC STAY
# UNDER 11 U.S.C. §§ 362(d)(1) and (2)

**PLEASE TAKE NOTICE** that a hearing shall be held on **April 30, 2025** at **10:00 a.m. (ET)** on the motion filed by **44 Avonwood Road Credit LLC** seeking Relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) and (2) (the "Motion") **[ECF No. 9]**. The hearing shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **April 21, 2025** at **4:00 p.m. (ET)** (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE**, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated: April 2, 2025
       New York, New York

                      **THOMPSON COBURN LLP**

                      */s/ Joseph Orbach*

                      Steven J. Mandelsberg
                      Joseph Orbach
                      488 Madison Avenue
                      New York, NY 10022
                      Telephone: 212-478-7200
                      Fax: 212-478-7400
                      smandelsberg@thompsoncoburn.com
                      jorbach@thompsoncoburn.com

                      *Attorneys for 44 Avonwood Road Credit LLC*