**Fill in this information to identify the case:**

Debtor name _____Avon Place LLC_____

United States Bankruptcy Court for the: ___Eastern District of New York___
(State)

Case number (If known): ___1-25-41368___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ................................................................     $ ___40,000,000.00___

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................     $ ___63,599.12___

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................     $ ___40,063,599.12___

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................     $ ___31,685,187.76___

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................     $ ___0.00___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .........................     +$ ___1,287,147.84___

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                    $ ___32,972,335.60___

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Avon Place LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>1-25-41368</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 9 1 4 7 | $ 2.44 |
| 3.2. | Bank of America | Checking | 9 1 5 0 | $ 9,650.58 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | | $ |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1** — $ 9,653.02

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | | $ |
|---|---|---|
| 7.2. | | $ |

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____ $_____

   8.2._____ $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                           $_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  51,955.81 _ 0.00 = ........➜  $ 51,955.81
                               face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:  1,990.29 _ 0.00 = ........➜  $ 1,990.29
                            face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 53,946.10

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                            **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____  _____  $_____

    14.2._____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____  _____%  _____  $_____

    15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____  _____  $_____

    16.2._____  _____  $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                         $_____

---

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

| Debtor | Avon Place LLC | Case number *(if known)* | 1-25-41368 |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Avon Place LLC
          _____
          Name

Case number (*if known*)___1-25-41368_____

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Condominium Units at 44, 46, 47, 48 Avonwood Road, Avon, CT | | $_____ | _____ | $ 40,000,000.00 |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 40,000,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. | **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. | **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. | **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. | **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. | **Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor  Avon Place LLC
_____      Case number (if known) 1-25-41368 _____
Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  0.00 — 0.00 = ➜  $ 0.00
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____                     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                     $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See continuation sheet _____   $ Unknown

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____                     $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                     $_____

_____                     $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
| --- | --- | --- | --- |
| | Name | | |

---

### Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 9,653.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 53,946.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 40,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 63,599.12 | + 91b. $ 40,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................ | 40,063,599.12 | $ 40,063,599.12 |

| Debtor 1 | Avon Place LLC | | 1-25-41368 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | Case number *(if known)*_____ |

## Continuation Sheet for Official Form 206 A/B

**75) Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Insurance Claim for Fire | Fire Damage | 1,500,000.00 | Unknown |
| Bankwell Bank | Damages | 0.00 | Unknown |
| 44 Avonwood Road Credit LLC | Damages | 0.00 | Unknown |

**Fill in this information to identify the case:**

Debtor name ___Avon Place LLC___

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (If known): ___1-25-41368___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
44 Avonwood Road Credit LLC

Describe debtor's property that is subject to a lien
Condominium Units at 44, 46, 47, 48 Avonwood Road, Avon, CT

$ 26,068,659.73     $ 40,000,000.00

Creditor's mailing address
c/o Ford & Paulekas, LLP
280 Trumbull Street, Hartford, CT 06103

Creditor's email address, if known

Describe the lien
Agreement you made,

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   09/30/2022
Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,

44 Avonwood Road Credit LLC, 1st;
44 Avonwood Road Credit LLC, 2nd;

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2** Creditor's name
44 Avonwood Road Credit LLC

Describe debtor's property that is subject to a lien
Condominium Units at 44, 46, 47, 48 Avonwood Road, Avon, CT

$2,032,125.00     $40,000,000.00

Creditor's mailing address
c/o Ford & Paulekas, LLP
280 Trumbull Street, Hartford, CT 06103

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines _2.1_

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 31,685,187.76

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
Altbanq Lending LLC

**Creditor's mailing address**

477 Madison Avenue
24th Floor, New York, NY 10022

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [_____]

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Condominium Units at 44, 46, 47, 48 Avonwood Road, Avon, CT

$3,000,000.00     $40,000,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Town of Avon

**Creditor's mailing address**

60 W Main Street
Avon, CT 06001

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$584,403.03     $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Avon Place LLC _____

United States Bankruptcy Court for the: _____ Eastern District of New York _____

Case number _____ 1-25-41368 _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $_____ | $_____ |

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor  Avon Place LLC
_____
Name

Case number (if known)  1-25-41368
_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
All Waste
143 Murphy Rd.
Hartford, CT 06114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 6,220.65

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
Benjamin Potok
747 Farmington Avenue
New Britain, CT 06053

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 50,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
Bouras Landscaping
255 Main Street
Unionville, CT 06085

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 41,334.62

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
Braman Pest Control
111Phoenix Crossing
Bloomfield, CT 06002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 1,776.07

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**
Call the Bee
7 Eastview Drive
Farmington, CT 06032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 42,726.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
CNG
76 Meadow St
East Hartford, CT 06108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 10,652.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.7 Nonpriority creditor's name and mailing address

Comcast
81 Albany Turnpike
Canton, CT 06019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,420.28

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

### 3.8 Nonpriority creditor's name and mailing address

CT Water
93 W Main Street
Clinton, CT 06413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 90,579.25

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

### 3.9 Nonpriority creditor's name and mailing address

Eversource
107 Selden Street Berlin, CT 06037
Berlin, CT 06037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,525.63

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

### 3.10 Nonpriority creditor's name and mailing address

Hamlin Contracting
275 Ridge Road
Wethersfield, CT 06109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 46,419.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

### 3.11 Nonpriority creditor's name and mailing address

New England Yankee Construction LLC
34 High Street
West Haven, CT 06516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 503,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Avon Place LLC | Case number *(if known)* | 1-25-41368 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12** **Nonpriority creditor's name and mailing address**

New Haven Villages LLC
710 Avenue L
Brooklyn, NY 11230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 70,100.00

---

**3.13** **Nonpriority creditor's name and mailing address**

Orange Cleaning
1175 State Street
New Haven, CT 06511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34,197.56

---

**3.14** **Nonpriority creditor's name and mailing address**

Otis Elevator
1 Carrier Place
Farmington, CT 06032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,497.24

---

**3.15** **Nonpriority creditor's name and mailing address**

Town of Avon
60 W Main Street
Avon, CT 06001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Relocation

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 289,013.89

---

**3.16** **Nonpriority creditor's name and mailing address**

Town of Avon
60 W Main Street
Avon, CT 06001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Sewer

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 70,683.75

---

Debtor    Avon Place LLC
_____    Case number *(if known)*    1-25-41368
          Name                                                   _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,287,147.84 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,287,147.84 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Avon Place LLC___

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (*If known*): ___1-25-41368___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/04/2025___          ✖ /s/ David Goldwasser
        MM / DD / YYYY          Signature of individual signing on behalf of debtor

                       David Goldwasser
                       Printed name

                       CRO
                       Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**                                                    Case No. <u>1-25-41368</u>

<u>Avon Place LLC</u>
<u>_____</u> Chapter <u>11</u>

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Ahron Rudich 710 Avenue L, Brooklyn, NY 11230 | 100 | Managing member |

**Fill in this information to identify the case:**

Debtor name _Avon Place LLC_

United States Bankruptcy Court for the: _Eastern District of New York_

Case number (If known): _1-25-41368_     Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Mercy Nyaata<br>47 Avonwood Rd.<br>103<br>Avon, CT, 06001 |
| | State the term remaining | 43 Days | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Karen Cosgrove<br>46 Avonwood Rd.<br>46-A<br>Avon, CT, 06001 |
| | State the term remaining | 43 days | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Devon Root<br>47 Avonwood Rd.<br>104<br>Avon, CT, 06001 |
| | State the term remaining | 9 months, 12 days | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Tammy Samperi<br>46 Avonwood Rd.<br>B<br>Avon, CT, 06001 |
| | State the term remaining | 42 Days | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Tom Preston<br>47 Avonwood Rd.<br>107<br>Avon, CT, 06001 |
| | State the term remaining | 10 Months, 12 days | |
| | List the contract number of any government contract | | |

| Debtor | Avon Place LLC | | Case number (if known) | 1-25-41368 |
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Sandy Knight 47 Avonwood Rd. 108 Avon, CT, 06001 |
| | State the term remaining | 5 Months, 12 Days | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Alexander Nguyen 47 Avonwood Rd. 109 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Frank Moynihan, Sharon Moynihan 47 Avonwood Rd. 110 Avon, CT, 06001 |
| | State the term remaining | 12 Days | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Joshua Popielarczyk 47 Avonwood Rd. 111 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Idrissa Thioune 47 Avonwood Rd. 112 Avon, CT, 06001 |
| | State the term remaining | 3 Months, 12 days | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Laura Fern 47 Avonwood Rd. 114 Avon, CT, 06001 |
| | State the term remaining | 2 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Karissa Kudile, Jeffrey Kudile 47 Avonwood Rd. 115 Avon, CT, 06001 |
| | State the term remaining | 4 Months, 13 Days | |
| | List the contract number of any government contract | | |

Debtor  Avon Place LLC
_____
Name

Case number *(if known)* 1-25-41368
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Ravinder Rishi 47 Avonwood Rd. 116 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number o any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Michael Sullivan 47 Avonwood Rd. 117 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Sara Thanh, Chanthan Thanh 47 Avonwood Rd. 118 Avon, CT, 06001 |
| | State the term remaining | 9 months, 12 days | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Vijay Krishna 47 Avonwood Rd. 120 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Asha Ismail 47 Avonwood Rd. 202 Avon, CT, 06001 |
| | State the term remaining | 5 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Carmen Baig 47 Avonwood Rd. 203 Avon, CT, 06001 |
| | State the term remaining | 1 Month, 12 Days | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Kathleen Romano, Nicholas Ramano 47 Avonwood Rd. 207 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number of any government contract | | |

Debtor    Avon Place LLC
_____
Name

Case number (if known)    1-25-41368
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Quincy Biggs 47 Avonwood Rd. 220 Avon, CT, 06001 |
| | State the term remaining | 5 Months, 12 Days | |
| | List the contract number o any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Noelle Hill 47 Avonwood Rd. 301 Avon, CT, 06001 |
| | State the term remaining | 11 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Rick Thomas 47 Avonwood Rd. 312 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Amy Arlin 47 Avonwood Rd. 314 Avon, CT, 06001 |
| | State the term remaining | 4 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Joshua McLamb 48 Avonwood Rd. 108 Avon, CT, 06001 |
| | State the term remaining | 2 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Chelsea Walsh, Brian Miller 48 Avonwood Rd. 207 Avon, CT, 06001 |
| | State the term remaining | 1 Month, 12 Days | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Abdullatif Althbyany 48 Avonwood Rd. 217 Avon, CT, 06001 |
| | State the term remaining | 4 Months, 12 Days | |
| | List the contract number of any government contract | | |

| Debtor | Avon Place LLC | | Case number (if known) | 1-25-41368 |
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Tenant Lease Lessee <br><br> **State the term remaining** 2 Months, 12 Days <br><br> **List the contract number o any government contract** | Meaghan Engel, Christopher Cassis 48 Avonwood Rd. 319 Avon, CT, 06001 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Tenant Lease Lessee <br><br> **State the term remaining** 1 Month, 12 Days <br><br> **List the contract number of any government contract** | Bernie Hernandez, Shirley Hernandez, Rachel Hernandez 48 Avonwood Rd. 320 Avon, CT, 06001 |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Tenant Lease Lessee <br><br> **State the term remaining** 1 Month, 12 Days <br><br> **List the contract number of any government contract** | Barbara Paine 47 Avonwood Rd. 204 Avon, CT, 06001 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Tenant Lease Lessee <br><br> **State the term remaining** 1 month, 13 Days <br><br> **List the contract number of any government contract** | Senthil Chidambaram 47 Avonwood Rd. 206 Avon, CT, 06001 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Tenant Lease Lessee <br><br> **State the term remaining** 11 Months, 12 Days <br><br> **List the contract number of any government contract** | Felipe Rodriguez, Ronnie Palma 47 Avonwood Rd. 210 Avon, CT, 06001 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Tenant Lease <br><br> **State the term remaining** 2 Months, 12 Days <br><br> **List the contract number of any government contract** | Siji John 47 Avonwood Rd. 214 Avon, CT, 06001 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Tenant Lease Lessee <br><br> **State the term remaining** 8 Months, 12 Days <br><br> **List the contract number of any government contract** | Rebecca Bowling 48 Avonwood Rd. 110 Avon, CT, 06001 |

Debtor    Avon Place LLC
_____
Name

Case number *(if known)* 1-25-41368
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Jennifer Gomez 48 Avonwood Rd. 116 Avon, CT, 06001 |
| | **State the term remaining** | 5 Months, 12 Days | |
| | **List the contract number o any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Joanne Madsen 48 Avonwood Rd. 118 Avon, CT, 06001 |
| | **State the term remaining** | 4 Months, 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | John Pendleton 48 Avonwood Rd. 208 Avon, CT, 06001 |
| | **State the term remaining** | 4 Months, 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Amanda Nowak 48 Avonwood Rd. 310 Avon, CT, 06001 |
| | **State the term remaining** | 1 Month, 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Sriram Suresh 47 Avonwood Rd. 208 Avon, CT, 06001 |
| | **State the term remaining** | 9 months, 12 days | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Jordan Gomes 48 Avonwood Rd. 111 Avon, CT, 06001 |
| | **State the term remaining** | 2 Months, 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Kirby Huget 48 Avonwood Rd. 205 Avon, CT, 06001 |
| | **State the term remaining** | 5 Months, 12 Days | |
| | **List the contract number of any government contract** | | |

Debtor     Avon Place LLC
           _____
           Name

Case number (*if known*) 1-25-41368
                         _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**41** **State what the contract or lease is for and the nature of the debtor's interest** Tenant Lease Lessee **State the term remaining** 1 Month, 12 Days **List the contract number o any government contract** | Sahirah Muhammad 48 Avonwood Rd. 308 Avon, CT, 06001 |
| 2.**42** **State what the contract or lease is for and the nature of the debtor's interest** Tenant Lease Lessee **State the term remaining** 10 Months, 12 days **List the contract number of any government contract** | Jeffrey Sherman 48 Avonwood Rd. 314 Avon, CT, 06001 |
| 2.**43** **State what the contract or lease is for and the nature of the debtor's interest** Tenant Lease Lessee **State the term remaining** 4 Months, 12 Days **List the contract number of any government contract** | Cole Haymond 47 Avonwood Rd. 212 Avon, CT, 06001 |
| 2.**44** **State what the contract or lease is for and the nature of the debtor's interest** Tenant Lease Lessee **State the term remaining** 2 Months, 12 Days **List the contract number of any government contract** | Adam Arakelian 47 Avonwood Rd. 306 Avon, CT, 06001 |
| 2.**45** **State what the contract or lease is for and the nature of the debtor's interest** Tenant Lease Lessee **State the term remaining** 2 Months, 12 Days **List the contract number of any government contract** | Kwame Appiah, Love Amoah 47 Avonwood Rd. 309 Avon, CT, 06001 |
| 2.**46** **State what the contract or lease is for and the nature of the debtor's interest** Tenant Lease **State the term remaining** 4 Months, 12 Days **List the contract number of any government contract** | Travis Schoen 47 Avonwood Rd. 320 Avon, CT, 06001 |
| 2.**47** **State what the contract or lease is for and the nature of the debtor's interest** Tenant Lease Lessee **State the term remaining** 2 Months, 12 Days **List the contract number of any government contract** | Rohit Kumar 48 Avonwood Rd. 103 Avon, CT, 06001 |

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
| --- | --- | --- | --- |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Muthukrishnan, Krishnasamy Sundararajan 48 Avonwood Rd. 109 Avon, CT, 06001 |
| | State the term remaining | 2 Months, 12 Days | |
| | List the contract number o any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Fabializ Najera, Maria Rivera 48 Avonwood Rd. 112 Avon, CT, 06001 |
| | State the term remaining | 1 Month, 12 Days | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Rohitkumar Babulal Patel 48 Avonwood Rd. 204 Avon, CT, 06001 |
| | State the term remaining | 6 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Donna McCormick 48 Avonwood Rd. 211 Avon, CT, 06001 |
| | State the term remaining | 2 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Davien Barnes, Alyssa Berthiaume 48 Avonwood Rd. 311 Avon, CT, 06001 |
| | State the term remaining | 12 Days | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Karthik Jayaraman 47 Avonwood Rd. 209 Avon, CT, 06001 |
| | State the term remaining | 1 Month, 12 Days | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Elizabeth Soker 47 Avonwood Rd. 211 Avon, CT, 06001 |
| | State the term remaining | 10 Months, 12 days | |
| | List the contract number of any government contract | | |

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Linda March 47 Avonwood Rd. 305 Avon, CT, 06001 |
| | State the term remaining | 2 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Tara Dean, Christopher Porylo 47 Avonwood Rd. 310 Avon, CT, 06001 |
| | State the term remaining | 1 Month, 12 Days | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Kenneth Heyne 48 Avonwood Rd. 104 Avon, CT, 06001 |
| | State the term remaining | 3 Months, 12 days | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Manickavel Ramar 48 Avonwood Rd. 206 Avon, CT, 06001 |
| | State the term remaining | 5 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Cassondra Tinley 48 Avonwood Rd. 212 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Seenivasan Somasundaram 48 Avonwood Rd. 221 Avon, CT, 06001 |
| | State the term remaining | 1 Month, 12 Days | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Konstantia Papapateras 48 Avonwood Rd. 305 Avon, CT, 06001 |
| | State the term remaining | 1 Month, 12 Days | |
| | List the contract number of any government contract | | |

| Debtor | Avon Place LLC | Case number *(if known)* | 1-25-41368 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Tania Pimentel 48 Avonwood Rd. 316 Avon, CT, 06001 |
| | State the term remaining | 8 Months, 12 Days | |
| | List the contract number o any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Lindsey Smith, Skylar Fox, Lilli Jones 47 Avonwood Rd. 216 Avon, CT, 06001 |
| | State the term remaining | 12 Days | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Devon Winn 47 Avonwood Rd. 217 Avon, CT, 06001 |
| | State the term remaining | 12 Days | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Kyle Pisko 47 Avonwood Rd. 218 Avon, CT, 06001 |
| | State the term remaining | 1 Month, 12 Days | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Dorcas Mensah 47 Avonwood Rd. 303 Avon, CT, 06001 |
| | State the term remaining | 2 Months, 12 Days | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Lora Anderson, Andrei Atsian 47 Avonwood Rd. 313 Avon, CT, 06001 |
| | State the term remaining | 10 Months, 12 days | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Venkata Miriyala, Diyana Miriyala 47 Avonwood Rd. 319 Avon, CT, 06001 |
| | State the term remaining | 3 Months, 12 days | |
| | List the contract number of any government contract | | |

Debtor  Avon Place LLC
‎ ‎ ‎ ‎ ‎ ‎ ‎ Name

Case number (if known) 1-25-41368

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.69** State what the contract or lease is for and the nature of the debtor's interest<br><br>Tenant Lease<br>Lessee<br><br>State the term remaining ‎ 1 Month, 12 Days<br><br>List the contract number of any government contract | Mary Ellen Jenson<br>48 Avonwood Rd.<br>106<br>Avon, CT, 06001 |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest<br><br>Tenant Lease<br>Lessee<br><br>State the term remaining ‎ 1 Month, 12 Days<br><br>List the contract number of any government contract | Breanna Macomber, Colin Dwyer<br>48 Avonwood Rd.<br>113<br>Avon, CT, 06001 |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>Tenant Lease<br>Lessee<br><br>State the term remaining ‎ 1 Month, 12 Days<br><br>List the contract number of any government contract | John Parent, Nicole Parent<br>48 Avonwood Rd.<br>117<br>Avon, CT, 06001 |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>Tenant Lease<br>Lessee<br><br>State the term remaining ‎ 2 Months, 12 Days<br><br>List the contract number of any government contract | Kevin Wickstrom, Grace Wickstrom<br>48 Avonwood Rd.<br>119<br>Avon, CT, 06001 |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>Tenant Lease<br>Lessee<br><br>State the term remaining ‎ 2 Months, 12 Days<br><br>List the contract number of any government contract | Elliot Pollock<br>48 Avonwood Rd.<br>216<br>Avon, CT, 06001 |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>Tenant Lease<br>Lessee<br><br>State the term remaining ‎ 3 Months, 12 days<br><br>List the contract number of any government contract | Gayane Genov, Gregoriy Genov<br>48 Avonwood Rd.<br>218<br>Avon, CT, 06001 |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>Tenant Lease<br>Lessee<br><br>State the term remaining ‎ 1 Month, 12 Days<br><br>List the contract number of any government contract | Elijah Rosenthal<br>48 Avonwood Rd.<br>306<br>Avon, CT, 06001 |

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Max Rook 48 Avonwood Rd. 307 Avon, CT, 06001 |
| | **State the term remaining** | 12 Days | |
| | **List the contract number o any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Sheldon Schwartz 48 Avonwood Rd. 312 Avon, CT, 06001 |
| | **State the term remaining** | 1 Month, 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Waseem Islam 48 Avonwood Rd. 313 Avon, CT, 06001 |
| | **State the term remaining** | 2 Months, 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Jaagruti Mishra 48 Avonwood Rd. 317 Avon, CT, 06001 |
| | **State the term remaining** | 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Douglas Brown 47 Avonwood Rd. 315 Avon, CT, 06001 |
| | **State the term remaining** | 1 Month, 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Robin Lindsey 48 Avonwood Rd. 203 Avon, CT, 06001 |
| | **State the term remaining** | 1 Month, 12 Days | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Lessee | Rachel Kennedy 47 Avonwood Rd. 318 Avon, CT, 06001 |
| | **State the term remaining** | 12 Days | |
| | **List the contract number of any government contract** | | |

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Ashish Sinha 48 Avonwood Rd. 121 Avon, CT, 06001 |
| | State the term remaining | 2 Months, 12 Days | |
| | List the contract number o any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Weiling Li 48 Avonwood Rd. 202 Avon, CT, 06001 |
| | State the term remaining | 10 Months, 12 days | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Suresh Kumar 48 Avonwood Rd. 302 Avon, CT, 06001 |
| | State the term remaining | 3 Months, 12 days | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Venkata Simharaja 47 Avonwood Rd. 101 Avon, CT, 06001 |
| | State the term remaining | Month-to-Month | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Yamileth Norberto 47 Avonwood Rd. 102 Avon, CT, 06001 |
| | State the term remaining | Month-to-Month | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Ganesan Thirupathi 47 Avonwood Rd. 113 Avon, CT, 06001 |
| | State the term remaining | Month-to-Month | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Lessee | Amanda Ortiz 47 Avonwood Rd. 119 Avon, CT, 06001 |
| | State the term remaining | Month-to-Month | |
| | List the contract number of any government contract | | |

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|--------|----------------|------------------------|-----------|
|        | Name           |                        |           |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Tenant Lease<br>Lessee<br><br><br>Month-to-Month | Wayne Deroy<br>47 Avonwood Rd.<br>201<br>Avon, CT, 06001 |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br><br>Month-to-Month | Damaris Sanchez<br>47 Avonwood Rd.<br>213<br>Avon, CT, 06001 |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br><br>Month-to-Month | Josefina Tolo<br>47 Avonwood Rd.<br>219<br>Avon, CT, 06001 |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br><br>Month-to-Month | Bhavana Thakur, Vishal Singh Thakur, Kaashvi Thakur<br>47 Avonwood Rd.<br>302<br>Avon, CT, 06001 |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br><br><br><br>Month-to-Month | Miguel Espada<br>47 Avonwood Rd.<br>316<br>Avon, CT, 06001 |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br><br>Month-to-Month | Bwana Yusuf<br>47 Avonwood Rd.<br>317<br>Avon, CT, 06001 |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br><br>Month-to-Month | Michele Kyles<br>48 Avonwood Rd.<br>120<br>Avon, CT, 06001 |

Debtor __Avon Place LLC_____    Case number (if known) __1-25-41368_____
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Tenant Lease<br>Lessee<br><br>Month-to-Month | Rhonda Heard<br>48 Avonwood Rd.<br>219<br>Avon, CT, 06001 |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br>Month-to-Month | Sheryl Duby<br>48 Avonwood Rd.<br>105<br>Avon, CT, 06001 |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br>Month-to-Month | Patrick Casey<br>48 Avonwood Rd.<br>114<br>Avon, CT, 06001 |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br>Month-to-Month | Ricardo Ramirez Jr, Stephanie Lanzo-Ramirez<br>48 Avonwood Rd.<br>209<br>Avon, CT, 06001 |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br>Month-to-Month | Jamyra Alexander<br>48 Avonwood Rd.<br>215<br>Avon, CT, 06001 |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br>Month-to-Month | Hal Sacks<br>48 Avonwood Rd.<br>210<br>Avon, CT, 06001 |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tenant Lease<br>Lessee<br><br>Month-to-Month | Karen Bissett<br>48 Avonwood Rd.<br>315<br>Avon, CT, 06001 |

**Fill in this information to identify the case:**

Debtor name _Avon Place LLC_

United States Bankruptcy Court for the: _Eastern District of New York_

Case number (If known): _1-25-41368_

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Ahron Rudich | 710 Avenue L<br>Brooklyn, NY | 44 Avonwood Road Credit LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____Avon Place LLC_____

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): ____1-25-41368____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2025 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 601,622.63 |
| **For prior year:** From 01/01/2024 to 12/31/2024<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,984,439.26 |
| **For the year before that:** From 01/01/2023 to 12/31/2023<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,344,291.49 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | | $ _____ |
| **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | | $ _____ |
| **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | | $ _____ |

| Debtor | Avon Place LLC | Case number *(if known)* 1-25-41368 |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____ Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Empire Realty USA Corp<br>Insider's name<br><br><br>Relationship to debtor | _____<br>_____<br>_____ | $ 1,206,200.00 | |
| 4.2. | Hamilton Daycroft LLC<br>Insider's name<br><br><br>Relationship to debtor | _____<br>_____<br>_____ | $ 13,000.00 | |

| Debtor | Avon Place LLC | Case number *(if known)* | 1-25-41368 |
|---|---|---|---|
| | Name | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | _____ | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | | | | |
| | _____ | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | 44 AVONWOOD ROAD CREDIT LLC v. AVON PLACE LLC et all | Foreclosure | Superior Court, Judicial District of Hartford | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | HHD-CV25-6199961-S | | 95 Washington Street<br>Hartford, CT 06106 | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | _____ | | | |

---

| Debtor | Avon Place LLC | Case number (if known) | 1-25-41368 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Fire damage to building located at 44 Avonwood Road, Avon, CT | 474,735.89 | 04/2024 | $3,000,000.00 |

Debtor    Avon Place LLC
_____    Case number *(if known)* 1-25-41368 _____
Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | FIA Capital Partners LLC | | 2/27/25 3/21/25 | $ 30,100.00 |
|  | **Address** | | | |
|  | 295 Front Street 2nd Floor Brooklyn, NY 11201 | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Backenroth Frankel & Krinsky LLP | Retainer | 03/2025 | $ 40,000.00 |
|  | **Address** 488 Madison Avenue Floor 23 New York, NY 10022 | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  | | | | $ |
|  | **Trustee** | | | |

| Debtor | Avon Place LLC | Case number *(if known)* | 1-25-41368 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor    Avon Place LLC
_____    Case number (if known) 1-25-41368
Name                                                                                    _____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor  Avon Place LLC
_____     Case number (if known) 1-25-41368
Name                                                                  _____

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

Debtor    Avon Place LLC
          _____          Case number *(if known)* 1-25-41368
          Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Avon Place Tenants<br>_____<br>Name<br>CT | | Tenants' Security Deposits | $ 130,708.03 |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

| Debtor | Avon Place LLC | | Case number *(if known)* | 1-25-41368 |
|--------|----------------|---|---|---|
| | Name | | | |

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: _____ |
| | _____<br>Name | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | _____<br>Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |

Debtor    Avon Place LLC
_____    Case number (*if known*) 1-25-41368
Name    _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. William Z. Fonfeder<br>Name<br>1838 61st Street, Brooklyn, NY 11204 | From _____<br>To _____ |
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Empire Realty USA Corp<br>Name | |

---

Debtor    Avon Place LLC
_____    Case number *(if known)* 1-25-41368 _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
Name

| Name and address |
|---|

26d.2.    _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
Name

| Debtor | Avon Place LLC | Case number *(if known)* 1-25-41368 |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2. _____ | | |
| Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ahron Rudich | 710 Avenue L, Brooklyn, NY 11230 | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Avon Place LLC
          _____    Case number (if known) 1-25-41368
          Name                                                                _____

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| | | |
| | | |
| | | |
| Relationship to debtor | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/04/2025
              _____
              MM  / DD  / YYYY

✖ /s/ David Goldwasser                              Printed name   David Goldwasser
_____                              _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CRO
                                     _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____
Eastern District of New York

**In re** Avon Place LLC

Case No. 1-25-41368 _____

**Debtor**

Chapter 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 40,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 695.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

providing the Debtor with legal counsel regarding its powers and duties as a debtor-in possession in the continued operation of its business and management of its property during the Chapter 11 case; preparing on behalf of the Debtor all necessary applications, answers, orders, reports, and other legal documents which may be required with the Chapter 11 case; providing the Debtor with legal services regarding formulating and negotiating a plan of reorganization with creditors; and performing such other legal services for the Debtor as required during the Chapter 11 case, including but not limited to, the institution of actions against third parties, objections to claims, and the defense of actions which may be brought by third parties against the Debtor.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Fee amount is paid as a retainer and does not cover fees incurred after the retainer is exhausted.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/04/2025

*Date*

/s/ Mark Frankel, 3010238

*Signature of Attorney*

Backenroth Frankel & Krinsky, LLP

*Name of law firm*

488 Madison Avenue
FL 23
NEW YORK, NY 10022-7658

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
**www.nyeb.uscourts.gov**

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Avon Place LLC        **CASE NO.:** 25-41368

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

[X] **NO ORDER BARRING DEBTOR FROM FILING A PETITION UNDER ANY CHAPTER IS IN EFFECT.**

[X] **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

[ ] **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
                          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

         **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

2. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
                          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

         **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

**DISCLOSURE OF RELATED CASES (cont'd)**

3.  **CASE NO.:** _____  **JUDGE:** _____  **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____  [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**

   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**

   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

   **NOTE:** Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

   **TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

   **I am admitted to practice in the Eastern District of New York (Y/N):** <u>Y</u>

   **CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

   **I certify under penalty of perjury that:**
   - **The within bankruptcy case is not related to any case pending, or pending within the last eight years, except as indicated on this form.**
   - **I, the above-named debtor, am currently not barred by any order of this court from filing for bankruptcy.**

   s/Mark Frankel

| _____ | | _____ |
|---|---|---|
| **Signature of Debtor's Attorney** | | **Signature of Pro-se Debtor/Petitioner** |
| | | _____ |
| | | **Mailing Address of Debtor/Petitioner** |
| | | _____ |
| | | **City, State, Zip Code** |
| | | _____ |
| | | **Email Address** |
| | | _____ |
| | | **Area Code and Telephone Number** |

   **Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

   **NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                          Chapter 11

      Avon Place, LLC                    Case no.  25-41368 (JMM)

                Debtor.

--------------------------------------------------------x

### <u>DEBTOR'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Local Bankruptcy Rule 1073-3 and Rule 7007.1(a) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby states the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own ten percent (10%) or more of common stock of Avon Place, LLC: None

BACKENROTH FRANKEL & KRINSKY, LLP
Proposed Attorneys for the Debtor

By: <u>s/Mark A. Frankel</u>
      488 Madison Avenue
      New York, New York  10022
      (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                          Chapter 11

      Avon Place, LLC,                        Case No.  25-41368 (JMM)

                         Debtor.
---------------------------------------------------------x

## **DEBTOR'S DECLARATION UNDER LOCAL BANKRUPTCY RULE 1007-4**

        David Goldwasser declares the following under penalty of perjury pursuant to 28

U.S.C. § 1746:

        1.      I have been engaged as Chief Restructuring Officer ("CRO") by Avon

Place, LLC (the "Debtor"). My engagement was formalized pursuant to an engagement agreement

dated on or about March 18, 2025. I have been retained to oversee and manage the Debtor's

restructuring efforts during the Chapter 11 process due to my extensive experience navigating

bankruptcy proceedings and managing complex restructuring cases. The Debtor does not possess

this expertise internally and sought my appointment specifically to assist in preserving the

company's rights and assets in this case.

        2.      This case was filed to protect the value of the Debtor's properties and to

avoid a forfeiture under a predatory foreclosure action brought by 44 Avon Road Credit LLC.

        3.      My role as CRO includes leading the Debtor through the Bankruptcy

Process and preserving the Debtor's rights to the Property while addressing creditor concerns. My

engagement as CRO complies with the Jay Alix Protocols, which ensure transparency and

accountability in the engagement of restructuring professionals. The terms of my engagement

have been fully disclosed in accordance with these protocols and applicable bankruptcy laws.

This engagement was deemed necessary to bring experienced leadership to the Debtor's restructuring process and to ensure compliance with the obligations and requirements of the Chapter 11 case. I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 to support the Debtor's Chapter 11 filing. All books and records are now being maintained by me as CRO in care of my Brooklyn offices.

## **BACKGROUND**

4.    The purpose of this Declaration is to assist the Court, creditors and other parties- in-interest in understanding the circumstances necessitating the filing of the Chapter 11 petition.

5.    The Debtor is a Connecticut limited liability company formed in 2022. The Debtor acquired one hundred and eighty (180) condominium units (the "Property") at the property known as Avon Place Condominiums and located at 44-46-47-48 Avonwood Road, Avon, CT 06001, representing 96% of the units in the building complex. Sixty-two (62 units) are located at 44, 47 and 48 Avon Road and forty-six (46) units at 46 Avon Road. One hundred and sixty-two (162) units were purchased in October 2022 for $33,750,000, with the remaining sixteen (16) units being purchased from individual sellers sporadically since then, for the sum of $2,709,500. The Debtor estimates the current value of the Property to be approximately $40,000,000.

6.    In September 2022, the Debtor entered into two loans totaling $28 million, originally issued by Bankwell Bank secured by the Property.  The loans were always in good standing, and in June 2024, Bankwell confirmed that payments were current.

2

7.      The Property suffered fire damage in one of the buildings and certain units.  The Debtor received an insurance payment of approximately $400,000.  It endorsed the funds to Bankwell for debt service.

8.      Shortly thereafter, the Mortgagee claims to have taken an assignment of Bankwell's loans.  Before even notifying the Debtor of the assignment, let alone giving a default notice, the Mortgagee commenced a foreclosure, in which it demands appointment of a receiver, payment in full, and a deficiency judgement for any shortfall against Abron Rudich, the Debtor's beneficial owner.  In addition, the Mortgagee garnished funds held by an affiliate management company that are used for Property management.  Apparently, the Mortgagee manufactured a default by applying the insurance check to principal instead of ongoing debt service and then deemed there to be a default for the now unpaid months.

9.      I was astonished by the Mortgagee's actions until I looked into the background of Kyle O'Hehir, the Mortgagee's principal.  He is a real estate investor trying to make a name for himself by acquiring distressed loans at a discount and being as aggressive as he can to enforce collection.  In online videos, he describes his approach as capitalizing on technical defaults in ways that would violate all traditional banking norms.

10.     The Debtor obviously disputes that it was ever in default.  The Debtor has therefore elected Chapter 11 protection to pause collection efforts so that it can reinstate the loan under its original terms in a Chapter 11 plan without the added default interest and penalties claimed in the foreclosure action.

## <u>LOCAL RULE 1007-4 DISCLOSURES</u>

11.    Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Debtor's Chapter 11 Petition.

12.    Pursuant to Local Rule 1007-4(a)(vi), a list of all of the Debtor's creditors is contained in the Debtor's schedules.

13.    Pursuant to Local Rule 1007-4(a)(vii), a list of all of the Debtor's secured creditors is set forth in bankruptcy schedules filed herein.

14.    Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities will be set forth in bankruptcy schedules and statements filed herein.

15.    Pursuant to Local Rule 1007-4(a)(ix), the membership interest in the Debtor is not publicly traded and is held by Ahron Rudich as the sole member/manger.

16.    Pursuant to Local Rule 1007-4(a)(x), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor, except certain funds that may belong to the Debtor that were garnished as described above.

17.    Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are now being maintained by the undersigned as CRO.

18.    Pursuant to Local Rule 1007-4(a)(xiii), a list of all pending lawsuits is set forth in the bankruptcy schedules filed herein.

19.     Pursuant to Local Rule 1007-4(a)(xiv), I shall serve as the CRO of the Debtor with compensation to be paid under the terms of my engagement agreement, subject to Order of the Bankruptcy Court approving my retention.

20.     Pursuant to Local Rule 1007-4(a)(xvii), the Debtor does not anticipate any significant income or expenses in the next 60 days, except for Property expenses, for which the Debtor will seek to use cash collateral.

Dated:  New York, New York
        April 4, 2025

s/David Goldwasser, CRO