**Avon Place LLC**
**Case 1-25-41368-jmm**
**Debtor Proposed Cash Collateral Budget**

| | 27-Mar | 3-Apr | 10-Apr | 17-Apr | 24-Apr | 1-May | 8-May | 15-May | 22-May | 29-May | 5-Jun | 12-Jun | 19-Jun | 26-Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income:** | | | | | | | | | | | | | | | |
| Rental Income | - | 156,000.65 | 78,000.32 | 26,000.11 | 13,000.05 | 156,000.65 | 78,000.32 | 26,000.11 | 13,000.05 | 156,000.65 | 78,000.32 | 26,000.11 | 13,000.05 | 13,000.05 | **832,003.47** |
| **Total Income** | - | **156,000.65** | **78,000.32** | **26,000.11** | **13,000.05** | **156,000.65** | **78,000.32** | **26,000.11** | **13,000.05** | **156,000.65** | **78,000.32** | **26,000.11** | **13,000.05** | **13,000.05** | **832,003.47** |
| **Operating Expenses:** | | | | | | | | | | | | | | | |
| Advertising | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 7,499.94 |
| All Waste | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 888.14 | 12,433.96 |
| Bouras Landscaping | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 3,073.00 | 43,022.00 |
| Bramans Pest | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | 107.14 | |
| Century Pools | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 214.29 | 3,000.06 |
| Comcast | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 234.36 | 3,281.04 |
| Hamlin Contracting | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 1,785.71 | 24,999.94 |
| Insurance | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 3,402.98 | 47,641.72 |
| Kings Communication | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 42.86 | 600.04 |
| Maintenance & Repair | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 35,000.00 |
| Property Management Fee (6%) | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 50,400.00 |
| Orange Cleaning | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 602.80 | 8,439.20 |
| Otis Elevator | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 185.71 | 2,599.94 |
| Payroll | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 | 43,750.00 |
| Bankruptcy Advisory Fees (CRO) | - | 10,000.00 | - | - | - | 10,000.00 | - | - | - | 10,000.00 | - | - | - | 10,000.00 | 40,000.00 |
| Taxes | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 12,625.00 | 176,750.00 |
| Utilities (Water/Sewer/Electric/Gas) | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 8,214.29 | 115,000.06 |
| **Tota Operating Expenses** | **41,136.99** | **51,136.99** | **41,136.99** | **41,136.99** | **41,136.99** | **51,136.99** | **41,136.99** | **41,136.99** | **41,136.99** | **51,136.99** | **41,136.99** | **41,136.99** | **41,136.99** | **51,136.99** | **614,417.90** |
| **Net Operating Income** | **(41,136.99)** | **104,863.66** | **36,863.33** | **(15,136.88)** | **(28,136.94)** | **104,863.66** | **36,863.33** | **(15,136.88)** | **(28,136.94)** | **104,863.66** | **36,863.33** | **(15,136.88)** | **(28,136.94)** | **(38,136.94)** | **217,585.57** |