# EXHIBIT A

# CBRE APPRAISAL

CBRE Valuation & Advisory Services

# Appraisal Report

## AVON PLACE (FRACTURED CONDOMINIUM)

44 Avonwood Road
Avon, Connecticut  06001

Prepared for: Thompson Coburn, LLP
Date of Report: April 21, 2025
CBRE File No.: CB25US030553-1

**cbre.com/valuation**

CBRE Valuation & Advisory Services



185 Asylum Street, 31st Floor
Hartford, CT 06105

T  (860) 987-4732

www.cbre.com/valuation

Date of Report: April 21, 2025

Mr. Steven J. Mandelsberg
Attorney
THOMPSON COBURN, LLP
488 Madison Ave
New York, New York  10022

RE:    Appraisal of: Avon Place (Fractured Condominium)
       44 Avonwood Road
       Avon, Hartford County, Connecticut
       CBRE File No.: CB25US030553-1

Dear Mr. Mandelsberg:

At your request and authorization, CBRE, Inc. has prepared an appraisal of the market value of the referenced property. Our analysis is presented in the following Appraisal Report.

The subject represents 180-units in a 188-unit condominium complex that are operated as a single rental unit located at 44 Avonwood Road in Avon, Connecticut. The property consists of three predominantly three-story apartment buildings. The improvements were constructed in 1973 and are situated on a 49.47-acre site. The improvements are considered to be in average overall condition.  The subject represents a partial interest in a condominium complex.  The subject represents 180 deeded condominium units in a larger complex that includes 188 deeded units.  CBRE has not been provided access to the property and has completed the appraisal based on public information available and information from the client.

It should be noted that the subject was damaged by fire and reportedly one entire building of 64 units was evacuated and is currently vacant. We have assumed this to be accurate in our analysis.

Based on the analysis contained in the following report, the market value of the subject is concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| As Is | Fee Simple Estate | April 14, 2025 | $26,100,000 |
| Compiled by CBRE | | | |

CBRE Valuation & Advisory Services

The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter.

The following appraisal sets forth the most pertinent data gathered, the techniques employed, and the reasoning leading to the opinion of value. The analyses, opinions and conclusions were developed based on, and this report has been prepared in conformance with, the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. As a condition to being granted the status of an intended user, any intended user who has not entered into a written agreement with CBRE in connection with its use of our report agrees to be bound by the terms and conditions of the agreement between CBRE and the client who ordered the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to any non-intended users does not extend reliance to any such party, and CBRE will not be responsible for any unauthorized use of or reliance upon the report, its conclusions or contents (or any portion thereof).

It has been a pleasure to assist you in this assignment. If you have any questions concerning the analysis, or if CBRE can be of further service, please contact us.


Respectfully submitted,

CBRE - VALUATION & ADVISORY SERVICES


Joshua Koladis, MAI
First Vice President
CT Cert. General Real Estate Appraiser #1138
(expires April 30, 2025)

Phone: (860) 987-4732
Email:   Joshua.Koladis@cbre.com

# Certification

## We certify to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4. Joshua Koladis, MAI has not provided services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.

5. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

6. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Uniform Standards of Professional Appraisal Practice.

9. Joshua Koladis, MAI has made a personal inspection of the property (exterior only) that is the subject of this report.

10. No one provided significant real property appraisal assistance to the persons signing this certification.

11. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

12. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

13. As of the date of this report, Joshua Koladis, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.

14. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the State of Connecticut.

Joshua Koladis, MAI
First Vice President
CT Cert. General Real Estate Appraiser #1138
(expires April 30, 2025)

# Subject Photographs



Aerial View

Subject Photographs



Photo 1 – Exterior Front



Photo 2 – Exterior Front



Photo 3 – Signage



Photo 4 – Exterior of Fire Damaged Building



Photo 5 – Exterior of Fire Damaged Building



Photo 6 - Exterior

# Executive Summary

| | |
|---|---|
| **Property Name** | Avon Place (Fractured Condominium) |
| **Location** | 44 Avonwood Road |
| | Avon, Hartford County, CT 06001 |
| **Parcel Number(s)** | Various |
| **Client** | Thompson Coburn, LLP |
| **Highest and Best Use** | |
| As If Vacant | Multifamily |
| As Improved | Multifamily |
| **Property Rights Appraised** | Fee Simple Estate |
| **Date of Inspection** | April 14, 2025 |
| **Estimated Exposure Time** | 6 - 12 Months |
| **Estimated Marketing Time** | 6 - 12 Months |
| **Primary Land Area - Entire Parcel** | 49.47 AC                    2,154,735 SF |
| **Zoning** | RU2A, Residential |

| **Improvements** | | **Comments** |
|---|---|---|
| Property Type | Multifamily | (Multi-Family Garden) |
| Number of Buildings | 3 | |
| Number of Stories | 3 | |
| Gross Building Area | 250,000 SF | Estimated |
| Net Rentable Area | 216,422 SF | |
| Number of Units | 180 | |
| Average Unit Size | 1,202 SF | |
| Year Built | 1973 | |
| Effective Age | 15 Years | |
| Remaining Economic Life | 30 Years | |
| Condition | Average | |
| **Buyer Profile** | Investor-Regional | |
| **Financial Indicators** | | |
| Current Occupancy | 61.1% | |
| Stabilized Occupancy | 95.5% | |
| Stabilized Credit Loss | 0.5% | |
| Overall Capitalization Rate | 7.00% | |

| Pro Forma | | Total | Per Unit |
|---|---|---|---|
| Effective Gross Income | | $3,697,320 | $20,541 |
| Operating Expenses | | $1,542,881 | $8,572 |
| Expense Ratio | | 41.73% | |
| Net Operating Income | | $2,154,439 | $11,969 |
| **VALUATION** | | Total | Per Unit |
| **Market Value As Is** | April 14, 2025 | | |
| Sales Comparison Approach | | $25,030,000 | $139,056 |
| Income Approach | | $26,100,000 | $145,000 |

| CONCLUDED MARKET VALUE | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value |
| As Is | Fee Simple Estate | April 14, 2025 | $26,100,000 |

Compiled by CBRE

## Strengths, Weaknesses, Opportunities and Threats (SWOT)

### Strengths/ Opportunities

- The subject is a Class B apartment property that is in average overall condition
- The subject benefits from a stable population base
- The subject includes on-site amenities such as tennis courts, pool, walking trails and laundry facilities
- The subject is well located in the region

### Weaknesses/ Threats

- The subject is a fractured condo
- The subject was damaged by fire and there are costs associated with repairs and re-tenanting the damaged building
- Commercial real estate market conditions have deteriorated at the macro level due to the significant increase in the cost of capital beginning in 2022 reducing the volume of transaction activity. Over the past few years, this has impacted price discovery and created an increase in uncertainty
- Recent tariffs implemented by the US have created global economic uncertainty. The outcome of the US tariffs, retaliatory tariffs, and global trade disruption is uncertain as of the date of value. Macro-economic conditions may change and impact the value of commercial real estate.

## Market Volatility

President Trump's announcement of broad-based global tariffs on April 2 sent shock waves through global financial markets. Potential impacts will depend on how long tariffs remain in place and the extent to which retaliatory tariffs by other countries will impact the U.S. economy. The full economic effect of the tariffs is evolving and could result in slower growth as well as potential inflationary pressures.

The reader is cautioned that recent events have created uncertainty for commercial real estate. The impacts on interest rates, the 10-year Treasury yield, leasing activity, real estate demand, construction costs, availability of financing, and values remain unclear. Overall, greater risk and market volatility is likely in the near term.

Experience has shown that consumer and investor behavior can quickly change during periods of such heightened volatility. Lending or investment decisions should reflect this heightened level of volatility and potential for deteriorating market conditions.

It is important to note that the conclusions set out in this report are valid as at the valuation date only. Where appropriate, we recommend that the valuation is closely monitored, as we continue to track how markets respond to evolving events.

## Extraordinary Assumptions

An extraordinary assumption is defined as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions." [1]

- The subject represents a partial interest in a condominium complex.  The subject represents 180 deeded condominium units in a larger complex that includes 188 deeded units.  CBRE has not been provided access to the property and has completed the appraisal based on public information available and information from the client.  CBRE has assumed the units to be in average overall condition and adequately maintained.  Any deviation from this assumption may impact the final value conclusions.
- The subject property was reportedly impacted by a fire that damaged several units. CBRE has not been provided with a budget for the repairs required but has been told by the client that the repairs are approximately $4,000,000.  We have included this as a deduction to the value to arrive at the as is value of the subject and have assumed the figure is accurate.
- It should be noted that the subject was damaged by fire and reportedly one entire building of 64 units was evacuated and is currently vacant. We have assumed this to be accurate in our analysis.

The use of these extraordinary assumptions may have affected the assignment results.

## Hypothetical Conditions

A hypothetical condition is defined as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purposes of analysis." [2]

- None noted

---

[1] The Appraisal Foundation, *USPAP, 2024 Edition* (Effective January 1, 2024)

[2] The Appraisal Foundation, *USPAP, 2024 Edition* (Effective January 1, 2024)

## Ownership and Property History

The following table summarizes the subject's ownership history.

| OWNERSHIP SUMMARY | |
| --- | --- |
| Item | Current |
| **Current Ownership** | |
| Owner: | Avon Place, LLC |
| Seller: | N/A |
| Purchase Price: | N/A |
| Transaction Date: | Various 2022 and 2023 |
| Sale in Last 3 Years?: | Yes |
| Legal Reference: | Vol: 779  Page: 694, Vol: 795 Page: 228, Vol: 782  Page: 696, Vol: 781  Page: 485, Vol: 781 Page: 488, Vol: 784  Page: 716, Vol: 784  Page: 718, Vol: 784 Page: 1290, Vol: 781  Page: 492, Vol: 782  Page: 699, Vol: 784 Page: 722, Vol: 782  Page: 702, Vol: 781  Page: 500, Vol: 784 Page: 726, Vol: 793  Page: 899, Vol: 781  Page: 495, Vol: 781 Page: 498, Vol: 784  Page: 729, Vol: 782  Page: 705 |
| County/Locality Name: | Avon |
| Buyer/Seller Relationship Type: | Arm's length and reasonable |
| At / Above / Below Market: | N/A |
| **Pending Sale** | |
| Under Contract: | No |
| **Current Listing** | |
| Currently Listed For Sale: | No |
| Compiled by CBRE | |

The individual subject condominium units were acquired via various transactions by the current ownership, Avon Place, LLC over a period of several years in 2022 and 2023 for an unknown total purchase price.

The prior sales have not been given consideration in the valuation of the subject as this represents an assemblage of 180 units.  CBRE is not aware of any additional transfers of the subject property in the prior three years.  As of the date of value the subject is not being marketed for sale.

## Exposure/Marketing Time

Current appraisal guidelines require an estimate of a reasonable time period in which the subject could be brought to market and sold. This reasonable time frame can either be examined historically or prospectively. In a historical analysis, this is referred to as exposure time. Exposure time always precedes the date of value, with the underlying premise being the time a property would have been on the market prior to the date of value, such that it would sell at its appraised value as of the date of value. On a prospective basis, the term marketing time is most often used. The exposure/marketing time is a function

of price, time, and use. It is not an isolated estimate of time alone. In consideration of these factors, we have analyzed the following:

- exposure/marketing time information from the PwC Real Estate Investor Survey; and
- the opinions of market participants.

The following table presents the information derived from these sources.

| EXPOSURE/MARKETING TIME DATA | | | |
|---|---|---|---|
| | | Exposure/Mktg. (Months) | |
| Investment Type | | Range | Average |
| *PwC Apartment (1st Qtr. 2025)* | | | |
| National Data | 3.0 | - 15.0 | 6.9 |
| Local Market Professionals | 6.0 | - 12.0 | 9.0 |
| **CBRE Exposure Time Estimate** | | **6 - 12 Months** | |
| **CBRE Marketing Period Estimate** | | **6 - 12 Months** | |
| Various Sources Compiled by CBRE | | | |

# Table of Contents

Certification .................................................................................................................................... iii

Subject Photographs ...................................................................................................................... iv

Executive Summary ........................................................................................................................ vi

Table of Contents ........................................................................................................................... xi

Scope of Work ................................................................................................................................. 1

Area Analysis .................................................................................................................................. 5

Neighborhood Analysis .................................................................................................................. 7

Site Analysis ................................................................................................................................... 9

Improvements Analysis ................................................................................................................. 13

Zoning ............................................................................................................................................ 17

Tax and Assessment Data ............................................................................................................ 19

Market Analysis ............................................................................................................................. 20

Highest and Best Use .................................................................................................................... 33

Sales Comparison Approach ........................................................................................................ 35

Income Capitalization Approach ................................................................................................... 41

Reconciliation of Value ................................................................................................................. 55

Assumptions and Limiting Conditions ......................................................................................... 56

**ADDENDA**

A    Improved Sale Data Sheets

B    Rent Comparable Data Sheets

C    Operating Data

D    Client Contract Information

E    Qualifications

# Scope of Work

This Appraisal Report is intended to comply with the real property appraisal development and reporting requirements set forth under Standards Rule 1 and 2 of USPAP. The scope of the assignment relates to the extent and manner in which research is conducted, data is gathered, and analysis is applied.

## Intended Use Of Report

Litigation support purposes in conjunction with potential foreclosure and no other use is permitted.

## Client

The client is Thompson Coburn, LLP.

## Intended User Of Report

This appraisal is to be used by Thompson Coburn, LLP, and no other user may rely on our report unless as specifically indicated in the report.

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. As a condition to being granted the status of an intended user, any intended user who has not entered into a written agreement with CBRE in connection with its use of our report agrees to be bound by the terms and conditions of the agreement between CBRE and the client who ordered the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to any non-intended users does not extend reliance to any such party, and CBRE will not be responsible for any unauthorized use of or reliance upon the report, its conclusions or contents (or any portion thereof).

> Intended users are those who an appraiser intends will use the appraisal or review report. In other words, appraisers acknowledge at the outset of the assignment that they are developing their expert opinions for the use of the intended users they identify. Although the client provides information about the parties who may be intended users, ultimately it is the appraiser who decides who they are. This is an important point to be clear about: The client does not tell the appraiser who the intended users will be. Rather, the client tells the appraiser who the client needs the report to be speaking to, and given that information, the appraiser identifies the intended user or users. It is important to identify intended users because an appraiser's primary responsibility regarding the use of the report's opinions and conclusions is to those users. Intended users are those parties to whom an appraiser is responsible for communicating the findings in a clear and understandable manner. They are the audience. [3]

## Purpose of the Appraisal

The purpose of this appraisal is to develop an opinion of the market value of the subject property.

---

[3] Appraisal Institute, *The Appraisal of Real Estate, 15th ed.* (Chicago: Appraisal Institute, 2020), 40.

## Definition of Value

The current economic definition of market value agreed upon by agencies that regulate federal financial institutions in the U.S. (and used herein) is as follows:

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [4]

## Interest Appraised

The value estimated represents the Fee Simple Estate as defined below:

*Fee Simple Estate: Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat.*

## Extent to Which the Property is Identified

The property is identified through the following sources:

- postal address
- assessor's records
- legal description

## Extent to Which the Property is Inspected

Joshua Koladis inspected the exterior of the subject only, as well as its surrounding environs on the effective date of appraisal. This inspection was considered adequate and is the basis for our findings.

## Type and Extent of the Data Researched

CBRE reviewed the following:

- applicable tax data
- zoning requirements
- flood zone status
- demographics
- income and expense data
- comparable data

---

[4] 12 CFR, Part 34, *Subpart C-Appraisals*, 34.42(h).

## Type and Extent of Analysis Applied

CBRE, Inc. analyzed the data gathered through the use of appropriate and accepted appraisal methodology to arrive at a probable value indication via each applicable approach to value. The steps required to complete each approach are discussed in the methodology section.

## Statement of Competency

The appraisers have the appropriate knowledge, education, and experience to complete this assignment competently.

## Data Resources Utilized in the Analysis

| DATA SOURCES | |
| --- | --- |
| *Item:* | *Source(s):* |
| **Site Data** | |
| Size | Assessor's data |
| **Improved Data** | |
| Building Area | Assessor's data/Rent Roll |
| Area Breakdown/Use | Assessor's data |
| No. Bldgs. | Physical Inspection |
| Parking Spaces | Physical Inspection |
| Year Built/Developed | Assessor's data |
| **Economic Data** | |
| Deferred Maintenance: | N/A |
| Building Costs: | N/A |
| Income Data: | Rent Roll |
| Expense Data: | Operating Statements |
| Compiled by CBRE | |

## Appraisal Methodology

In appraisal practice, an approach to value is included or omitted based on its applicability to the property type being valued and the quality and quantity of information available.

### Cost Approach

The cost approach is based on the proposition that the informed purchaser would pay no more for the subject than the cost to produce a substitute property with equivalent utility. This approach is particularly applicable when the property being appraised involves relatively new improvements that represent the highest and best use of the land, or when it is improved with relatively unique or specialized improvements for which there exist few sales or leases of comparable properties.

### Sales Comparison Approach

The sales comparison approach utilizes sales of comparable properties, adjusted for differences, to indicate a value for the subject. Valuation is typically accomplished using physical units of comparison such as price per square foot, price per unit, price per floor, among others, or economic units of comparison such as gross rent multiplier. Adjustments are applied to the physical units of comparison derived from the comparable sale. The unit of comparison chosen for the subject is then used to yield a

total value. Economic units of comparison are not adjusted, but rather analyzed as to relevant differences, with the final estimate derived based on the general comparisons.

## Income Capitalization Approach

The income capitalization approach reflects the subject's income-producing capabilities. This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future. Specifically estimated is the amount an investor would be willing to pay to receive an income stream plus reversion value from a property over a period of time. The two common valuation techniques associated with the income capitalization approach are direct capitalization and the discounted cash flow (DCF) analysis.

## Methodology Applicable to the Subject

In valuing the subject, only the sales comparison and income capitalization approaches are applicable and have been used.  The cost approach is not applicable in the estimation of market value as market participants do not typically consider the cost approach in the valuation of completed and stabilized assets.  The exclusion of said approach is not considered to compromise the credibility of the results rendered herein.

# Area Analysis



The subject is located in the Hartford-West Hartford-East Hartford, CT Metropolitan Statistical Area. Key information about the area is provided in the following tables.

## Population

Source: ESRI

Population has increased by 6,981 since 2010, reflecting an annual increase of 0.0%. Population is projected to decrease by 12,788 between 2024 and 2029, reflecting a 0.2% annual population decline.



Source: ESRI, downloaded on Apr, 15 2025

## Income

The area features an average household income of $128,911 and a median household income of $92,218. Over the next five years, median household income is expected to increase by 12.8%, or $2,358 per annum.



## Education

A total of 42.6% of individuals over the age of 24 have a college degree, with 23.7% holding a bachelor's degree and 18.9% holding a graduate degree.



## Employment



The area includes a total of 588,176 employees and has a 4.4% unemployment rate. The top three industries within the area are Health Care/Social Assistance, Educational Services and Manufacturing, which represent a combined total of 38% of the workforce.

Source: ESRI, downloaded on Apr, 15 2025

In summary, the area is forecasted to experience a decrease in population and an increase in household income.

# Neighborhood Analysis



## Location

The subject properties are in the town of Avon and is considered a suburban location.  The town of Avon is situated in western Hartford County.

## Boundaries

The neighborhood boundaries are detailed as follows:

|  |  |
| --- | --- |
| North: | Route 44 |
| South: | Farmington Town Line |
| East: | West Hartford Town Line |
| West: | Old Farms Road |

## Land Use

The subject property is located within a generally residential neighborhood, which are primarily residential in character with some small local commercial/retail uses along major roadways such as CT Route 44 CT Route 10.

## Access

The region has access to Interstate Route 91 and 84 to the east via Route 44 which extends to the City of Hartford. Interstate Route 91 is the primary north/south highway in the region and connects with the State of Massachusetts to the north and to the City of New Haven as well as Interstate Route 95 to the South. Hartford has access to major highways as well as an international airport to the north in the community of Windsor Locks, Connecticut.

## Demographics

Selected neighborhood demographics in 1-, 3- and 5-mile radius from the subject are shown in the following table:

| SELECTED NEIGHBORHOOD DEMOGRAPHICS | | | | |
|---|---|---|---|---|
| 44 Avonwood Road<br>Avon, CT 06001 | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius | Hartford-West Hartford-East Hartford, CT Metropolitan |
| Population | | | | |
| 2029 Total Population | 2,170 | 19,142 | 80,030 | 1,143,835 |
| 2024 Total Population | 2,230 | 19,147 | 80,172 | 1,156,623 |
| 2010 Total Population | 2,028 | 17,429 | 75,621 | 1,149,642 |
| 2000 Total Population | 1,762 | 16,354 | 70,852 | 1,086,956 |
| *Annual Growth 2024 - 2029* | *-0.54%* | *-0.01%* | *-0.04%* | *-0.22%* |
| *Annual Growth 2010 - 2024* | *0.68%* | *0.67%* | *0.42%* | *0.04%* |
| *Annual Growth 2000 - 2010* | *1.42%* | *0.64%* | *0.65%* | *0.56%* |
| Households | | | | |
| 2029 Total Households | 861 | 7,645 | 33,127 | 473,394 |
| 2024 Total Households | 869 | 7,498 | 32,471 | 468,096 |
| 2010 Total Households | 834 | 6,758 | 30,300 | 447,003 |
| 2000 Total Households | 760 | 6,311 | 27,883 | 420,918 |
| *Annual Growth 2024 - 2029* | *-0.18%* | *0.39%* | *0.40%* | *0.23%* |
| *Annual Growth 2010 - 2024* | *0.29%* | *0.74%* | *0.50%* | *0.33%* |
| *Annual Growth 2000 - 2010* | *0.93%* | *0.69%* | *0.83%* | *0.60%* |
| Income | | | | |
| 2024 Median Household Income | $155,048 | $153,129 | $147,871 | $92,218 |
| 2024 Average Household Income | $212,823 | $205,411 | $198,693 | $128,911 |
| 2024 Per Capita Income | $84,868 | $80,871 | $80,421 | $52,369 |
| 2024 Pop 25+ College Graduates | 1,209 | 9,832 | 41,516 | 351,854 |
| Age 25+ Percent College Graduates - 2024 | 75.9% | 71.3% | 71.8% | 42.6% |
| Source:  ESRI | | | | |

## Conclusion

The subject properties are located in the Town of Avon.  The neighborhood can be generally characterized as residential. For the most part, land uses within the subject neighborhood are in average condition.  Access to and from the subject property is considered average and the subject use conforms to the existing uses in the neighborhood.

# Site Analysis

The following chart summarizes the salient characteristics of the subject site.

| SITE SUMMARY AND ANALYSIS | | |
|---|---|---|
| **Physical Description** | | |
| Gross Site Area - Entire Parcel | 49.47 Acres | 2,154,735 Sq. Ft. |
| Net Site Area - Entire Parcel | 49.47 Acres | 2,154,735 Sq. Ft. |
| Primary Road Frontage | Avonwood Road | n/a |
| Secondary Road Frontage | n/a | n/a |
| Excess Land Area | None | |
| Surplus Land Area | None | |
| Shape | Irregular | |
| Topography | Generally Level | |
| Parcel Number(s) | Various | |
| | | |
| Zoning District | RU2A, Residential | |
| Flood Map Panel No. & Date | 09003C0337F | 26-Sep-08 |
| Flood Zone | X (Unshaded) | |
| Adjacent Land Uses | Residential use | |

**The following research was performed/requested:**

| Item | Comments |
|---|---|
| Contacted County Offices | Assessor, Tax Collector, City Clerk's Offices |
| Reviewed Plat | Assessor's Records |

**Based on the above research, the following results were concluded:**

| Item | Results |
|---|---|
| Detrimental Easements | There are no known easements impacting the site. |
| Encroachments | There are no known encroachments impacting the site. |
| Deed Restrictions | There are no known deed restrictions impacting the site. |
| Reciprocal Parking Rights | There are no known reciprocal parking rights impacting the site. |

Various sources compiled by CBRE

## Ingress/Egress

The subject is provided access from a curb cut along Avonwood Road.

## Easements and Encroachments

There are no known easements or encroachments impacting the site that are considered to affect the marketability or highest and best use. It is recommended that the client/reader obtain a current title policy outlining all easements and encroachments on the property, if any, prior to making a business decision.

## Covenants, Conditions and Restrictions

There are no known covenants, conditions or restrictions impacting the site that are considered to affect the marketability or highest and best use. It is recommended that the client/reader obtain a copy of the current covenants, conditions and restrictions, if any, prior to making a business decision.

## Environmental Issues

Although CBRE was not provided an Environmental Site Assessment (ESA), a tour of the site did not reveal any obvious issues regarding environmental contamination or adverse conditions.

The appraiser is not qualified to detect the existence of potentially hazardous material or underground storage tanks which may be present on or near the site. The existence of hazardous materials or underground storage tanks may affect the value of the property. For this appraisal, CBRE, Inc. has specifically assumed that the property is not affected by any hazardous materials that may be present on or near the property.

## Adjacent Properties

The adjacent land uses are summarized as follows:

| | |
|---|---|
| North: | Multifamily |
| South: | Residential |
| East: | Residential and industrial |
| West: | Farmington River |

## Conclusion

The site is consistent with other properties in the area and fits in well with its surrounding environs.

## Plat Map



## Flood Plain Map



# Improvements Analysis

The following chart shows a summary of the improvements.

| IMPROVEMENTS SUMMARY AND ANALYSIS | |
|---|---|
| Property Type | Multifamily (Multi-Family Garden) |
| Number of Buildings | 3 |
| Number of Stories | 3 |
| Gross Building Area | 250,000 SF |
| Net Rentable Area | 216,422 SF |
| Number of Units | 180 |
| Average Unit Size | 1,202 SF |
| Development Density | 3.6 Units/Acre |
| Parking Improvements | Surface |
| Parking Spaces: | Adequate |
| Year Built | 1973 |
| Actual Age | 40 Years |
| Effective Age | 15 Years |
| Total Economic Life | 45 Years |
| Remaining Economic Life | 30 Years |
| Age/Life Depreciation | 33.3% |
| Functional Utility | Typical |

Source:  Various sources compiled by CBRE

| UNIT MIX | | | | | |
|---|---|---|---|---|---|
| Unit Mix/Type | Comments | No. Units | Percent of Total | Unit Size (SF) | NRA (SF) |
| 1BR/1.5BA | | 42 | 23.3% | 922 | 38,724 |
| 1BR/1BA | | 1 | 0.6% | 922 | 922 |
| 2BR/1BA | | 1 | 0.6% | 1,166 | 1,166 |
| 2BR/2BA | | 119 | 66.1% | 1,273 | 151,487 |
| 3BR/2BA | | 17 | 9.4% | 1,419 | 24,123 |
| Total/Average: | | 180 | 100.0% | 1,202 | 216,422 |

Source:  Various sources compiled by CBRE

## Year Built

The subject was built in 1973.

## Construction Class

Building construction class is as follows:

D - Wood frame, floor and structure; considered combustible

The construction components are assumed to be in working condition and adequate for the building.

The overall quality of the facility is considered to be average for the neighborhood and age. However, CBRE, Inc. is not qualified to determine structural integrity and it is recommended that the client/reader retain the services of a qualified, independent engineer or contractor to determine the structural integrity of the improvements prior to making a business decision.

## Foundation/Floor Structure

The foundation is assumed to be of adequate load-bearing capacity to support the improvements. The floor structure is summarized as follows:

| | |
|---|---|
| Ground Floor: | Concrete slab on compacted fill |
| Other Floors: | Plywood with vinyl, carpet and tile cover |

## Exterior Walls

The exterior walls are wood frame with brick and wood siding and trim. The buildings have double pane windows.

## Roof Cover

The buildings have flat rubber membrane roof coverings.

## Elevator/Stair System

Each building has an interior stairwells to access upper levels.

## HVAC

The HVAC system for the apartments consists of individual heat and hot water in each unit.

The HVAC system is assumed to be in good working order and adequate for the buildings.

## Utilities

Each unit is individually metered for electrical usage. Current operations indicate that ownership/management is responsible for cold water and sewer costs to the individual units with the tenants paying all other utility costs.

## Life Safety and Fire Protection

It is assumed the improvements have adequate fire alarm systems, fire exits, fire extinguishers, fire escapes and/or other fire protection measures to meet local fire marshal requirements. CBRE, Inc. is not qualified to determine adequate levels of safety & fire protection, whereby it is recommended that the client/reader review available permits, and related documents prior to making a business decision.

## Project Amenities

The project amenities include outdoor pool, fitness center, tennis court, laundry facilities and surface parking.

## Unit Amenities

### Kitchens

Each unit features a full appliance package including a range/oven, vent-hood and refrigerator. Additionally, each unit features wood cabinets with laminate countertops and tile flooring in the kitchen area.

### Bathrooms

The bathrooms within each unit feature combination tub/showers with ceramic tile wainscot. Additionally, each bathroom features a commode, wood cabinet with counter and built-in sink, wall-mounted medicine cabinet with vanity mirror and vinyl tile flooring.

### Interior Lighting

Each unit features incandescent or LED lighting in appropriate interior and exterior locations with fluorescent lighting in bathrooms and kitchen areas.

### Patios, Balconies and Storage

Each of the units include a private balcony or deck area.

## Site Amenities

### Parking and Drives

The project features adequate parking, including reserved accessible spaces. All parking spaces and vehicle drives are asphalt paved or gravel and considered to be in average condition.

### Landscaping

Landscaping is considered to be in average condition and adequately maintained.

## Functional Utility

All of the floor plans are considered to feature functional layouts and the layout of the overall project is considered functional in utility. Therefore, the unit mix is also functional, and no conversion is warranted to the existing improvements.

## ADA Compliance

All common areas of the property appear to have full accessibility and four of the project's units have been designed for individuals with disabilities. The client/reader's attention is directed to the specific limiting conditions regarding ADA compliance.

## Furniture, Fixtures and Equipment

The apartment units are rented on an unfurnished basis. However, miscellaneous maintenance tools, pool furniture, leasing office furniture, recreational room and clubhouse furniture, and various exercise machines are examples of personal property associated with, and typically included in the sale of, multifamily apartment complexes. Our market value assumes any FF&E at the property would transfer if the property were to sell. This is consistent with how buyers and sellers analyze similar properties.

## Environmental Issues

Although CBRE was not provided an Environmental Site Assessment (ESA), a tour of the site did not reveal any obvious issues regarding environmental contamination or adverse conditions.

The appraiser is not qualified to detect the existence of potentially hazardous material or underground storage tanks which may be present on or near the site. The existence of hazardous materials or underground storage tanks may affect the value of the property. For this appraisal, CBRE, Inc. has specifically assumed that the property is not affected by any hazardous materials that may be present on or near the property.

## Condition Analysis

The subject property was reportedly impacted by a fire that damaged several units. CBRE has not been provided with a budget for the repairs required but has been told by the client that the repairs are approximately $4,000,000.  We have included this as a deduction to the value to arrive at the as is value of the subject.

## Economic Age and Life

CBRE, Inc.'s estimate of the subject improvements effective age and remaining economic life is depicted in the following chart:

| ECONOMIC AGE AND LIFE | |
| --- | --- |
| Actual Age | 40 Years |
| Effective Age | 15 Years |
| MVS Expected Life | 45 Years |
| Remaining Economic Life | 30 Years |
| Accrued Physical Incurable Depreciation | 33.3% |
| Compiled by CBRE | |

The remaining economic life is based upon our on-site observations and a comparative analysis of typical life expectancies as published by Marshall and Swift, LLC, in the Marshall Valuation Service cost guide. While CBRE, Inc. did not observe anything to suggest a different economic life, a capital improvement program could extend the life expectancy.

## Conclusion

The improvements are in average overall condition. Overall, there are no known factors that adversely impact the marketability of the improvements.

# Zoning

The following chart summarizes the subject's zoning requirements.

| ZONING SUMMARY | |
| --- | --- |
| Current Zoning | RU2A, Residential |
| Legally Conforming | See Comments |
| Uses Permitted | Residential uses permitted by right |
| | |
| Zoning Change | Not likely |
| **SUPPLEMENTAL ZONING INFORMATION** | |
| Reconstruction Ordinance | Effective July 1, 2017 the state of Connecticut passed Public Act No. 17-39 regarding the continuation of nonconforming uses, buildings or structures which supersedes local zoning regulations and notes that all nonconforming uses, buildings and structures can be rebuilt if damaged or destroyed.  As such, the damage threshold for rebuildability is effectively 100%. |
| Sources: | Various webpages, phone calls to zoning dept. We assume that the information presented in this report is accurate and reliable |
| Compiled by CBRE | |

## Analysis and Conclusion

The improvements represent a legally permitted, conforming use. Additional information may be obtained from the appropriate governmental authority. For purposes of this appraisal, CBRE has assumed the information obtained is correct.

## Zoning Map



# Tax and Assessment Data

The following summarizes the local assessor's estimate of the subject's market value, assessed value, and taxes, and does not include any furniture, fixtures or equipment. The CBRE estimated tax obligation is also shown.

| AD VALOREM TAX INFORMATION | | | | |
|---|---|---|---|---|
| Parcel | Assessor's Parcel No. | Parcel Description | 2023 G.L. | Pro Forma |
| 1 | | | | |
| | Various | 44 Avonwood Road | $18,983,603 | |
| | Subtotal | | $18,983,603 | $18,983,603 |
| | % of Assessed Value | | 70.00% | 70.00% |
| | Final Assessed Value | | $13,288,522 | $13,288,522 |
| | General Tax Rate (per $1,000 A.V.) | | 29.660000 | 30.549800 |
| | **Total Taxes** | | **$394,138** | **$405,962** |
| | Taxes per Unit | | $2,190 | $2,255 |

Source:  Assessor's Office

The last reassessment of property values in Avon was as of October 1, 2023.  The next re-assessment of the subject is scheduled for the 2028 Grand List.  The city is currently operating off the 2023 Grand List (G.L.), by which taxes are payable on July 1, 2024 and January 1, 2025. The tax rate for the 2023 G.L. in Avon was 29.66 mills. Within our analysis we have assumed a 3.0% annual growth rate for taxes.

In Connecticut, the sale of a property does not trigger a re-assessment.

Section 12-62 of Connecticut Statutes requires that each municipality conduct a revaluation of all real property at least every five years with a physical inspection required every ten years.  In Connecticut, an assessment is equal to 70% of the fair market value as established by the municipal Assessor in the year of the last revaluation.

## Conclusion

For purposes of this analysis, CBRE, Inc. assumes that all taxes are current.

# Market Analysis

The market analysis forms a basis for assessing market area boundaries, supply and demand factors, and indications of financial feasibility.

The subject is in the Avon market and is considered a Class B garden-style apartment community. According to the Institute of Real Estate Management (in Income/Expense Analysis: Conventional Apartments 2003), the following multifamily property definitions may be applicable towards the subject:

> Low-Rise Projects (over 25 units): Includes walk-up buildings and elevator buildings 3 stories or less.

> Garden Type Projects: We consider this to be a group of low-rise apartment buildings situated on a sizable landscaped plot, under one management.

## Demographic Analysis

Demand for residential properties is a direct function of demographic characteristics analyzed on the following pages.

### Housing, Population and Household Formation

The following table illustrates the population and household changes for the subject neighborhood with primary focus on the 1-, 3- and 5-mile radius.

| POPULATION AND HOUSEHOLD PROJECTIONS | | | | |
|---|---|---|---|---|
| Population | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius | Hartford-West Hartford-East Hartford, CT |
| 2029 Total Population | 2,170 | 19,142 | 80,030 | 1,143,835 |
| 2024 Total Population | 2,230 | 19,147 | 80,172 | 1,156,623 |
| 2010 Total Population | 2,028 | 17,429 | 75,621 | 1,149,642 |
| 2000 Total Population | 1,762 | 16,354 | 70,852 | 1,086,956 |
| *Annual Growth 2024 - 2029* | *-0.54%* | *-0.01%* | *-0.04%* | *-0.22%* |
| *Annual Growth 2010 - 2024* | *0.68%* | *0.67%* | *0.42%* | *0.04%* |
| *Annual Growth 2000 - 2010* | *1.42%* | *0.64%* | *0.65%* | *0.56%* |
| Households | | | | |
| 2029 Total Households | 861 | 7,645 | 33,127 | 473,394 |
| 2024 Total Households | 869 | 7,498 | 32,471 | 468,096 |
| 2010 Total Households | 834 | 6,758 | 30,300 | 447,003 |
| 2000 Total Households | 760 | 6,311 | 27,883 | 420,918 |
| *Annual Growth 2024 - 2029* | *-0.18%* | *0.39%* | *0.40%* | *0.23%* |
| *Annual Growth 2010 - 2024* | *0.29%* | *0.74%* | *0.50%* | *0.33%* |
| *Annual Growth 2000 - 2010* | *0.93%* | *0.69%* | *0.83%* | *0.60%* |
| Source: ESRI | | | | |

As shown, the subject's neighborhood is experiencing slight increases in households and decreases in population.

## Income Distributions

Household income available for expenditure on housing and other consumer items is a primary factor in determining the price/rent level of housing demand in a market area. In the case of this study, projections of household income, particularly for renters, identifies in gross terms the market from which the subject submarket draws. The following table illustrates estimated household income distribution for the subject neighborhood.

| HOUSEHOLD INCOME DISTRIBUTION | | | | |
|---|---|---|---|---|
| Households by Income Distribution (2024) | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius | Hartford-West Hartford-East Hartford, CT |
| <$15,000 | 2.30% | 3.12% | 4.24% | 8.14% |
| $15,000 - $24,999 | 3.11% | 3.40% | 3.08% | 5.11% |
| $25,000 - $34,999 | 6.56% | 5.27% | 3.28% | 5.64% |
| $35,000 - $49,999 | 6.33% | 5.67% | 5.41% | 7.89% |
| $50,000 - $74,999 | 5.06% | 6.70% | 8.35% | 13.71% |
| $75,000 - $99,999 | 10.01% | 8.76% | 9.29% | 12.81% |
| $100,000 - $149,999 | 15.30% | 16.02% | 16.87% | 18.11% |
| $150,000 - $199,999 | 10.01% | 13.02% | 13.93% | 11.90% |
| $200,000+ | 41.20% | 38.05% | 35.55% | 16.69% |
| Source:  ESRI | | | | |

The following table illustrates the median and average household income levels for the subject neighborhood.

| HOUSEHOLD INCOME LEVELS | | | | |
|---|---|---|---|---|
| Income | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius | Hartford-West Hartford-East Hartford, CT |
| 2024 Median Household Income | $155,048 | $153,129 | $147,871 | $92,218 |
| 2024 Average Household Income | $212,823 | $205,411 | $198,693 | $128,911 |
| 2024 Per Capita Income | $84,868 | $80,871 | $80,421 | $52,369 |
| Source:  ESRI | | | | |

## Employment

An employment breakdown typically indicates the working-class characteristics for a given market area. The specific employment population within the indicated radii of the subject is as follows:

| EMPLOYMENT BY INDUSTRY | | | |
|---|---|---|---|
| Occupation (2024) | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius | Hartford-West Hartford-East Hartford, CT |
| Agric/Forestry/Fishing/Hunting | 0.48% | 0.61% | 0.54% | 0.32% |
| Construction | 1.43% | 2.58% | 3.38% | 5.71% |
| Manufacturing | 10.04% | 11.40% | 10.25% | 11.29% |
| Wholesale Trade | 1.91% | 2.03% | 1.45% | 1.80% |
| Retail Trade | 4.49% | 6.10% | 6.20% | 9.62% |
| Transportation/Warehousing | 0.38% | 1.40% | 1.76% | 4.30% |
| Information | 0.57% | 3.20% | 3.51% | 1.98% |
| Finance/Insurance | 17.78% | 14.14% | 14.64% | 8.61% |
| Prof/Scientific/Tech Services | 24.38% | 14.39% | 12.37% | 8.23% |
| Mgmt of Companies/Enterprises | 0.00% | 0.10% | 0.22% | 0.08% |
| Admin/Support/Waste Mgmt Srvcs | 3.63% | 1.82% | 2.09% | 3.86% |
| Educational Services | 11.47% | 13.67% | 14.49% | 12.16% |
| Health Care/Social Assistance | 11.09% | 14.51% | 16.32% | 15.66% |
| Arts/Entertainment/Recreation | 2.01% | 3.34% | 2.88% | 2.02% |
| Accommodation/Food Services | 5.26% | 3.78% | 3.23% | 5.94% |
| Other Services (excl Publ Adm) | 3.54% | 3.39% | 3.12% | 4.05% |
| Public Administration | 1.53% | 3.54% | 3.56% | 4.37% |

Source: ESRI

The previous table illustrates the employment character of the submarket, indicating a predominantly middle- to upper-income employment profile, with the majority of the population holding manufacturing, finance/real estate, professional, educational and health care related jobs.

## Outlook

Based on this analysis, the immediate area surrounding the subject is projected to experience moderate, positive growth relative to households and slight decreases relative to population into the near future. Given the area demographics, it appears that demand for both comparable surrounding area apartment units and the subject will continue to be stable.

## Metropolitan Hartford - CT USA Apartment Market Overview

### Recent Performance

The following table summarizes historical and projected performance for the overall metropolitan Hartford - CT USA apartment market, as reported by Costar.

| | | | | HARTFORD - CT USA APARTMENT MARKET | | | | |
|---|---|---|---|---|---|---|---|---|
| Year Ending | Inventory (Units) | Completions (Units) | Occupied Stock (Units) | Occupancy | Asking Rent ($/Unit / Mo.) | Asking Rent Change | Net Absorption (Units) | Transaction Price Per Area (Units) |
| 2015 | 60,881 | 1,162 | 57,498 | 94.4% | $1,261 | 2.79% | 1,073 | $80,694 |
| 2016 | 61,992 | 1,111 | 58,566 | 94.5% | $1,287 | 2.12% | 1,069 | $86,514 |
| 2017 | 63,398 | 1,406 | 59,605 | 94.0% | $1,313 | 1.99% | 1,043 | $80,269 |
| 2018 | 64,028 | 630 | 60,820 | 95.0% | $1,345 | 2.45% | 1,220 | $175,663 |
| 2019 | 65,561 | 1,533 | 61,734 | 94.2% | $1,378 | 2.43% | 916 | $55,707 |
| 2020 | 66,827 | 1,266 | 63,791 | 95.5% | $1,419 | 2.97% | 2,067 | $81,196 |
| 2021 | 67,204 | 377 | 64,644 | 96.2% | $1,505 | 6.05% | 856 | $142,107 |
| 2022 | 67,591 | 387 | 64,662 | 95.7% | $1,589 | 5.62% | 21 | $176,939 |
| Q1 2023 | 67,889 | 298 | 64,857 | 95.5% | $1,619 | 1.83% | 196 | $158,510 |
| Q2 2023 | 68,292 | 403 | 65,148 | 95.4% | $1,650 | 1.94% | 292 | $196,412 |
| Q3 2023 | 68,608 | 316 | 65,672 | 95.7% | $1,656 | 0.36% | 524 | $119,803 |
| Q4 2023 | 68,646 | 38 | 65,635 | 95.6% | $1,657 | 0.07% | -36 | $88,378 |
| 2023 | 68,646 | 1,055 | 65,635 | 95.6% | $1,657 | 4.25% | 976 | $88,378 |
| Q1 2024 | 68,887 | 241 | 65,773 | 95.5% | $1,690 | 2.01% | 138 | $168,661 |
| Q2 2024 | 69,529 | 642 | 66,237 | 95.3% | $1,718 | 1.65% | 465 | $77,918 |
| Q3 2024 | 70,010 | 481 | 66,529 | 95.0% | $1,731 | 0.71% | 293 | $153,685 |
| Q4 2024 | 70,672 | 662 | 66,842 | 94.6% | $1,722 | -0.48% | 314 | $80,635 |
| 2024 | 70,672 | 2,026 | 66,842 | 94.6% | $1,722 | 3.93% | 1,210 | $80,635 |
| 2025* | 71,925 | 1,253 | 68,110 | 94.7% | $1,775 | 3.08% | 1,267 | $0 |
| 2026* | 72,718 | 793 | 68,790 | 94.6% | $1,831 | 3.15% | 681 | $0 |
| 2027* | 73,729 | 1,011 | 69,855 | 94.7% | $1,887 | 3.07% | 1,064 | $0 |
| 2028* | 74,561 | 832 | 70,883 | 95.1% | $1,947 | 3.16% | 1,028 | $0 |
| 2029* | 75,508 | 947 | 71,886 | 95.2% | $1,997 | 2.59% | 1,003 | $0 |

*\* Future Projected Data according to Costar*

Source: Costar, 4th Quarter 2024

The Hartford - CT USA apartment market consists of approximately 70,672 units of apartments. The following observations are noted from the table above:

- As of 4th Quarter 2024, there were approximately 66,842 units of occupied apartments, resulting in an occupancy rate of 94.6% for the metro area. This reflects a decrease from the previous quarter's occupancy of 95.0%, and a decrease from an occupancy rate of 95.6% from last year.

- The area experienced positive 314 units of net absorption for the current quarter. This indicates an improvement from the previous quarter's positive 293 units of net absorption, and a decline from the positive 976 units of net absorption from last year.

- The area had completions of positive 662 units for the current quarter, which indicates an increase from the previous quarter's completions of positive 481 units, and indicates a decline from completions of positive 1,055 units from last year.

- The area achieved average asking rent of $1,722 per unit, which indicates a decrease from the previous quarter's asking rent of $1,731 per unit, and an increase from the asking rent of $1,657 per unit from last year.

## Historical Inventory – Market



Inventory is projected to be 70,672 units at the end of the current year, which represents an increase from the previous year's inventory of 68,646 units. Inventory for next year is projected to be 71,925 units, reflecting an increase from the current year.

## Historical Occupancy - Market



At the end of the current year, the occupancy rate is projected to be 94.6%, which reflects a decrease from the 95.6% occupancy rate at the end of last year. Occupancy for next year is projected to be 94.7%, reflecting a small increase from the current year.

## Historical Net Absorption - Market



At the end of the current year, the area is projected to experience positive 1,210 units of net absorption, which indicates an improvement from the positive 976 units of net absorption for the previous year. The area is projected to experience positive 1,267 units of net absorption as of the end of next year, which indicates an improvement from the current year.

## Historical Completions - Market



The area is projected to achieve completions of positive 2,026 units for the current year, which indicates an improvement from the previous year's completions of positive 1,055 units. The area is projected to experience completions of positive 1,253 units as of the end of next year, which indicates a decline from the current year.

## Historical Asking Rent - Market



The area is projected to achieve average asking rent of $1,722 per unit at the end of the current year, which indicates an increase from the previous year's asking rent of $1,657 per unit. The area is projected to achieve asking rent of $1,775 per unit by the end of next year, indicating an increase from the current year.

## Submarket Snapshot

The following table summarizes the supply of apartment units for each submarket within the Hartford - CT USA market as of 4th Quarter 2024.

| SUBMARKET SNAPSHOT | | | | |
|---|---|---|---|---|
| Submarket | Inventory (Units) | Completions* (Units) | Asking Rent ($/Unit / Mo.) | Occupancy |
| Andover/Coventry | 176 | 0 | $1,072 | 97.3% |
| Avon/Burlington | 466 | 0 | $1,851 | 98.8% |
| Bloomfield/Windsor | 3,295 | 306 | $2,187 | 91.4% |
| Bristol/Plainville | 2,814 | 208 | $1,401 | 91.6% |
| Cromwell/Middletown/Rocky Hill | 7,198 | 250 | $1,739 | 95.8% |
| Durham/East Haddam | 123 | 44 | $2,230 | 85.5% |
| East Granby/Suffield | 122 | 0 | $2,918 | 98.9% |
| East Hartford/Manchester | 9,227 | 37 | $1,659 | 95.5% |
| Hmptn/Glastonbury/M'borough/ | 1,025 | 0 | $2,283 | 94.7% |
| n | 1,851 | 0 | $1,765 | 98.7% |
| Locks | 3,154 | 0 | $1,780 | 97.3% |
| Farmington | 1,035 | 0 | $1,982 | 94.2% |
| Mansfield/Tolland/Willington | 1,705 | 0 | $2,113 | 95.1% |
| Britain/Newington/Wethersfield | 8,737 | 533 | $1,680 | 93.2% |
| North Hartford | 6,280 | 311 | $1,613 | 89.3% |
| Simsbury/Granby | 2,260 | 337 | $2,462 | 91.5% |
| Southern Middlesex County | 648 | 0 | $2,698 | 97.5% |
| South Hartford | 12,468 | 0 | $1,173 | 95.8% |
| Southington/Berlin | 721 | 0 | $1,568 | 97.5% |
| South Windsor/Vernon | 4,604 | 0 | $1,666 | 98.7% |
| West Hartford | 2,763 | 0 | $2,069 | 93.3% |
| *Completions include trailing 4 quarters | | | | |
| Source: Costar, 4th Quarter 2024 | | | | |

## Avon/Burlington Submarket

Important characteristics of the Avon/Burlington apartment market are summarized below:

| | | | AVON/BURLINGTON APARTMENT SUBMARKET | | | | |
|---|---|---|---|---|---|---|---|
| Year Ending | Inventory (Units) | Completions (Units) | Occupied Stock (Units) | Occupancy | Asking Rent ($/Unit / Mo.) | Asking Rent Change | Net Absorption (Units) |
| 2015 | 441 | 0 | 424 | 96.1% | $1,315 | 1.42% | 4 |
| 2016 | 441 | 0 | 416 | 94.3% | $1,333 | 1.34% | -8 |
| 2017 | 441 | 0 | 402 | 91.1% | $1,385 | 3.92% | -14 |
| 2018 | 441 | 0 | 419 | 95.0% | $1,423 | 2.75% | 18 |
| 2019 | 466 | 25 | 417 | 89.4% | $1,449 | 1.79% | -1 |
| 2020 | 466 | 0 | 442 | 94.9% | $1,484 | 2.41% | 26 |
| 2021 | 466 | 0 | 421 | 90.4% | $1,587 | 6.98% | -21 |
| 2022 | 466 | 0 | 384 | 82.3% | $1,641 | 3.40% | -37 |
| Q1 2023 | 466 | 0 | 380 | 81.6% | $1,651 | 0.61% | -3 |
| Q2 2023 | 466 | 0 | 441 | 94.6% | $1,681 | 1.79% | 61 |
| Q3 2023 | 466 | 0 | 447 | 95.9% | $1,683 | 0.12% | 6 |
| Q4 2023 | 466 | 0 | 452 | 97.1% | $1,705 | 1.33% | 6 |
| 2023 | 466 | 0 | 452 | 97.1% | $1,705 | 3.89% | 70 |
| Q1 2024 | 466 | 0 | 458 | 98.3% | $1,720 | 0.84% | 6 |
| Q2 2024 | 466 | 0 | 461 | 98.9% | $1,771 | 2.96% | 3 |
| Q3 2024 | 466 | 0 | 461 | 98.9% | $1,804 | 1.91% | 0 |
| Q4 2024 | 466 | 0 | 460 | 98.8% | $1,851 | 2.60% | -1 |
| 2024 | 466 | 0 | 460 | 98.8% | $1,851 | 8.56% | 8 |
| 2025* | 465 | -1 | 460 | 98.7% | $1,904 | 2.86% | 0 |
| 2026* | 465 | 0 | 459 | 98.5% | $1,970 | 3.44% | -1 |
| 2027* | 466 | 1 | 460 | 98.7% | $2,036 | 3.37% | 2 |
| 2028* | 467 | 1 | 462 | 98.9% | $2,107 | 3.46% | 1 |
| 2029* | 467 | 0 | 463 | 99.0% | $2,168 | 2.89% | 1 |

*Future Projected Data according to Costar

Source: Costar, 4th Quarter 2024

The Avon/Burlington apartment submarket consists of approximately 466 units of apartments. The current submarket inventory represents approximately 0.7% of the overall market inventory. The following observations were noted from the table above:

- As of 4th Quarter 2024, there were approximately 460 units of occupied apartments , resulting in an occupancy rate of 98.8% for the submarket. This reflects a small decrease from the previous quarter's occupancy of 98.9%, and an increase from an occupancy rate of 97.1% from last year. The submarket occupancy is above the 94.6% market occupancy.

- The submarket experienced negative 1 units of net absorption for the current quarter. This indicates a decline from the previous quarter's zero units of net absorption, and a decline from the positive 70 units of net absorption from a year ago. Overall, the submarket has experienced positive 8 units of net absorption for the current year-to-date period. The submarket's current net absorption of negative 1 units is below the overall market net absorption of positive 314 units.

- The submarket had zero completions for the current quarter, which indicates no change from the previous quarter's zero completions, and no change from the zero completions from last year.

- The submarket achieved average asking rent of $1,851 per unit, which indicates an increase from the previous quarter's asking rent of $1,804 per unit, and an increase from the asking rent of $1,705 per unit from last year. The submarket's current asking rent of $1,851 per unit compares favorably with the overall market asking rent of $1,722 per unit.

## Historical Inventory - Submarket



Submarket Inventory is projected to be 466 units at the end of the current year, which represents no change from the previous year's submarket inventory of 466 units. Inventory for next year is projected to be 465 units, reflecting a small decrease from the current year.

## Historical Occupancy - Submarket



Submarket occupancy is projected to be 98.8% at the end of the current year, which represents an increase from the previous year's submarket occupancy of 97.1%. Submarket occupancy for next year is projected to be 98.7%, reflecting a small decrease from the current year.

## Historical Net Absorption - Submarket



Net absorption in the submarket is projected to be positive 8 units at the end of the current year, reflecting a decline from the previous year's net absorption of positive 70 units. Net absorption for next year is projected to be zero units, indicating a decline from the current year.

## Historical Completions - Submarket



The submarket is projected to achieve zero completions at the end of the current year, which is unchanged from the previous year's zero completions. The submarket is projecting completions of negative 1 units for next year, which indicates a decline from the current year.

## Historical Asking Rent - Submarket



The submarket is projected to achieve average asking of $1,851 per unit at the end of the current year, which represents an increase from the previous year's asking rent of $1,705 per unit. The submarket is projected to achieve average asking rent of $1,904 per unit, reflecting an increase from the current year.

## Competitive Properties

Comparable properties were surveyed in order to identify the current occupancy within the competitive market. The comparable data is summarized in the following table:

| SUMMARY OF COMPARABLE MULTIFAMILY RENTALS | | | | |
|---|---|---|---|---|
| Comp. No. | Name | Location | Distance from Subject | Occupancy |
| 1 | Avon Colonial Manor | 156 West Main Street Avon, CT | 1.6 Miles | 98% |
| 2 | Avon Mill Apartments | 64 Avonwood Road Avon, CT | 0.3 Miles | 98% |
| 3 | The Meadows Apartments | 51-71 Hopmeadow Street Weatogue, CT | 2.1 Miles | 93% |
| 4 | Lakeview Apartments | 34 Lakeshore Drive Farmington, CT | 4.0 Miles | 100% |
| 5 | Birch Hill and Summit Apartments | 191-221 and 271 Main Street Farmington, CT | 6.2 Miles | 98% |
| Subject | Avon Place (Fractured Condominium) | 44 Avonwood Road, Avon, Connecticut | | 94% |

Compiled by CBRE

The majority of comparable properties surveyed reported occupancy rates of 93% or better, and all are currently in average condition.

## Subject Analysis

### Occupancy

Based on the foregoing analysis, CBRE, Inc.'s conclusion of stabilized occupancy for the subject is illustrated in the following table. This estimate considers both the physical and economic factors of the market.

| OCCUPANCY CONCLUSIONS | |
|---|---|
| Hartford - CT USA Market | 94.6% |
| Avon/Burlington Submarket | 98.8% |
| Rent Comparables | 97.9% |
| Subject's Current Occupancy | 61.1% |
| Subject's Stabilized Occupancy | 95.5% |
| Compiled by CBRE | |

## Conclusion

The area apartment market and the local submarket are exhibiting average to above average annual levels of demand. With respect to the subject property in particular, we believe the subject is well located for an apartment project. The site is conveniently located with respect to neighborhood employment opportunities and transportation linkages.  The newly built apartment complexes in the area have seen strong absorption rates and the market is currently operating at a generally stabilized occupancy level with upward trending rental rates.  Based upon our analysis of the overall market and considering the location of the subject, the property should continue to enjoy good market acceptance.

# Highest and Best Use

In appraisal practice, the concept of highest and best use represents the premise upon which value is based. The four criteria the highest and best use must meet are:

- legally permissible;
- physically possible;
- financially feasible; and
- maximally productive.

The highest and best use analysis of the subject is discussed below.

## As Vacant (Larger Parcel)

### Legal Permissibility

The legally permissible uses were discussed in the Site Analysis and Zoning Sections.

### Physical Possibility

The subject is adequately served by utilities, and has an adequate shape and size, sufficient access, and other necessary attributes, to be a separately developable site. There are no known physical reasons why the subject site would not support any legally probable development (i.e. it appears adequate for development).

Existing structures on similar sites provides additional evidence for the physical possibility of development.

### Financial Feasibility

Potential uses of the site include residential multifamily. The determination of financial feasibility is dependent primarily on the relationship of supply and demand for the legally probable land uses versus the cost to create the uses. As discussed in the market analysis, the subject multifamily market is generally stabilized. Development of new multifamily properties has occurred in the past few years.

### Maximum Productivity - Conclusion

The final test of highest and best use of the site as if vacant is that the use be maximally productive, yielding the highest return to the land.

Based on the information presented above and upon information contained in the market and neighborhood analysis, we conclude that the highest and best use of the subject as if vacant would be the development of an multifamily property. Our analysis of the subject and its respective market characteristics indicate the most likely buyer, as if vacant, would be an investor (land speculation) or a developer.

## As Improved (Larger Parcel)

### Legal Permissibility

The site has been improved with a multifamily development (condominium ownership) that is a legal, conforming use.

## Physical Possibility

The layout and positioning of the improvements are considered functional for multifamily use. While it would be physically possible for a wide variety of uses, based on the legal restrictions and the design of the improvements, the continued use of the property for multifamily users would be the most functional use.

## Financial Feasibility

The financial feasibility of a multifamily property is based on the amount of rent which can be generated, less operating expenses required to generate that income; if a residual amount existing, then the land is being put to a productive use. Based upon the income capitalization approach conclusion, the subject is producing a positive net cash flow and continued utilization of the improvements for multifamily purposes is considered financially feasible. Further, the value of the subject property as improved clearly exceeds the underlying land value.

## Maximum Productivity - Conclusion

As shown in the applicable valuation sections, buildings that are similar to the subject have been acquired or continue to be used by multifamily owners/tenants. None of the comparable buildings have been acquired for conversion to an alternative use. The most likely buyer for the subject property is as follows:

- investor-regional

Based on the foregoing, the highest and best use of the property, as improved, is consistent with the existing use, as a multifamily development.

# Sales Comparison Approach

The following map and table summarize the comparable data used in the valuation of the subject. A detailed description of each transaction is included in the addenda.



| | | Transaction | | Interest | YOC / | Property | No. | Avg. Unit | Distance | Actual Sale | Adjusted Sale | Price Per | | NOI Per | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| No. | Property Name | Type | Date | Transferred | Reno'd | Type | Units | Size | from Subj | Price | Price [1] | Unit [1] | Occ. | Unit | OAR |
| 1 | Beacon Mill Village<br>2 N. Main Street<br>Beacon Falls, CT 6403 | Sale | May-24 | Leased Fee | 1853 /<br>1985 | Multifamily | 187 | 810 | 27 Miles | $32,000,000 | $32,000,000 | $171,123 | 96.00% | N/A | 7.94% |
| 2 | Manor House<br>14 Revere Dr<br>Bloomfield, CT 6002 | Sale | Feb-24 | Leased Fee | 1962 | Multifamily | 125 | 927 | 5.7 Miles | $18,750,000 | $18,750,000 | $150,000 | 98.00% | $8,510 | 5.67% |
| 3 | Centennial Apartments<br>5 Spring Lane<br>Farmington, CT 6032 | Sale | Sep-23 | Leased Fee | 1987 | Multifamily | 95 | 735 | 6.8 Miles | $18,775,000 | $20,177,704 | $212,397 | 96.00% | $12,878 | 6.06% |
| 4 | Northwood Square<br>265 Lowery Place<br>Newington, CT 6111 | Sale | Mar-23 | Leased Fee | 1955 | Multifamily | 104 | 900 | 8.9 Miles | $15,400,000 | $15,400,000 | $148,077 | 97.00% | $8,213 | 5.55% |
| 5 | Middletown Brooke and Ridge<br>100 Town Brooke &amp; 100 Town Ridge<br>Middletown, CT 6457 | Sale | Mar-23 | Leased Fee | 1989 /<br>2018 | Multifamily | 280 | 970 | 15 Miles | $47,000,000 | $47,000,000 | $167,857 | 94.30% | $9,747 | 5.81% |
| 6 | Highland Ridge<br>329 Schraffts Drive<br>Waterbury, CT 6705 | Sale | Feb-23 | Leased Fee | 1970 | Multifamily | 147 | 884 | 19 Miles | $19,350,000 | $19,350,000 | $131,633 | 95.00% | $7,397 | 5.62% |
| Subj.<br>Pro<br>Forma | Avon Place (Fractured Condominium)<br>44 Avonwood Road<br>Avon, CT 06001 | --- | --- | --- | 1973 | Multifamily | 180 | 1,202 | --- | --- | --- | --- | 95.50% | $11,969 | --- |

SUMMARY OF COMPARABLE MULTIFAMILY SALES

[1] Adjusted sale price for cash equivalency, lease-up and/or deferred maintenance (where applicable)
Compiled by CBRE

The sales utilized represent the best data available for comparison with the subject. They were selected from our research of comparable improved sales within the greater Avon area. These sales were chosen based upon similar location, age/condition and physical characteristics.

## Discussion/Analysis of Improved Sales

### Improved Sale One

This comparable represents a multifamily (fractured condo) property consisting of 187 units and is situated on a 8.09-acre parcel at 2 N. Main Street, Beacon Falls, CT.  The improvements were originally constructed in 1853 and were considered in average condition at the time of sale.  The exterior walls depict brick construction components.  The average unit size was 810 square feet.  The property sold in May 2024 for $32,000,000, or $171,123 per unit.  Pro Forma (Stabilized) net operating income at the time of sale was $2,539,927, or $13,583 per unit, for an overall capitalization rate of 7.94%.  The property's EGIM was calculated as 7.85 and occupancy at the time of sale was 96%.  Beacon Mill Village is an eight building historic mill complex comprised of 188 condominium units located on eight acres along the Naugatuck River. The buildings were initially constructed between 1851 and 1911 and originally utilized by the Home Woolen Company. The buildings were subsequently converted to residential apartments between 1985 and 1988 retaining many of the unique and distinguishing features. The building offers original brick exteriors, interior exposed brick walls, high ceilings and exposed heavy timber beams in common areas and unit interiors. Amenities include a pool, tennis court, sauna, common laundry and surface parking. The subject comprises 187 of the 188 units.

An adjustment for avg. unit size was considered appropriate for this comparable given the smaller average unit size.  Because of this inferior trait, an upward adjustment was considered appropriate.  Overall, this comparable was deemed inferior in comparison to the subject and an upward net adjustment was warranted to the sales price indicator.

### Improved Sale Two

This comparable represents a multifamily property consisting of 125 units and is situated on a 15.33-acre parcel at 14 Revere Dr, Bloomfield, CT.  The improvements were originally constructed in 1962 and were considered in average condition at the time of sale.  The exterior walls depict vinyl siding construction components.  The average unit size was 927 square feet.  The property sold in February 2024 for $18,750,000, or $150,000 per unit.  Trailing Actuals net operating income at the time of sale was $1,063,698, or $8,510 per unit, for an overall capitalization rate of 5.67%.  The property's EGIM was calculated as 8.76 and occupancy at the time of sale was 98%.

The downward adjustment for superior property rights conveyed is attributable to the subject being a fractured condo.  The upward adjustment for location reflects this comparable's inferior feature with respect to its less favorable access to employment and other support facilities.  Upon comparison with the subject, this comparable was considered superior in terms of project size and received a downward adjustment for this characteristic due to having significantly fewer units than the subject property.  An adjustment for avg. unit size was considered appropriate for this comparable given the smaller average unit size.  Because of this inferior trait, an upward adjustment was considered appropriate.  Overall, this comparable was deemed superior in comparison to the subject and a downward net adjustment was warranted to the sales price indicator.

## Improved Sale Three

This comparable represents a multifamily property consisting of 95 units and is situated on a 11.9151-acre parcel at 5 Spring Lane, Farmington, CT.  The improvements were originally constructed in 1987 and were considered in average condition at the time of sale.  The exterior walls depict wood construction components.  The average unit size was 735 square feet.  The property sold in September 2023 for $20,177,704, or $212,397 per unit.  Pro Forma (Stabilized) net operating income at the time of sale was $1,223,380, or $12,878 per unit, for an overall capitalization rate of 6.06%.  The property's EGIM was calculated as 11.03 and occupancy at the time of sale was 96%.  The property consists of 10 apartment buildings, a community room/apartment building, a fitness center/laundry building, a pool house, and two tool sheds. The improvements were constructed in 1987 - 1995 and are situated on an 11.92-acre site. Thirty six units were renovated in 2017. The property sold in September 2023 for $18,775,000. The buyer planned to spend $1,205,204 in renovating 56 units, updating the clubhouse, and completing roof replacements and parking lot replacements. Also, there were $197,500 in immediate repairs needed.

The downward adjustment for superior property rights conveyed is attributable to the subject being a fractured condo.  Upon comparison with the subject, this comparable was considered superior in terms of project size and received a downward adjustment for this characteristic due to having significantly fewer units than the subject property.  An adjustment for avg. unit size was considered appropriate for this comparable given the smaller average unit size.  Because of this inferior trait, an upward adjustment was considered appropriate.  Overall, this comparable was deemed superior in comparison to the subject and a downward net adjustment was warranted to the sales price indicator.

## Improved Sale Four

This comparable represents a multifamily property consisting of 104 units and is situated on a 11.93-acre parcel at 265 Lowery Place, Newington, CT.  The improvements were originally constructed in 1955 and were considered in average condition at the time of sale.  The exterior walls depict brick construction components.  The average unit size was 900 square feet.  The property sold in March 2023 for $15,400,000, or $148,077 per unit.  Pro Forma (Stabilized) net operating income at the time of sale was $854,144, or $8,213 per unit, for an overall capitalization rate of 5.55%.  The property's EGIM was calculated as 9.12 and occupancy at the time of sale was 97%.  This is the sale of a 100% market rate complex that includes 39 one-bedroom units and 65 two-bedroom units, of which 9 units have been recently remodeled.  The average in-place rent was $1,215 per month.  The NOI was provided by the broker and includes deductions for vacancy and collection loss and reserves.  The selling broker confirmed the purchase price and indicated that it includes assumed financing that the seller obtained in 2020 at a below-market interest rate of 3.74%. The broker provided the NOI, which includes deductions for vacancy and collection loss and reserves.

The downward adjustment for superior property rights conveyed is attributable to the subject being a fractured condo.  With respect to financing terms, this comparable was considered superior in this aspect and received a downward adjustment due to favorable assumed financing.  Upon comparison with the subject, this comparable was considered superior in terms of project size and received a downward adjustment for this characteristic due to having significantly fewer units than the subject property.  An adjustment for avg. unit size was considered appropriate for this comparable given the smaller average unit size.  Because of this inferior trait, an upward adjustment was considered appropriate.  Overall, this comparable was deemed superior in comparison to the subject and a downward net adjustment was warranted to the sales price indicator.

### Improved Sale Five

This comparable represents a multifamily property consisting of 280 units and is situated on a 19.49-acre parcel at 100 Town Brooke & 100 Town Ridge, Middletown, CT.  The improvements were originally constructed in 1989 and were considered in good condition at the time of sale.  The exterior walls depict vinyl siding construction components.  The average unit size was 970 square feet.  The property sold in March 2023 for $47,000,000, or $167,857 per unit.  Trailing Actuals net operating income at the time of sale was $2,729,231, or $9,747 per unit, for an overall capitalization rate of 5.81%.  The property's EGIM was calculated as 9.39 and occupancy at the time of sale was 94.3%.

The downward adjustment for superior property rights conveyed is attributable to the subject being a fractured condo.  The upward adjustment for location reflects this comparable's inferior feature with respect to its less favorable access to employment and other support facilities.  Upon comparison with the subject, this comparable was considered inferior in terms of project size and received an upward adjustment for this characteristic due to having significantly more units than the subject property.  In terms of age/condition, this comparable was judged superior due to superior condition and received a downward adjustment for this characteristic.  An adjustment for avg. unit size was considered appropriate for this comparable given the smaller average unit size.  Because of this inferior trait, an upward adjustment was considered appropriate.  Overall, this comparable was deemed superior in comparison to the subject and a downward net adjustment was warranted to the sales price indicator.

### Improved Sale Six

This comparable represents a multifamily property consisting of 147 units and is situated on a 6.39-acre parcel at 329 Schraffts Drive, Waterbury, CT.  The improvements were originally constructed in 1970 and were considered in average condition at the time of sale.  The exterior walls depict brick construction components.  The average unit size was 884 square feet.  The property sold in February 2023 for $19,350,000, or $131,633 per unit.  Pro Forma (Stabilized) net operating income at the time of sale was $1,087,311, or $7,397 per unit, for an overall capitalization rate of 5.62%.  The property's EGIM was calculated as 9.25 and occupancy at the time of sale was 95%.  Complex amenities include common laundry, surface parking, a pool, and decks/patios. The property was acquired as a value-add asset and the buyer planned to renovate 100 units with a budget of $3,300,000.

The downward adjustment for superior property rights conveyed is attributable to the subject being a fractured condo.  The upward adjustment for location reflects this comparable's inferior feature with respect to its less favorable access to employment and other support facilities.  An adjustment for avg. unit size was considered appropriate for this comparable given the smaller average unit size.  Because of this inferior trait, an upward adjustment was considered appropriate.  Overall, this comparable was deemed inferior in comparison to the subject and an upward net adjustment was warranted to the sales price indicator.

## Summary of Adjustments

Based on our comparative analysis, the following chart summarizes the adjustments warranted to each comparable.

**MULTIFAMILY SALES ADJUSTMENT GRID**

| Comparable Number | 1 | 2 | 3 | 4 | 5 | 6 | Subj. Pro Forma |
|---|---|---|---|---|---|---|---|
| Transaction Type | Sale | Sale | Sale | Sale | Sale | Sale | --- |
| Transaction Date | May-24 | Feb-24 | Sep-23 | Mar-23 | Mar-23 | Feb-23 | --- |
| Interest Transferred | Leased Fee | Leased Fee | Leased Fee | Leased Fee | Leased Fee | Leased Fee | --- |
| Year Built/Renovated | 1853 / 1985 | 1962 | 1987 | 1955 | 1989 / 2018 | 1970 | 1973 |
| Property Type | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily |
| No. Units | 187 | 125 | 95 | 104 | 280 | 147 | 180 |
| Avg. Unit Size | 810 | 927 | 735 | 900 | 970 | 884 | 1,202 |
| Actual Sale Price | $32,000,000 | $18,750,000 | $18,775,000 | $15,400,000 | $47,000,000 | $19,350,000 | --- |
| Adjusted Sale Price [1] | $32,000,000 | $18,750,000 | $20,177,704 | $15,400,000 | $47,000,000 | $19,350,000 | --- |
| Price Per Unit [1] | $171,123 | $150,000 | $212,397 | $148,077 | $167,857 | $131,633 | --- |
| Occupancy | 96% | 98% | 96% | 97% | 94% | 95% | 96% |
| NOI Per Unit | N/A | $8,510 | $12,878 | $8,213 | $9,747 | $7,397 | $11,969 |
| OAR | 7.94% | 5.67% | 6.06% | 5.55% | 5.81% | 5.62% | --- |
| Adj. Price Per Unit | $171,123 | $150,000 | $212,397 | $148,077 | $167,857 | $131,633 | |
| Property Rights Conveyed | 0% | -10% | -10% | -10% | -10% | -10% | |
| Financing Terms [1] | 0% | 0% | 0% | -5% | 0% | 0% | |
| Conditions of Sale | 0% | 0% | 0% | 0% | 0% | 0% | |
| Market Conditions (Time) | 0% | 0% | 0% | 0% | 0% | 0% | |
| Subtotal - Price Per Unit | $171,123 | $135,000 | $191,157 | $126,606 | $151,071 | $118,469 | |
| Location | 0% | 5% | 0% | 0% | 5% | 10% | |
| Project Size | 0% | -5% | -5% | -5% | 5% | 0% | |
| Age/Condition | 0% | 0% | 0% | 0% | -10% | 0% | |
| Quality of Construction | 0% | 0% | 0% | 0% | 0% | 0% | |
| Avg. Unit Size | 5% | 5% | 7% | 5% | 5% | 5% | |
| Project Amenities | 0% | 0% | 0% | 0% | 0% | 0% | |
| Parking | 0% | 0% | 0% | 0% | 0% | 0% | |
| Other | 0% | 0% | 0% | 0% | 0% | 0% | |
| Total Other Adjustments | 5% | 5% | 2% | 0% | 5% | 15% | |
| Indicated Value Per Unit | $179,679 | $141,750 | $194,980 | $126,606 | $158,625 | $136,240 | |
| Absolute Adjustment | 5% | 25% | 22% | 25% | 35% | 25% | |

[1] Adjusted for cash equivalency, lease-up and/or deferred maintenance (where applicable)
Compiled by CBRE

Overall, a value indication towards the middle of the range of comparables was considered reasonable.

## Sales Comparison Approach Conclusion

The following table presents the estimated value for the subject as indicated by the sales comparison approach.

## SALES COMPARISON APPROACH

| Total Units | X | Value Per Unit | = | Value |
|---|---|---|---|---|
| 180 | X | $160,000 | = | $28,800,000 |
| 180 | X | $170,000 | = | $30,600,000 |

**VALUE CONCLUSION**

| | |
|---|---|
| Indicated Value | $29,700,000 |
| **Rounded** | **$29,700,000** |
| Lease-Up Discount | (670,000) |
| Deferred Maintenance | (4,000,000) |
| As Is Value | 25,030,000 |
| **Rounded** | **$25,030,000** |
| **Value Per Unit** | **$139,056** |

Compiled by CBRE

The subject property was reportedly impacted by a fire that damaged several units. CBRE has not been provided with a budget for the repairs required but has been told by the client that the repairs are approximately $4,000,000. We have included this as a deduction to the value to arrive at the as is value of the subject.

# Income Capitalization Approach

The following map and table summarize the primary comparable data used in the valuation of the subject. A detailed description of each transaction is included in the addenda.



| | | | YOC / | | | No. | Distance |
|---|---|---|---|---|---|---|---|
| **No.** | **Property Name** | **Location** | **Reno'd** | **Property Subtype** | **Occ.** | **Units** | **from Subj** |
| 1 | Avon Colonial Manor | 156 West Main Street Avon, CT 6001 | 1965 | Multi-unit Garden | 98% | 60 | 1.6 Miles |
| 2 | Avon Mill Apartments | 64 Avonwood Road Avon, CT 6001 | 1977 | Multi-unit Garden | 98% | 189 | 0.3 Miles |
| 3 | The Meadows Apartments | 51-71 Hopmeadow Street Weatogue, CT 6089 | N/A | Multi-unit Garden | 93% | 90 | 2.1 Miles |
| 4 | Lakeview Apartments | 34 Lakeshore Drive Farmington, CT 6032 | 1974 | Multi-unit Garden | 100% | 214 | 4.0 Miles |
| 5 | Birch Hill and Summit Apartments | 191-221 and 271 Main Street Farmington, CT 6032 | 1961 | Multi-unit Garden | 98% | 186 | 6.2 Miles |
| Subj. | Avon Place (Fractured Condominium) | 44 Avonwood Road Avon, CT 06001 | 1973 | Multifamily | 94% | 180 | --- |

**SUMMARY OF COMPARABLE MULTIFAMILY RENTALS**

Compiled by CBRE

The rentals utilized represent the best data available for comparison with the subject. They were selected from our research within the greater Avon area. These comparables were chosen based upon similar location, unit mix and age/condition.

## Discussion/Analysis of Rent Comparables

| COMPARABLE ANALYSIS | | | | | |
|---|---|---|---|---|---|
| Comparable Name | Avon Colonial Manor | Avon Mill Apartments | The Meadows Apartments | Lakeview Apartments | Birch Hill and Summit |
| Year Built | 1965 | 1977 | 0 | 1974 | 1961 |
| Year Renovated | -- | -- | -- | -- | -- |
| Characteristic | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 | Comparable 5 |
| Location | ◯ | ◯ | ◯ | ◯ | ◯ |
| Age/Condition | ◯ | ◯ | ◯ | ◯ | ◯ |
| Design Appeal | ◯ | ◯ | ◯ | ◯ | ◯ |
| Quality of Construction | ◯ | ◯ | ◯ | ◯ | ◯ |
| Project Amenities | ▼ | ◯ | ▼ | ▼ | ▼ |
| Included Utilities | ◯ | ▲ | ▲ | ▲ | ▲ |
| **Overall** | ▼ | ▲ | ◯ | ◯ | ◯ |

▼ = Inferior   ◯ = Similar   ▲ = Superior

Source: CBRE

Based on the analysis above, Comparable One is considered inferior to the subject and the subject would be expected to achieve rental rates above the comparable. Comparable Two is considered superior and the subject would be expected to achieve rental rates below the comparable. Comparables Three, Four and Five are considered similar to the subject and the subject would be expected to achieve rental rates generally consistent with the comparables.

## Subject Rental Information

The following table shows the subject's unit mix and rental rates.

| | SUBJECT RENTAL INFORMATION | | | | |
|---|---|---|---|---|---|
| Type | No. of Units | Unit Size (SF) | Unit Occ. | Avg. Quoted $/Unit | Rent Per SF |
| 1BR/1.5BA | 42 | 922 | 95% | $1,507 | $1.63 |
| 1BR/1BA | 1 | 922 | 100% | $1,350 | $1.46 |
| 2BR/1BA | 1 | 1,166 | 100% | $1,638 | $1.40 |
| 2BR/2BA | 119 | 1,273 | 92% | $1,788 | $1.40 |
| 3BR/2BA | 17 | 1,419 | 88% | $2,288 | $1.61 |
| Total/Average: | 180 | 1,202 | 92% | $1,766 | $1.47 |

Compiled by CBRE

## Market Rent Estimate

In order to estimate the market rates for the various floor plans, the subject unit types have been compared with similar units in the comparable projects.

## One-Bedroom Units

| | | | Rental Rates* | |
|---|---|---|---|---|
| **SUMMARY OF COMPARABLE RENTALS** | | | | |
| **ONE BEDROOM UNITS** | | | | |
| Comparable | Plan Type | Size (SF) | $/Mo. | $/SF |
| *Subject (Avg. Quoted)* | *1BR/1BA* | *922 SF* | *$1,350* | *$1.46* |
| *Subject (Concluded)* | *1BR/1BA* | *922 SF* | *$1,450* | *$1.57* |
| *Subject (Avg. Quoted)* | *1BR/1.5BA* | *922 SF* | *$1,507* | *$1.63* |
| Lakeview Apartments | 1BR/1BA - Unrenovated | 900 SF | $1,487 | $1.65 |
| *Subject (Concluded)* | *1BR/1.5BA* | *922 SF* | *$1,525* | *$1.65* |
| Avon Mill Apartments | 1BR / 1BA | 945 SF | $1,557-$1,862 | $1.81 |
| Lakeview Apartments | 1BR/1BA - Renovated | 900 SF | $1,687 | $1.87 |
| Birch Hill and Summit Apartments | 1BR/1BA - BH | 750 SF | $1,637 | $2.18 |
| Birch Hill and Summit Apartments | 1BR-1BA - SH | 850 SF | $1,887 | $2.22 |
| The Meadows Apartments | 1BR/1BA | 700 SF | $1,717 | $2.45 |
| Avon Colonial Manor | 1BR / 1BA | 600 SF | $1,497-$1,507 | $2.50 |
| The Meadows Apartments | 1BR/1BA | 600 SF | $1,687 | $2.81 |
| *Comparable rental rates have been adjusted for utilities | | | | |
| Compiled by CBRE | | | | |

The subject's quoted rental rates are within the range of comparables. Considering the available data, monthly market rent for the subject units is estimated within the range of comparables and in-line with the quoted rates at the subject.

## Two- and Three-Bedroom Units

| | | | Rental Rates* | |
|---|---|---|---|---|
| **SUMMARY OF COMPARABLE RENTALS** | | | | |
| **TWO & THREE BEDROOM UNITS** | | | | |
| Comparable | Plan Type | Size (SF) | $/Mo. | $/SF |
| *Subject (Avg. Quoted)* | *2BR/2BA* | *1,273 SF* | *$1,788* | *$1.40* |
| *Subject (Avg. Quoted)* | *2BR/1BA* | *1,166 SF* | *$1,638* | *$1.40* |
| *Subject (Concluded)* | *2BR/2BA* | *1,273 SF* | *$1,800* | *$1.41* |
| *Subject (Concluded)* | *2BR/1BA* | *1,166 SF* | *$1,700* | *$1.46* |
| *Subject (Concluded)* | *3BR/2BA* | *1,419 SF* | *$2,200* | *$1.55* |
| *Subject (Avg. Quoted)* | *3BR/2BA* | *1,419 SF* | *$2,288* | *$1.61* |
| Lakeview Apartments | 2BR/1.1BA | 1,100 SF | $1,963 | $1.78 |
| Avon Mill Apartments | 2BR / 2BA | 1,150 SF | $1,983-$2,263 | $1.85 |
| Avon Colonial Manor | 2BR/1BA | 832 SF | $1,683-$1,713 | $2.04 |
| Birch Hill and Summit Apartments | 2BR/1BA - SH | 1,000 SF | $2,083 | $2.08 |
| Birch Hill and Summit Apartments | 2BR/1BA - BH | 900 SF | $1,883 | $2.09 |
| *Comparable rental rates have been adjusted for utilities | | | | |
| Compiled by CBRE | | | | |

The subject's quoted rental rates are at the upper end of the range of comparables. Considering the available data, monthly market rent for the subject units is estimated within the range of comparables and slightly below the quoted rates at the subject.

## Market Rent Conclusions

The following chart shows the market rent conclusions for the subject:

| No. | | Unit | | Monthly Rent | | | Annual Rent | | Annual |
| Units | Unit Type | Size (SF) | Total SF | $/Unit | $/SF | PRI | $/Unit | $/SF | Total |
|---|---|---|---|---|---|---|---|---|---|
| 42 | 1BR/1.5BA | 922 | 38,724 | $1,525 | $1.65 | $64,050 | $18,300 | $19.85 | $768,600 |
| 1 | 1BR/1BA | 922 | 922 | $1,450 | $1.57 | $1,450 | $17,400 | $18.87 | $17,400 |
| 1 | 2BR/1BA | 1,166 | 1,166 | $1,700 | $1.46 | $1,700 | $20,400 | $17.50 | $20,400 |
| 119 | 2BR/2BA | 1,273 | 151,487 | $1,800 | $1.41 | $214,200 | $21,600 | $16.97 | $2,570,400 |
| 17 | 3BR/2BA | 1,419 | 24,123 | $2,200 | $1.55 | $37,400 | $26,400 | $18.60 | $448,800 |
| 180 | | 1,202 | 216,422 | $1,771 | $1.47 | $318,800 | $21,253 | $17.68 | $3,825,600 |

**RENT CONCLUSIONS**

Compiled by CBRE

## Rent Adjustments

Rent adjustments are sometimes necessary to account for differences in rental rates applicable to different units within similar floor plans due to items such as location within the property, view, and level of amenities. These rental adjustments may be in the form of rent premiums or rent discounts.

As noted, the rental rates for some of the subject's units vary depending upon whether they have been upgraded and modernized. However, we have utilized the weighted average rental rates considering this variance. Thus, no rent adjustments are required.

## Rent Roll Analysis

The rent roll analysis serves as a crosscheck to the estimate of market rent for the subject. The collections shown on the rent roll include rent premiums and/or discounts.

**RENT ROLL ANALYSIS**

| Revenue Component | Total Monthly Rent | Total Annual Rent |
|---|---|---|
| 166 Occupied Units at Contract Rates | $280,581 | $3,366,972 |
| 14 Vacant Units at Market Rates | $25,450 | $305,400 |
| 180 Total Units @ Contract Rent | $306,031 | $3,672,372 |
| 180 Total Units @ Market Rent | $318,800 | $3,825,600 |
| *Indicated Variance* | | 4.0% |

Compiled by CBRE

The variation between the total annual rent reflected in the rent roll analysis and the market rent conclusion is due to the following:

- older leases that do not reflect recent increases in rental rates;

## Potential Rental Income Conclusion

Within this analysis, potential rental income is estimated based upon the forward looking income over the next 12 months:

**POTENTIAL RENTAL INCOME**

| Year | Total | $/Unit/Yr |
|------|------:|----------:|
| 2023 | $3,982,824 | $22,127 |
| Expense Comparable 1 | --- | $20,141 |
| Expense Comparable 2 | --- | $13,193 |
| Expense Comparable 3 | --- | $20,519 |
| **CBRE Estimate** | **$3,825,600** | **$21,253** |
| Compiled by CBRE | | |

## Operating History

The following table presents available operating data for the subject.

CBRE requested operating information for the past three years as well as a forward-looking budget. We were provided with historical income and expense information for 2023 only.

**OPERATING HISTORY**

| Year-Occupancy | 2023 | | Pro Forma | 95.0% |
|---|---:|---:|---:|---:|
| | Total | $/Unit | Total | $/Unit |
| **INCOME** | | | | |
| Potential Rental Income | $3,982,824 | $22,127 | $3,825,600 | $21,253 |
| Loss to Lease | - | - | - | - |
| Concessions | - | - | - | - |
| **Adjusted Rental Income** | **$3,982,824** | **$22,127** | **$3,825,600** | **$21,253** |
| Vacancy | - | - | (172,152) | (956) |
| Credit Loss | - | - | (19,128) | (106) |
| **Net Rental Income** | **$3,982,824** | **$22,127** | **$3,634,320** | **$20,191** |
| Other Income | 56,881 | 316 | 63,000 | 350 |
| Parking Income | - | - | - | - |
| Cable Income | - | - | - | - |
| RUBS/Utility Income | - | - | - | - |
| **Subtotal Other Income (Net)** | **56,881** | **$316** | **63,000** | **$350** |
| **Effective Gross Income** | **$4,039,705** | **$22,443** | **$3,697,320** | **$20,541** |
| **EXPENSE** | | | | |
| Real Estate Taxes | $596,000 | $3,311 | $405,962 | $2,255 |
| Property Insurance | 98,756 | 549 | 126,000 | 700 |
| Utilities | 231,541 | 1,286 | 261,000 | 1,450 |
| Administrative & General | 15,286 | 85 | 27,000 | 150 |
| Repairs & Maintenance | 297,924 | 1,655 | 297,000 | 1,650 |
| Landscaping & Security | - | - | - | - |
| Management Fee | - | - | 110,920 | 616 |
| Payroll | 136,040 | 756 | 234,000 | 1,300 |
| Non-Revenue Units | - | - | - | - |
| Advertising & Leasing | 35,683 | 198 | 36,000 | 200 |
| Other | - | - | - | - |
| Replacement Reserves | 279,308 | 1,552 | 45,000 | 250 |
| **Total Operating Expenses** | **$1,690,538** | **$9,392** | **$1,542,881** | **$8,572** |
| **Net Operating Income** | **$2,349,166** | **$13,051** | **$2,154,439** | **$11,969** |
| Management Fee (% of EGI) | 0.0% | | 3.0% | |
| Source: Operating statements | | | | |

It should be noted that the subject units were largely acquired in 2022 and 2023 and the above operating history from 2023 may not include all units that are part of the subject. As such, we have primarily relied on expense comparables.

## Loss to Lease

Within our analysis we have not included a loss to lease adjustment.

## Rent Concessions

Rent concessions are currently not prevalent in the local market nor are they present at the subject.

## Vacancy

The subject's estimated stabilized occupancy rate was previously discussed in the market analysis. The subject's vacancy is detailed as follows:

| VACANCY | | |
|---|---|---|
| Year | Total | % of ARI |
| 2023 | $0 | 0.0% |
| Expense Comparable 1 | --- | 0.0% |
| Expense Comparable 2 | --- | 0.0% |
| Expense Comparable 3 | --- | 0.0% |
| **CBRE Estimate** | **($172,152)** | **4.5%** |
| Compiled by CBRE | | |

## Credit Loss

The credit loss estimate is an allowance for nonpayment of rent or other income. The subject's credit loss is detailed as follows:

| CREDIT LOSS | | |
|---|---|---|
| Year | Total | % of ARI |
| 2023 | $0 | 0.0% |
| Expense Comparable 1 | --- | 0.0% |
| Expense Comparable 2 | --- | 0.0% |
| Expense Comparable 3 | --- | 0.0% |
| **CBRE Estimate** | **($19,128)** | **0.5%** |
| Compiled by CBRE | | |

## Other Income

Other income is supplemental to that derived from leasing of the improvements. This includes categories such as forfeited deposits, antennae income, late charges, after-hour utility charges, and other related income. The subject's income is detailed as follows:

**OTHER INCOME**

| Year | Total | $/Unit/Yr |
|------|-------|-----------|
| 2023 | $56,881 | $316 |
| Expense Comparable 1 | --- | $707 |
| Expense Comparable 2 | --- | $1,002 |
| Expense Comparable 3 | --- | $251 |
| **CBRE Estimate** | **$63,000** | **$350** |
| Compiled by CBRE | | |

We have concluded $350 per unit for the subject's other income, which is within the range of the expense comparables.

## Effective Gross Income

The subject's effective gross income is detailed as follows:

**EFFECTIVE GROSS INCOME**

| Year | Total | $/Unit/Yr |
|------|-------|-----------|
| 2023 | $4,039,705 | $22,443 |
| Expense Comparable 1 | --- | $20,966 |
| Expense Comparable 2 | --- | $14,195 |
| Expense Comparable 3 | --- | $20,770 |
| **CBRE Estimate** | **$3,697,320** | **$20,541** |
| Compiled by CBRE | | |

We have concluded $20,541 per unit for the subject's effective gross income, which is within the range of the expense comparables.

## Operating Expense Analysis

### Expense Comparables

The following chart summarizes expenses obtained from recognized industry publications and/or comparable properties.

**EXPENSE COMPARABLES**

| Comparable Number | | 1 | | 2 | | 3 | Subject |
|---|---|---|---|---|---|---|---|
| Location | | Amherst, MA | | Groton | | Hamden | Avon, CT |
| Units | | 256 | | 178 | | 150 | 180 |
| Year Built | | 1973 | | 1971 | | 1972 | 1973 |
| Type | | Walk-Up | | Walk-Up | | Mid-Rise | Garden |
| Period | | T-12 (Sep 2023) | | 2022 | | 2024 | Pro Forma |
| *Revenues* | Total | $/Unit | Total | $/Unit | Total | $/Unit | $/Unit |
| Potential Rental Income | $5,156,201 | $20,141 | $2,348,318 | $13,193 | $3,077,824 | $20,519 | $21,253 |
| Loss to Lease | | - | | - | | - | - |
| Concessions | | - | | - | | - | - |
| **Adjusted Rental Income** | **$5,156,201** | **$20,141** | **$2,348,318** | **$13,193** | **$3,077,824** | **$20,519** | **$21,253** |
| Vacancy | | - | | - | | - | (956) |
| Credit Loss | | - | | - | | - | (106) |
| **Net Rental Income** | **$5,156,201** | **$20,141** | **$2,348,318** | **$13,193** | **$3,077,824** | **$20,519** | **$20,191** |
| Other Income | $181,056 | $707 | $178,354 | $1,002 | $37,666 | $251 | $350 |
| Parking Income | | $0 | | $0 | | $0 | $0 |
| Cable Income | | $0 | | $0 | | $0 | $0 |
| RUBS/Utility Income | $29,937 | $117 | | $0 | | $0 | |
| **Subtotal Other Income (Net)** | **210,993** | **824** | **178,354** | **1,002** | **37,666** | **251** | **350** |
| **Effective Gross Income** | **$5,367,194** | **$20,966** | **$2,526,672** | **$14,195** | **$3,115,490** | **$20,770** | **$20,541** |
| | | | | | | | |
| *Expenses* | | | | | | | |
| Real Estate Taxes | $407,057 | $1,590 | $255,667 | $1,436 | $594,554 | $3,964 | $2,255 |
| Property Insurance | 177,508 | 693 | 145,867 | 819 | 232,645 | 1,551 | 700 |
| Utilities | 425,618 | 1,663 | 118,230 | 664 | 228,571 | 1,524 | 1,450 |
| Administrative & General | 64,835 | 253 | 114,146 | 641 | 115,395 | 769 | 150 |
| Repairs & Maintenance | 224,936 | 879 | 362,688 | 2,038 | 188,660 | 1,258 | 1,650 |
| Management Fee | 147,598 | 577 | 75,639 | 425 | - | - | 616 |
| Payroll | 320,265 | 1,251 | 336,915 | 1,893 | 324,872 | 2,166 | 1,300 |
| Advertising & Leasing | 44,500 | 174 | 28,590 | 161 | 30,585 | 204 | 200 |
| Replacement Reserves | | - | | - | | - | 250 |
| **Total Operating Expenses** | **$1,812,317** | **$7,079** | **$1,437,742** | **$8,077** | **$1,715,282** | **$11,435** | **$8,572** |
| Operating Expenses Excluding Taxes | 1,405,260 | 5,489 | 1,182,075 | 6,641 | 1,120,728 | 7,472 | 6,316 |
| Operating Expense Ratio | | 33.8% | | 56.9% | | 55.1% | 41.7% |
| Management Fee (% of EGI) | | 2.8% | | 3.0% | | 0.0% | 3.0% |

¹ The median total differs from the sum of the individual amounts.

Compiled by CBRE

## Operating Expense Conclusion

The comparable data and projections for the subject are summarized as follows:

**TOTAL OPERATING EXPENSES**

| Year | Total | $/Unit/Yr |
|---|---|---|
| 2023 | $1,690,538 | $9,392 |
| Expense Comparable 1 | --- | $7,079 |
| Expense Comparable 2 | --- | $8,077 |
| Expense Comparable 3 | --- | $11,435 |
| **CBRE Estimate** | **$1,542,881** | **$8,572** |

Compiled by CBRE

We have concluded $8,572 per unit for the subject's total operating expenses, which is within the range of the expense comparables and considered reasonable.

## Net Operating Income Conclusion

The comparable data and projections for the subject are summarized as follows:

**NET OPERATING INCOME**

| Year | Total | $/Unit/Yr |
|---|---|---|
| 2023 | $2,349,166 | $13,051 |
| Expense Comparable 1 | --- | $13,886 |
| Expense Comparable 2 | --- | $6,118 |
| Expense Comparable 3 | --- | $9,335 |
| **CBRE Estimate** | **$2,154,439** | **$11,969** |
| Compiled by CBRE | | |

## Summary of Conclusions

A summary of our conclusions is provided below:

| COMPARABLE EXPENSE ANALYSIS | | | | | | |
|---|---|---|---|---|---|---|
| | Subject Operating | | Comparables | | | Subject |
| **Period** | 2023 | | Comp 1 | Comp 2 | Comp 3 | Conclusion |
| | | Location | Amherst, MA | Groton | Hamden | |
| | | Units | 256 | 178 | 150 | |
| | | Year Built | 1973 | 1971 | 1972 | |
| | | Type | Walk-Up | Walk-Up | Mid-Rise | |
| | | Period | T-12 (Sep 2023) | 2022 | 2024 | |
| **Range Names** | $/Unit/Yr | | $/Unit/Yr | $/Unit/Yr | $/Unit/Yr | $/Unit/Yr |
| **Effective Gross Income** | **$22,443** | | **$20,966** | **$14,195** | **$20,770** | **$20,541** |
| **Expenses** | | | | | | |
| Real Estate Taxes | $3,311 | | $1,590 | $1,436 | $3,964 | $2,255 |
| Property Insurance | 549 | | 693 | 819 | 1,551 | 700 |
| Utilities | 1,286 | | 1,663 | 664 | 1,524 | 1,450 |
| Administrative & General | 85 | | 253 | 641 | 769 | 150 |
| Repairs & Maintenance | 1,655 | | 879 | 2,038 | 1,258 | 1,650 |
| Landscaping & Security | - | | - | - | - | - |
| Management Fee | - | | 577 | 425 | 3.00% | 616 |
| Payroll | 756 | | 1,251 | 1,893 | 2,166 | 1,300 |
| Non-Revenue Units | - | | - | - | - | - |
| Advertising & Leasing | 198 | | 174 | 161 | 204 | 200 |
| Other | - | | - | - | - | - |
| Replacement Reserves | 1,552 | | - | - | - | 250 |
| **Total Operating Expenses** | **$9,392** | | **$7,079** | **$8,077** | **$11,435** | **$8,572** |
| Operating Expenses Excluding Taxes | $6,081 | | $5,489 | $6,641 | $7,472 | $6,316 |
| Operating Expense Ratio | 41.8% | | 33.8% | 56.9% | 55.1% | 41.7% |
| *Management Fee* | *0.0%* | | *2.8%* | *3.0%* | *0.0%* | *3.0%* |
| Compiled by CBRE | | | | | | |

## Direct Capitalization

Direct capitalization is a method used to convert a single year's estimated stabilized net operating income into a value indication. The following subsections represent different techniques for deriving an overall capitalization rate.

### Comparable Sales

The overall capitalization rates (OARs) confirmed for the comparable sales analyzed in the sales comparison approach are as follows:

### COMPARABLE CAPITALIZATION RATES

| Sale | Sale Date | Sale Price $/Unit | Occupancy | Buyer's Primary Analysis | Operating Expense Ratio | OAR |
|------|-----------|-------------------|-----------|--------------------------|-------------------------|-----|
| 1 | May-24 | $171,123 | 96% | Pro Forma (Stabilized) | 37.71 | 7.94% |
| 2 | Feb-24 | $150,000 | 98% | Trailing Actuals | 50.28 | 5.67% |
| 3 | Sep-23 | $212,397 | 96% | Pro Forma (Stabilized) | 33.11 | 6.06% |
| 4 | Mar-23 | $148,077 | 97% | Pro Forma (Stabilized) | 49.41 | 5.55% |
| 5 | Mar-23 | $167,857 | 94% | Trailing Actuals | 45.50 | 5.81% |
| 6 | Feb-23 | $131,633 | 95% | Pro Forma (Stabilized) | 48.01 | 5.62% |
| **Indicated OAR:** | | | 95% | | | **5.55%-7.94%** |

Compiled by CBRE

The overall capitalization rates for these sales were derived based upon the actual or pro-forma income characteristics of the property. Sale Nos. One, and Two represent recent data, while the remaining Sales represent slightly older transaction date. Therefore, primary emphasis has been placed upon the more recent data, which is generally reflective of current market trends, interest rates, and buyer's expectations and motivation in the market.

## Published Investor Surveys

The results of the most recent investor surveys are summarized in the following chart.

### OVERALL CAPITALIZATION RATES

| Investment Type | OAR Range | | Average |
|-----------------|-----------|---|---------|
| *CBRE Apartments (H1 2024)* | | | |
| Class A | 4.50% - | 7.00% | 5.50% |
| Class B | 4.75% - | 7.00% | 5.86% |
| Class C | 5.00% - | 9.00% | 6.42% |
| *RealtyRates.com - Apartments (1st Qtr. 2025)* | | | |
| Apartments | 5.24% - | 12.03% | 8.36% |
| Garden/Suburban TH | 5.24% - | 11.03% | 7.70% |
| Hi-Rise/Urban TH | 5.67% - | 12.03% | 8.46% |
| *PwC  Apartment (1st Qtr. 2025)* | | | |
| National Data | 4.00% - | 6.25% | 5.25% |
| **Indicated OAR:** | | | **7.00%** |

Compiled by CBRE

The subject is considered to be a Class B property. Because of the subject's location, age/condition, unit mix and physical characteristics, an OAR near the middle to upper portion of the range indicated in the preceding table is considered appropriate.

## Market Participants

The results of recent interviews with knowledgeable real estate professionals are summarized in the following table.

**OVERALL CAPITALIZATION RATES**

| Respondent | Company | OAR | Income | Date of Survey |
|---|---|---|---|---|
| Eric Pentore | Marcus & Millichap | 6.50%-7.50% | T-12 | Apr-25 |
| **Indicated OAR:** | | | | **6.50%-7.50%** |
| Compiled by CBRE | | | | |

Based upon current market trends, they would anticipate pro forma OARs to fall within the 6.5% to 7.5% range.

## Band of Investment

The band of investment technique has been utilized as a crosscheck to the foregoing techniques. The Mortgage Interest Rate and the Equity Dividend Rate (EDR) are based upon current market yields for similar investments. The analysis is shown in the following table.

**BAND OF INVESTMENT**

| | | | | |
|---|---|---|---|---|
| Mortgage Interest Rate | 6.50% | | | |
| Mortgage Term (Amortization Period) | 30 Years | | | |
| Mortgage Ratio (Loan-to-Value) | 70% | | | |
| Mortgage Constant (monthly payments) | 0.07585 | | | |
| Equity Dividend Rate (EDR) | 8.00% | | | |
| | | | | |
| Mortgage Requirement | 70% | x | 0.07585 = | 0.05310 |
| Equity Requirement | 30% | x | 0.08000 = | 0.02400 |
| | 100% | | | 0.07710 |
| | | | | |
| **Indicated OAR:** | | | | **7.70%** |
| Compiled by CBRE | | | | |

The cited mortgage rate and terms are derived from the weekly quoted CBRE Multifamily Finance Update. The EDR represents the preferred returns currently being offered to potential investors. This information is obtained from investment memos issued by institutional advisors or private syndicators soliciting equity for similar assets. The typical range in the local market is currently 7.0% to 9.0%

Typically the equity dividend rate is ranging from 6.0%-9.0% as indicated by CBRE Capital Markets – Michael Ricco. We have concluded an equity dividend rate toward the upper end of the range or 8.0%. It should be noted that while the band of investment indicated in the chart above results in an OAR or 7.70% the availability of cash in the market coupled with lack of available product has resulted in actual investment rates that are below what the band of investment method sometimes suggests and this has been considered in our selection of an appropriate rate based on the current market conditions. It is also recognized that while the current higher interest rate environment results in higher rates via the band of investment, lower rates may be considered by investors that do not anticipate the higher interest rates lasting over the term of the investment holding period.

## Debt Coverage Ratio Method

The debt coverage ratio (DCR) is the ratio of net operating income to annual debt service and measures the ability of a given property to meet its debt service out of net operating income. Utilizing data obtained from knowledgeable mortgage finance professionals, the subject's projected NOI can be tested for reasonableness against the market's typical loan parameters to determine if the DCR is positive. This analysis is shown in the following table:

**DEBT COVERAGE RATIO ANALYSIS**

| | |
|---|---|
| Estimated As Is Value | $28,780,000 |
| Mortgage Ratio (Loan-to-Value) | 70% |
| Estimated Mortgage Loan Amount | $20,146,000 |
| Mortgage Interest Rate | 6.50% |
| Mortgage Term (Amortization Period) | 30 Years |
| Mortgage Constant (monthly payments) | 0.07585 |
| Annual Debt Service (monthly payments) | $1,528,037 |
| Estimated NOI | $2,154,439 |
| Estimated Debt Coverage Ratio (DCR) | 1.41 |
| Market Debt DCR | 1.25 |
| Positive DCR? (Y or N) | Yes |

Compiled by CBRE

The estimated DCR can also be used to derive a capitalization rate by blending the typical market debt coverage requirements of lending institutions with the yield return of the borrowed capital. We have used the same rates and terms from the Band of Investment analysis in the following table:

**DEBT COVERAGE RATIO METHOD**

| LTV | X | Mortgage Constant | X | DCR | = | OAR |
|---|---|---|---|---|---|---|
| 70% | X | 0.07585 | X | 1.25 | = | 6.64% |
| 70% | X | 0.07585 | X | 1.35 | = | 7.17% |
| **Indicated OAR:** | | | | | | **6.64%-7.17%** |

Compiled by CBRE

## Capitalization Rate Conclusion

The following chart summarizes the OAR conclusions.

**OVERALL CAPITALIZATION RATE - CONCLUSION**

| Source | Indicated OAR |
|---|---|
| Comparable Sales | 5.55%-7.94% |
| Published Surveys | 7.00% |
| Market Participants | 6.50%-7.50% |
| Band of Investment | 7.70% |
| Debt Coverage Ratio Method | 6.64%-7.17% |
| **CBRE Estimate** | **7.00%** |

Compiled by CBRE

We have also considered recent events and prevailing market conditions with respect to capitalization rates. This includes the higher cost of capital that began in 2022 and recent rate cuts from the Federal Reserve.  The cap rate conclusion also considers buyers' and sellers' sentiment around slow job growth and the potential for an economic downturn. While the overall long-term outlook for commercial real estate remains positive, the full effect of these factors may not yet be reflected in transactional data or may be lagging recent changes. Overall, the relative uncertainty has been considered with respect to our conclusion herein.

## Lease-Up Discount

| LEASE UP DISCOUNT SCHEDULE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| **AS-STABILIZED** | | | | | | | | | | | | |
| Potential Rental Income | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 |
| Loss to Lease | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Concessions | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Adjusted Rental Income | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 |
| Vacancy & Credit Loss (%) | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Vacancy & Credit Loss ($) | ($15,940) | ($15,940) | ($15,940) | ($15,940) | ($15,940) | ($15,940) | ($15,940) | ($15,940) | ($15,940) | ($15,940) | ($15,940) | ($15,940) |
| Net Rental Income | $302,860 | $302,860 | $302,860 | $302,860 | $302,860 | $302,860 | $302,860 | $302,860 | $302,860 | $302,860 | $302,860 | $302,860 |
| Other Income | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 |
| Effective Gross Income | $308,110 | $308,110 | $308,110 | $308,110 | $308,110 | $308,110 | $308,110 | $308,110 | $308,110 | $308,110 | $308,110 | $308,110 |
| Total Expenses | ($128,573) | ($128,573) | ($128,573) | ($128,573) | ($128,573) | ($128,573) | ($128,573) | ($128,573) | ($128,573) | ($128,573) | ($128,573) | ($128,573) |
| Net Operating Income | $179,537 | $179,537 | $179,537 | $179,537 | $179,537 | $179,537 | $179,537 | $179,537 | $179,537 | $179,537 | $179,537 | $179,537 |
| **AS-IS** | | | | | | | | | | | | |
| Potential Rental Income | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 |
| Loss to Lease | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Concessions | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Adjusted Rental Income | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 | $318,800 |
| Vacancy & Credit Loss (%) | 39.4% | 36.5% | 33.7% | 30.8% | 27.9% | 25.1% | 22.2% | 19.3% | 16.5% | 13.6% | 10.7% | 7.9% |
| Vacancy & Credit Loss ($) | ($125,572) | ($116,436) | ($107,300) | ($98,164) | ($89,028) | ($79,892) | ($70,756) | ($61,620) | ($52,484) | ($43,348) | ($34,212) | ($25,076) |
| Net Rental Income | $193,228 | $202,364 | $211,500 | $220,636 | $229,772 | $238,908 | $248,044 | $257,180 | $266,316 | $275,452 | $284,588 | $293,724 |
| Other Income | $3,350 | $3,508 | $3,666 | $3,825 | $3,983 | $4,141 | $4,300 | $4,458 | $4,617 | $4,775 | $4,933 | $5,092 |
| Effective Gross Income | $196,578 | $205,872 | $215,166 | $224,461 | $233,755 | $243,050 | $252,344 | $261,638 | $270,933 | $280,227 | $289,521 | $298,816 |
| Total Expenses (30% Variable) | ($114,611) | ($115,774) | ($116,938) | ($118,101) | ($119,265) | ($120,429) | ($121,592) | ($122,756) | ($123,919) | ($125,083) | ($126,246) | ($127,410) |
| Net Operating Income | $81,967 | $90,098 | $98,229 | $106,359 | $114,490 | $122,621 | $130,752 | $138,883 | $147,013 | $155,144 | $163,275 | $171,406 |
| NOI Differential | $97,570 | $89,439 | $81,308 | $73,177 | $65,046 | $56,916 | $48,785 | $40,654 | $32,523 | $24,392 | $16,262 | $8,131 |
| Tenant Improvements | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Leasing Commissions | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-Total | $97,570 | $89,439 | $81,308 | $73,177 | $65,046 | $56,916 | $48,785 | $40,654 | $32,523 | $24,392 | $16,262 | $8,131 |
| Plus: Profit @ 6.00% | $5,854 | $5,366 | $4,878 | $4,391 | $3,903 | $3,415 | $2,927 | $2,439 | $1,951 | $1,464 | $976 | $488 |
| Total Lease-Up Cost | $103,424 | $94,805 | $86,186 | $77,568 | $68,949 | $60,331 | $51,712 | $43,093 | $34,475 | $25,856 | $17,237 | $8,619 |
| Discounted @ 0.00% | $103,424 | $94,805 | $86,186 | $77,568 | $68,949 | $60,331 | $51,712 | $43,093 | $34,475 | $25,856 | $17,237 | $8,619 |

| | |
|---|---|
| Indicated Lease-Up Discount | $672,254 |
| Rounded | $670,000 |
| Compiled by CBRE | |

## Direct Capitalization Summary

A summary of the direct capitalization is illustrated in the following chart.

**DIRECT CAPITALIZATION SUMMARY**

| Income | | $/Unit/Yr | Total |
|---|---|---|---|
| Potential Rental Income | | $21,253 | $3,825,600 |
| Loss to Lease | 0.00% | 0 | 0 |
| Concessions | 0.00% | 0 | 0 |
| **Adjusted Rental Income** | | **$21,253** | **$3,825,600** |
| Vacancy | 4.50% | (956) | (172,152) |
| Credit Loss | 0.50% | (106) | (19,128) |
| **Net Rental Income** | | **$20,191** | **$3,634,320** |
| Other Income | | 350 | 63,000 |
| Parking Income | | 0 | 0 |
| Cable Income | | 0 | 0 |
| RUBS/Utility Income | | 0 | 0 |
| **Subtotal Other Income (Net)** | | **$350** | **$63,000** |
| **Effective Gross Income** | | **$20,541** | **$3,697,320** |
| | | | |
| **Expenses** | | | |
| Real Estate Taxes | | $2,255 | 405,962 |
| Property Insurance | | 700 | 126,000 |
| Utilities | | 1,450 | 261,000 |
| Administrative & General | | 150 | 27,000 |
| Repairs & Maintenance | | 1,650 | 297,000 |
| Landscaping & Security | | 0 | 0 |
| Management Fee | 3.00% | 616 | 110,920 |
| Payroll | | 1,300 | 234,000 |
| Non-Revenue Units | | 0 | 0 |
| Advertising & Leasing | | 200 | 36,000 |
| Other | | 0 | 0 |
| Replacement Reserves | | 250 | 45,000 |
| **Total Operating Expenses** | | **$8,572** | **$1,542,881** |
| Operating Expenses Excluding Taxes | | $6,316 | 1,136,920 |
| **Operating Expense Ratio** | | | 41.73% |
| **Net Operating Income** | | **$11,969** | **$2,154,439** |
| **OAR** | | ÷ | **7.00%** |
| **Indicated Value** | April 14, 2025 | | **$30,777,696** |
| **Rounded** | | | **$30,800,000** |
| Lease-Up Discount | | | (670,000) |
| **As Complete Value** | April 14, 2025 | | **$30,107,696** |
| **Rounded** | | | **$30,100,000** |
| Deferred Maintenance | | | (4,000,000) |
| **As Is Value** | April 14, 2025 | | 26,107,696 |
| **Rounded** | | | **$26,100,000** |
| **Value Per Unit** | | | **$145,000** |

| Matrix Analysis | | Cap Rate | Value |
|---|---|---|---|
| | | 6.75% | $31,900,000 |
| | | 7.00% | $30,800,000 |
| | | 7.25% | $29,700,000 |

Compiled by CBRE

The subject property was reportedly impacted by a fire that damaged several units. CBRE has not been provided with a budget for the repairs required but has been told by the client that the repairs are approximately $4,000,000.  We have included this as a deduction to the value to arrive at the as is value of the subject.

# Reconciliation of Value

The value indications from the approaches to value are summarized as follows:

| SUMMARY OF VALUE CONCLUSIONS | | | | |
|---|---|---|---|---|
| Appraisal Premise | Date of Value | Sales Comparison Approach | Income Approach | Reconciled Value |
| As Is | April 14, 2025 | $25,030,000 | $26,100,000 | $26,100,000 |
| Compiled by CBRE | | | | |

The cost approach typically gives a reliable value indication when there is strong support for the replacement cost estimate and when there is minimal depreciation. Considering the amount of depreciation present in the property, the reliability of the cost approach is considered diminished and has not been developed.

In the sales comparison approach, the subject is compared to similar properties that have been sold recently or for which listing prices or offers are known. The sales used in this analysis are considered comparable to the subject, and the required adjustments were based on reasonable and well-supported rationale. In addition, market participants are currently analyzing purchase prices on similar properties as they relate to available substitutes in the market. Therefore, the sales comparison approach is considered to provide a reliable value indication, but has been given secondary emphasis in the final value reconciliation.

The income capitalization approach is applicable to the subject since it is an income producing property leased in the open market. Market participants are primarily analyzing investment properties based on their income generating capability. Therefore, the income capitalization approach is considered a reasonable and substantiated value indicator and has been given primary emphasis in the final value estimate.

Based on the foregoing, the market value of the subject has been concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| As Is | Fee Simple Estate | April 14, 2025 | $26,100,000 |
| Compiled by CBRE | | | |

# Assumptions and Limiting Conditions

1.  CBRE, Inc. through its appraiser (collectively, "CBRE") has inspected through reasonable observation the subject property. However, it is not possible or reasonably practicable to personally inspect conditions beneath the soil and the entire interior and exterior of the improvements on the subject property. Therefore, no representation is made as to such matters.

2.  The report, including its conclusions and any portion of such report (the "Report"), is as of the date set forth in the letter of transmittal and based upon the information, market, economic, and property conditions and projected levels of operation existing as of such date. The dollar amount of any conclusion as to value in the Report is based upon the purchasing power of the U.S. Dollar on such date. The Report is subject to change as a result of fluctuations in any of the foregoing. CBRE has no obligation to revise the Report to reflect any such fluctuations or other events or conditions which occur subsequent to such date.

3.  Unless otherwise expressly noted in the Report, CBRE has assumed that:

    (i)     Title to the subject property is clear and marketable and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value. CBRE has not examined title records (including without limitation liens, encumbrances, easements, deed restrictions, and other conditions that may affect the title or use of the subject property) and makes no representations regarding title or its limitations on the use of the subject property. Insurance against financial loss that may arise out of defects in title should be sought from a qualified title insurance company.

    (ii)    Existing improvements on the subject property conform to applicable local, state, and federal building codes and ordinances, are structurally sound and seismically safe, and have been built and repaired in a workmanlike manner according to standard practices; all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.) are in good working order with no major deferred maintenance or repair required; and the roof and exterior are in good condition and free from intrusion by the elements. CBRE has not retained independent structural, mechanical, electrical, or civil engineers in connection with this appraisal and, therefore, makes no representations relative to the condition of improvements. CBRE appraisers are not engineers and are not qualified to judge matters of an engineering nature, and furthermore structural problems or building system problems may not be visible. It is expressly assumed that any purchaser would, as a precondition to closing a sale, obtain a satisfactory engineering report relative to the structural integrity of the property and the integrity of building systems.

    (iii)   Any proposed improvements, on or off-site, as well as any alterations or repairs considered will be completed in a workmanlike manner according to standard practices.

    (iv)    Hazardous materials are not present on the subject property. CBRE is not qualified to detect such substances. The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater, mold, or other potentially hazardous materials may affect the value of the property.

    (v)     No mineral deposit or subsurface rights of value exist with respect to the subject property, whether gas, liquid, or solid, and no air or development rights of value may be transferred. CBRE has not considered any rights associated with extraction or exploration of any resources, unless otherwise expressly noted in the Report.

    (vi)    There are no contemplated public initiatives, governmental development controls, rent controls, or changes in the present zoning ordinances or regulations governing use, density, or shape that would significantly affect the value of the subject property.

    (vii)   All required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be readily obtained or renewed for any use on which the Report is based.

    (viii)  The subject property is managed and operated in a prudent and competent manner, neither inefficiently, nor super-efficiently.

    (ix)    The subject property and its use, management, and operation are in full compliance with all applicable federal, state, and local regulations, laws, and restrictions, including without limitation environmental laws, seismic hazards, flight patterns, decibel levels/noise envelopes, fire hazards, hillside ordinances, density, allowable uses, building codes, permits, and licenses.

    (x)     The subject property is in full compliance with the Americans with Disabilities Act (ADA). CBRE is not qualified to assess the subject property's compliance with the ADA, notwithstanding any discussion of possible readily achievable barrier removal construction items in the Report.

(xi)  All information regarding the areas and dimensions of the subject property furnished to CBRE are correct, and no encroachments exist. CBRE has neither undertaken any survey of the boundaries of the subject property, nor reviewed or confirmed the accuracy of any legal description of the subject property.

Unless otherwise expressly noted in the Report, no issues regarding the foregoing were brought to CBRE's attention, and CBRE has no knowledge of any such facts affecting the subject property. If any information inconsistent with any of the foregoing assumptions is discovered, such information could have a substantial negative impact on the Report and any conclusions stated therein. Accordingly, if any such information is subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report. CBRE assumes no responsibility for any conditions regarding the foregoing, or for any expertise or knowledge required to discover them. Any user of the Report is urged to retain an expert in the applicable field(s) for information regarding such conditions.

4.  CBRE has assumed that all documents, data and information furnished by or on behalf of the client, property owner or owner's representative are accurate and correct, unless otherwise expressly noted in the Report. Such data and information include, without limitation, numerical street addresses, lot and block numbers, Assessor's Parcel Numbers, land dimensions, square footage area of the land, dimensions of the improvements, gross building areas, net rentable areas, usable areas, unit count, room count, rent schedules, income data, historical operating expenses, budgets, and related data. Any error in any of the above could have a substantial impact on the Report and any conclusions stated therein. Accordingly, if any such errors are subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report. The client and intended user should carefully review all assumptions, data, relevant calculations, and conclusions of the Report and should immediately notify CBRE of any questions or errors within 30 days after the date of delivery of the Report.

5.  CBRE assumes no responsibility (including any obligation to procure the same) for any documents, data or information not provided to CBRE, including, without limitation, any termite inspection, survey or occupancy permit.

6.  All furnishings, equipment and business operations have been disregarded with only real property being considered in the Report, except as otherwise expressly stated and typically considered part of real property.

7.  Any cash flows included in the analysis are forecasts of estimated future operating characteristics based upon the information and assumptions contained within the Report. Any projections of income, expenses and economic conditions utilized in the Report, including such cash flows, should be considered as only estimates of the expectations of future income and expenses as of the date of the Report and not predictions of the future. This Report has been prepared in good faith, based on CBRE's current anecdotal and evidence-based views of the commercial real estate market. Although CBRE believes its views reflect market conditions on the date of this Report, they are subject to significant uncertainties and contingencies, many of which are beyond CBRE's control. In addition, many of CBRE's views are opinion and/or projections based on CBRE's subjective analyses of current market circumstances. Actual results are affected by a number of factors outside the control of CBRE, including without limitation fluctuating economic, market, and property conditions. Actual results may ultimately differ from these projections, and CBRE does not warrant any such projections. Further, other firms may have different opinions, projections and analyses, and actual market conditions in the future may cause CBRE's current views to later change or be incorrect. CBRE has no obligation to update its views herein if its opinions, projections, analyses or market circumstances later change.

8.  The Report contains professional opinions and is expressly not intended to serve as any warranty, assurance or guarantee of any particular value of the subject property. Other appraisers may reach different conclusions as to the value of the subject property. Furthermore, market value is highly related to exposure time, promotion effort, terms, motivation, and conclusions surrounding the offering of the subject property. The Report is for the sole purpose of providing the intended user with CBRE's independent professional opinion of the value of the subject property as of the date of the Report. Accordingly, CBRE shall not be liable for any losses that arise from any investment or lending decisions based upon the Report that the client, intended user, or any buyer, seller, investor, or lending institution may undertake related to the subject property, and CBRE has not been compensated to assume any of these risks. Nothing contained in the Report shall be construed as any direct or indirect recommendation of CBRE to buy, sell, hold, or finance the subject property.

9.  No opinion is expressed on matters which may require legal expertise or specialized investigation or knowledge including, but not limited to, environmental, social, and governance principles ("ESG"), beyond that customarily employed by real estate appraisers. Any user of the Report is advised to retain experts in areas that fall outside the scope of the real estate appraisal profession for such matters.

10.  CBRE assumes no responsibility for any costs or consequences arising due to the need, or the lack of need, for flood hazard insurance. An agent for the Federal Flood Insurance Program should be contacted to determine the actual need for Flood Hazard Insurance.

11. Acceptance or use of the Report constitutes full acceptance of these Assumptions and Limiting Conditions and any special assumptions set forth in the Report. It is the responsibility of the user of the Report to read in full, comprehend and thus become aware of all such assumptions and limiting conditions. CBRE assumes no responsibility for any situation arising out of the user's failure to become familiar with and understand the same.

12. The Report applies to the property as a whole only, and any pro ration or division of the title into fractional interests will invalidate such conclusions, unless the Report expressly assumes such pro ration or division of interests.

13. The allocations of the total value estimate in the Report between land and improvements apply only to the existing use of the subject property. The allocations of values for each of the land and improvements are not intended to be used with any other property or appraisal and are not valid for any such use.

14. The maps, plats, sketches, graphs, photographs, and exhibits included in this Report are for illustration purposes only and shall be utilized only to assist in visualizing matters discussed in the Report. No such items shall be removed, reproduced, or used apart from the Report.

15. The Report shall not be duplicated or provided to any unintended users in whole or in part without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Exempt from this restriction is duplication for the internal use of the intended user and its attorneys, accountants, or advisors for the sole benefit of the intended user. Also exempt from this restriction is transmission of the Report pursuant to any requirement of any court, governmental authority, or regulatory agency having jurisdiction over the intended user, provided that the Report and its contents shall not be published, in whole or in part, in any public document without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Finally, the Report shall not be made available to the public or otherwise used in any offering of the property or any security, as defined by applicable law. Any unintended user who may possess the Report is advised that it shall not rely upon the Report or its conclusions and that it should rely on its own appraisers, advisors and other consultants for any decision in connection with the subject property. CBRE shall have no liability or responsibility to any such unintended user.

# Addenda

© 2025 CBRE, INC

# Addendum A

## Improved Sale Data Sheets

© 2025 CBRE, INC

## Sale | Residential - Multi-unit Garden | No. 1

| | | |
|---|---|---|
| Property Name | Beacon Mill Village | |
| Address | 2 N. Main Street | |
| | Beacon Falls, CT 06403 | |
| | United States | |
| | | |
| Government Tax Agency | New Haven | |
| Govt./Tax ID | Various | |



### Unit Mix Detail

Rate Timeframe     Monthly

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|---|---|---|---|---|---|
| Studio/1BA | 24 | 13% | 401-654 | $1,337-$1,507 | $2.70 |
| 1BR/1-2BA | 104 | 56% | 583-1,095 | $1,564-$1,929 | $2.08 |
| 2BR/1-2BA | 54 | 29% | 851-1,550 | $1,767-$2,155 | $1.63 |
| 3BR/1.1BA | 3 | 2% | 1,200-3,100 | $2,117-$2,156 | $0.99 |
| Totals/Avg | 185 | | | $1,773 | $1.92 |

### Improvements

| | | | |
|---|---|---|---|
| Land Area | 8.090 ac | Status | Existing |
| Net Rentable Area (NRA) | 151,534 sf | Year Built | 1853 |
| Total # of Units | 187 Unit | Year Renovated | 1985 |
| Average Unit Size | 810 sf | Condition | Average |
| Floor Count | 8 | Exterior Finish | Brick |
| Property Features | Elevators, Surface Parking | | |
| Project Amenities | Barbeque Area, Laundry Facility, Pool, Tennis Court | | |
| Unit Amenities | Garbage Disposal, Microwave Oven, Range / Oven, Refrigerator, Stainless Steel Appliances | | |

### Sale Summary

| | | | |
|---|---|---|---|
| Recorded Buyer | Beacon Mill Holdings 2 | Marketing Time | N/A |
| True Buyer | N/A | Buyer Type | N/A |
| Recorded Seller | Beacon Mill NCM LP | Seller Type | N/A |
| True Seller | N/A | Primary Verification | Broker Marcus & Millichap-Victor Nolletti |
| | | | |
| Interest Transferred | Leased Fee | Type | Sale |
| Current Use | Multifamily | Date | 5/6/2024 |
| Proposed Use | Multifamily | Sale Price | $32,000,000 |
| Listing Broker | N/A | Financing | Market Rate Financing |
| Selling Broker | N/A | Cash Equivalent | $32,000,000 |
| Doc # | 254/901 | Capital Adjustment | $0 |
| | | Adjusted Price | $32,000,000 |

### Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Cash Equivalent Price/unit and /sf |
|---|---|---|---|---|---|
| 05/2024 | Sale | Beacon Mill Holdings 2 | Beacon Mill NCM LP | $32,000,000 | $171,123 / $211.17 |



| Sale | Residential - Multi-unit Garden | No. 1 |
|---|---|---|

### Units of Comparison

| | | | |
|---|---|---|---|
| Static Analysis Method | Pro Forma (Stabilized) | Eff Gross Inc Mult (EGIM) | 7.85 |
| Buyer's Primary Analysis | Static Capitalization Analysis | Op Exp Ratio (OER) | 37.71% |
| Net Initial Yield/Cap. Rate | 7.94% | Adjusted Price / sf | $211.17 |
| Projected IRR | 0.00% | Adjusted Price / Unit | $171,123 |
| Actual Occupancy at Sale | 96% | | |

### Financial

| Revenue Type | Pro Forma Stabilized |
|---|---|
| Period Ending | N/A |
| Source | N/A |
| Price | $32,000,000 |
| Potential Gross Income | N/A |
| Economic Occupancy | N/A |
| Economic Loss | N/A |
| Effective Gross Income | $4,077,765 |
| Expenses | $1,537,838 |
| Net Operating Income | $2,539,927 |
| NOI / sf | $16.76 |
| NOI / Unit | $13,583 |
| EGIM | 7.85 |
| OER | 37.71% |
| Net Initial Yield/Cap. Rate | 7.94% |

### Map & Comments



**DO NOT USE THIS SALE - SEE INTERNAL NOTES**

Beacon Mill Village is an eight building historic mill complex comprised of 188 condominium units located on eight acres along the Naugatuck River. The buildings were initially constructed between 1851 and 1911 and originally utilized by the Home Woolen Company. The buildings were subsequently converted to residential apartments between 1985 and 1988 retaining many of the unique and distinguishing features. The building offers original brick exteriors, interior exposed brick walls, high ceilings and exposed heavy timber beams in common areas and unit interiors. Amenities include a pool, tennis court, sauna, common laundry and surface parking. The subject comprises 187 of the 188 units. The property sold in May 2024 for $32,000,000, or $171,123 per unit. Pro forma net operating income was $2,539,927, or $13,583 per unit, indicating an overall capitalization rate of 7.94%. About 70% of the units include partially or fully renovated kitchens. The property was stabilized at the time of sale.



## Sale | Residential - Multi-unit Garden | No. 2



| Property Name | Manor House |
| --- | --- |
| Address | 14 Revere Dr |
| | Bloomfield, CT 06002 |
| | United States |
| | |
| Government Tax Agency | Hartford |
| Govt./Tax ID | N/A |

**Unit Mix Detail**

| Rate Timeframe | Monthly |
| --- | --- |

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
| --- | --- | --- | --- | --- | --- |
| 1 BR | 20 | 16% | 650 | N/A | N/A |
| 2 BR | 105 | 84% | 980 | N/A | N/A |
| Totals/Avg | 125 | | | $0 | $0.00 |

### Improvements

| | | | |
| --- | --- | --- | --- |
| Land Area | 15.330 ac | Status | Existing |
| Net Rentable Area (NRA) | 115,900 sf | Year Built | 1962 |
| Total # of Units | 125 Unit | Year Renovated | N/A |
| Average Unit Size | 927 sf | Condition | Average |
| Floor Count | 2 | Exterior Finish | Vinyl Siding |
| Property Features | N/A | | |
| Project Amenities | N/A | | |
| Unit Amenities | N/A | | |

### Sale Summary

| | | | |
| --- | --- | --- | --- |
| Recorded Buyer | Revere Bloomfield OWner, LLC | Marketing Time | N/A |
| True Buyer | N/A | Buyer Type | N/A |
| Recorded Seller | CT Park Holdings, LLC | Seller Type | N/A |
| True Seller | N/A | Primary Verification | Costar/Public Records/Broker |
| Interest Transferred | Leased Fee | Type | Sale |
| Current Use | N/A | Date | 2/15/2024 |
| Proposed Use | N/A | Sale Price | $18,750,000 |
| Listing Broker | Marcus & Millichap | Financing | Assumed Debt |
| Selling Broker | N/A | Cash Equivalent | $18,750,000 |
| Doc # | 220-8300 | Capital Adjustment | $0 |
| | | Adjusted Price | $18,750,000 |

### Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Cash Equivalent Price/unit and /sf |
| --- | --- | --- | --- | --- | --- |
| 02/2024 | Sale | Revere Bloomfield OWner, LLC | CT Park Holdings, LLC | $18,750,000 | $150,000 / $161.78 |



## Sale                          Residential - Multi-unit Garden                          No. 2

### Units of Comparison

| | | | |
|---|---|---|---|
| Static Analysis Method | Trailing Actuals | Eff Gross Inc Mult (EGIM) | 8.76 |
| Buyer's Primary Analysis | Price and Capitalization Analyses | Op Exp Ratio (OER) | 50.28% |
| Net Initial Yield/Cap. Rate | 5.67% | Adjusted Price / sf | $161.78 |
| Projected IRR | N/A | Adjusted Price / Unit | $150,000 |
| Actual Occupancy at Sale | 98% | | |

### Financial

| Revenue Type | Trailing Actuals |
|---|---|
| Period Ending | N/A |
| Source | N/A |
| Price | $18,750,000 |
| Potential Gross Income | N/A |
| Economic Occupancy | N/A |
| Economic Loss | N/A |
| Effective Gross Income | $2,139,423 |
| Expenses | $1,075,725 |
| Net Operating Income | $1,063,698 |
| NOI / sf | $9.18 |
| NOI / Unit | $8,510 |
| EGIM | 8.76 |
| OER | 50.28% |
| Net Initial Yield/Cap. Rate | 5.67% |

### Map & Comments

This sale represents the acquisition of a 125-unit multifamily property at 1 Revere Drive in Bloomfield, Connecticut. The 15.44-acre site was improved with 11 two-story multifamily buildings that were built in 1963. The unit mix includes 20 one-bedroom units and 102 two-bedroom units. Most units were not renovated. Market rents were reported at $1,400 per month for the one-bedroom units or $1,600 per month for the two-bedroom units. The property sold on February 16, 2024 for $18,750,000, or $150,000 per unit. In-place rents were about 11% below market rates. The property demonstrated increasing rents over the prior three-month period and the reported NOI is based on annualized T-2 effective gross income and actual operating expenses, adjusted for reserves ($250 per unit). The property was 98.4% leased at the time of sale. The buyer assumed a loan from Fannie Mae in the amount of $12.3 million towards the purchase.



| Sale | Residential - Multi-unit Garden | No. 3 |
|---|---|---|

| | |
|---|---|
| Property Name | Centennial Apartments |
| Address | 5 Spring Lane |
| | Farmington, CT 06032 |
| | United States |
| | |
| Government Tax Agency | Hartford |
| Govt./Tax ID | N/A |



**Unit Mix Detail**

Rate Timeframe          Monthly

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|---|---|---|---|---|---|
| Studio/1BA | 42 | 44% | 534 | N/A | N/A |
| 1BR/1BA | 16 | 17% | 695 | N/A | N/A |
| 1BR/2BA Loft | 14 | 15% | 805 | N/A | N/A |
| Studio/1BA | 1 | 1% | 1,000 | N/A | N/A |
| 2BR/2BA | 20 | 21% | 1,064 | N/A | N/A |
| 2BR/2BA | 1 | 1% | 1,245 | N/A | N/A |
| 2BR/2BA | 1 | 1% | 1,450 | N/A | N/A |
| Totals/Avg | 95 | | | $0 | $0.00 |

## Improvements

| | | | |
|---|---|---|---|
| Land Area | 11.915 ac | Status | Existing |
| Net Rentable Area (NRA) | 69,793 sf | Year  Built | 1987 |
| Total # of Units | 95 Unit | Year Renovated | N/A |
| Average Unit Size | 735 sf | Condition | Average |
| Floor Count | 2 | Exterior Finish | Wood |
| Property Features | Surface Parking | | |
| Project Amenities | Barbeque Area, Basketball Court, Clubhouse, Fitness Center, Laundry Facility, Pool | | |
| Unit Amenities | N/A | | |

## Sale Summary

| | | | |
|---|---|---|---|
| Recorded Buyer | Par Spring LLC | Marketing Time | N/A |
| True Buyer | N/A | Buyer Type | Private Investor |
| Recorded Seller | Mystic Property Management Inc. | Seller Type | Private Investor |
| True Seller | N/A | Primary Verification | Listing Broker |
| Interest Transferred | Leased Fee | Type | Sale |
| Current Use | Apartments | Date | 9/25/2023 |
| Proposed Use | Apartments | Sale Price | $18,775,000 |
| Listing Broker | N/A | Financing | Market Rate Financing |
| Selling Broker | N/A | Cash Equivalent | $18,775,000 |
| Doc # | 1265/976 | Capital Adjustment | $1,402,704 |
| | | Adjusted Price | $20,177,704 |

## Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Cash Equivalent Price/unit and /sf |
|---|---|---|---|---|---|
| 09/2023 | Sale | Par Spring LLC | Mystic Property Management Inc. | $18,775,000 | $197,632 / $269.01 |



| Sale | Residential - Multi-unit Garden | No. 3 |
|---|---|---|

### Units of Comparison

| | | | |
|---|---|---|---|
| Static Analysis Method | Pro Forma (Stabilized) | Eff Gross Inc Mult (EGIM) | 11.03 |
| Buyer's Primary Analysis | Static Capitalization Analysis | Op Exp Ratio (OER) | 33.11% |
| Net Initial Yield/Cap. Rate | 6.06% | Adjusted Price / sf | $289.11 |
| Projected IRR | N/A | Adjusted Price / Unit | $212,397 |
| Actual Occupancy at Sale | 96% | | |

### Financial

| Revenue Type | Pro Forma Stabilized |
|---|---|
| Period Ending | N/A |
| Source | N/A |
| Price | $20,177,704 |
| Potential Gross Income | N/A |
| Economic Occupancy | N/A |
| Economic Loss | N/A |
| Effective Gross Income | $1,828,912 |
| Expenses | $605,532 |
| Net Operating Income | $1,223,380 |
| NOI / sf | $17.53 |
| NOI / Unit | $12,878 |
| EGIM | 11.03 |
| OER | 33.11% |
| Net Initial Yield/Cap. Rate | 6.06% |

### Map & Comments



The subject is a 95-unit multi-family garden property located at 5 Spring Lane in Farmington, Connecticut. The property consists of 10 apartment buildings, a community room/apartment building, a fitness center/laundry building, a pool house, and two tool sheds. The improvements were constructed in 1987 - 1995 and are situated on an 11.92-acre site. Thirty six units were renovated in 2017. The property sold in September 2023 for $18,775,000. The buyer planned to spend $1,205,204 in renovating 56 units, updating the clubhouse, and completing roof replacements and parking lot replacements. Also, there were $197,500 in immediate repairs needed. The adjusted sale price was $20,177,704, or $212,397 per unit. The buyer's pro forma NOI as improved was $1,223,380, or $12,877.68 per unit, indicating an overall capitalization rate of 6.06%. KeyBank provided a 7-year loan in the amount of $11,891,000 at an interest rate of 5.78%. The occupancy at the time of sale was 96%.



## Sale | Residential - Multi-unit Walk-up | No. 4

| Property Name | Northwood Square |
| Address | 265 Lowery Place |
| | Newington, CT 06111 |
| | United States |

| Government Tax Agency | Hartford |
| Govt./Tax ID | N/A |



### Unit Mix Detail

| Rate Timeframe | N/A | | | | |
|---|---|---|---|---|---|
| Unit Type | No. | % | Size | Rent | Rent / Area |
| No information recorded | | | | | |
| Totals/Avg | N/A | | | N/A | N/A |

## Improvements

| Land Area | 11.930 ac | Status | Existing |
|---|---|---|---|
| Net Rentable Area (NRA) | 93,640 sf | Year Built | 1955 |
| Total # of Units | 104 Units | Year Renovated | N/A |
| Average Unit Size | 900 sf | Condition | Average |
| Floor Count | 2 | Exterior Finish | Brick |
| Property Features | N/A | | |
| Project Amenities | N/A | | |
| Unit Amenities | N/A | | |

## Sale Summary

| Recorded Buyer | NORTHWOOD HEIGHTS LLC | Marketing Time | N/A |
|---|---|---|---|
| True Buyer | N/A | Buyer Type | N/A |
| Recorded Seller | CT NORTHWOOD HOLDINGS LLC | Seller Type | N/A |
| True Seller | N/A | Primary Verification | Broker |
| Interest Transferred | Leased Fee | Type | Sale |
| Current Use | N/A | Date | 3/31/2023 |
| Proposed Use | N/A | Sale Price | $15,400,000 |
| Listing Broker | IPA Eric Pentore | Financing | Assumed Debt |
| Selling Broker | N/A | Cash Equivalent | $15,400,000 |
| Doc # | V 2376, P 198 | Capital Adjustment | $0 |
| | | Adjusted Price | $15,400,000 |

## Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Cash Equivalent Price/unit and /sf |
|---|---|---|---|---|---|
| 03/2023 | Sale | NORTHWOOD HEIGHTS LLC | CT NORTHWOOD HOLDINGS LLC | $15,400,000 | $148,077 / $164.46 |



| Sale | Residential - Multi-unit Walk-up | No. 4 |
|------|----------------------------------|-------|

### Units of Comparison

| | | | |
|---|---|---|---|
| Static Analysis Method | Pro Forma (Stabilized) | Eff Gross Inc Mult (EGIM) | 9.12 |
| Buyer's Primary Analysis | N/A | Op Exp Ratio (OER) | 49.41% |
| Net Initial Yield/Cap. Rate | 5.55% | Adjusted Price / sf | $164.46 |
| Projected IRR | N/A | Adjusted Price / Unit | $148,077 |
| Actual Occupancy at Sale | 97% | | |

### Financial

| Revenue Type | Pro Forma Stabilized |
|---|---|
| Period Ending | N/A |
| Source | N/A |
| Price | $15,400,000 |
| Potential Gross Income | N/A |
| Economic Occupancy | N/A |
| Economic Loss | N/A |
| Effective Gross Income | $1,688,250 |
| Expenses | $834,106 |
| Net Operating Income | $854,144 |
| NOI / sf | $9.12 |
| NOI / Unit | $8,213 |
| EGIM | 9.12 |
| OER | 49.41% |
| Net Initial Yield/Cap. Rate | 5.55% |

### Map & Comments



This is the sale of a 100% market rate complex that includes 39 one-bedroom units and 65 two-bedroom units, of which 9 units have been recently remodeled. The average in-place rent was $1,215 per month. The NOI was provided by the broker and includes deductions for vacancy and collection loss and reserves. The selling broker confirmed the purchase price and indicated that it includes assumed financing that the seller obtained in 2020 at a below-market interest rate of 3.74%. The broker provided the NOI, which includes deductions for vacancy and collection loss and reserves.



## Sale    Residential - Multi-unit Garden    No. 5

| Property Name | Middletown Brooke and Ridge |
| Address | 100 Town Brooke &amp; 100 Town Ridge |
| | Middletown, CT 06457 |
| | United States |

| Government Tax Agency | City of Middletown |
| Govt./Tax ID | N/A |



### Unit Mix Detail

Rate Timeframe    Monthly

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|---|---|---|---|---|---|
| 1BR/1BA-a1 Wesleyan-Standard | 7 | 3% | 574 | $1,118-$1,118 | $1.95 |
| 1BR/1BA-a1r Wesleyan-Legacy | 79 | 28% | 574 | $1,294-$1,294 | $2.25 |
| 1BR/1BA-a1r1 Wesleyan-Premium | 6 | 2% | 574 | $1,294-$1,294 | $2.25 |
| 1BR/1BA-a2 Grandview-Standard | 12 | 4% | 715 | $1,383-$1,383 | $1.93 |
| 1BR/1BA-a2r Grandview-Legacy | 35 | 13% | 715 | $1,522-$1,522 | $2.13 |
| 1BR/1BA-a2r1 Grandview-Premium | 15 | 5% | 715 | $1,563-$1,563 | $2.19 |
| 2BA/1BA-b1 Mattabeseck-Standard | 3 | 1% | 950 | $1,497-$1,497 | $1.58 |
| 2BA/1BA-b1r Mattabeseck-Legacy | 17 | 6% | 950 | $1,710-$1,710 | $1.80 |
| 2BR/1BA-b1r1 Mattabeseck-Premium | 4 | 1% | 950 | $1,737-$1,737 | $1.83 |
| 2BA/2BR-b2r Westlake-Legacy | 62 | 22% | 1,052 | $1,748-$1,748 | $1.66 |
| 2BR/2BA-b2 Westlake-Standard | 16 | 6% | 1,052 | $1,674-$1,674 | $1.59 |
| 2BR/2BA-b2r1 Westlake-Premium | 24 | 9% | 1,052 | $1,787-$1,787 | $1.70 |
| Totals/Avg | 280 | | | $1,535 | $1.89 |



## Improvements

| | | | |
|---|---|---|---|
| Land Area | 19.490 ac | Status | Existing |
| Building Area | N/A | Year Built | 1989 |
| Total # of Units | 280 Unit | Year Renovated | 2018 |
| Average Unit Size | 970 sf | Condition | Good |
| Floor Count | 3 | Exterior Finish | Vinyl Siding |
| Property Features | N/A | | |
| Project Amenities | N/A | | |
| Unit Amenities | N/A | | |

## Sale Summary

| | | | |
|---|---|---|---|
| Recorded Buyer | JSIP Middletown Brooke LLC | Marketing Time | N/A |
| True Buyer | N/A | Buyer Type | N/A |
| Recorded Seller | DLT Middletown Brooke LLC | Seller Type | N/A |
| True Seller | N/A | Primary Verification | Buyer |
| Interest Transferred | Leased Fee | **Type** | Sale |
| Current Use | N/A | **Date** | 3/2/2023 |
| Proposed Use | N/A | **Sale Price** | $47,000,000 |
| Listing Broker | N/A | **Financing** | Market Rate Financing |
| Selling Broker | N/A | **Cash Equivalent** | $47,000,000 |
| Doc # | V 2066, P 910 | **Capital Adjustment** | $0 |
| | | **Adjusted Price** | $47,000,000 |

## Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Cash Equivalent Price/unit and /sf |
|---|---|---|---|---|---|
| 03/2023 | Sale | JSIP Middletown Brooke LLC | DLT Middletown Brooke LLC | $47,000,000 | $167,857 / $173.13 |
| 03/2018 | Sale | KJS Middletown | Fairfield Midtown Brooke LP | $31,150,000 | $111,250 / $114.75 |



## Sale — Residential - Multi-unit Garden — No. 5

### Units of Comparison

| | | | |
|---|---|---|---|
| Static Analysis Method | Trailing Actuals | Eff Gross Inc Mult (EGIM) | 9.39 |
| Buyer's Primary Analysis | N/A | Op Exp Ratio (OER) | 45.50% |
| Net Initial Yield/Cap. Rate | 5.81% | Adjusted Price / sf | $173.13 |
| Projected IRR | N/A | Adjusted Price / Unit | $167,857 |
| Actual Occupancy at Sale | 94% | | |

### Financial

| Revenue Type | Trailing Actuals |
|---|---|
| Period Ending | N/A |
| Source | N/A |
| Price | $47,000,000 |
| Potential Gross Income | N/A |
| Economic Occupancy | N/A |
| Economic Loss | N/A |
| Effective Gross Income | $5,007,632 |
| Expenses | $2,278,401 |
| Net Operating Income | $2,729,231 |
| NOI / sf | $10.05 |
| NOI / Unit | $9,747 |
| EGIM | 9.39 |
| OER | 45.50% |
| Net Initial Yield/Cap. Rate | 5.81% |

### Map & Comments



This is the sale of a 280-unit multi-family garden property located at 100 Town Brooke in Middletown, Connecticut. The property consists of nine predominantly three-story apartment buildings constructed in 1989, renovated in 2018 and situated on a 19.49-acre site. Complex amenities include a pool, BBQ area, dog run, small fitness center, and on-site management and rental offices. The improvements were 94.3% leased at the time of sale. The unit mix includes 154 one-bedrooms and 126 Two-bedrooms and the property is 100% market rate. The NOI is based on trailing 12 months and was adjusted to include reserves at $250 per unit. The property sold along with the adjacent complex known as Middletown Ridge.



## Sale | Residential - Multi-unit Garden | No. 6

| Property Name | Highland Ridge |
| Address | 329 Schraffts Drive |
| | Waterbury, CT 06705 |
| | United States |
| | |
| Government Tax Agency | New Haven |
| Govt./Tax ID | N/A |



### Unit Mix Detail

Rate Timeframe          Monthly

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|-----------|-----|-----|-----------|--------|-----------|
| Studio | 15 | 10% | 500 | $972 | $1.94 |
| 1BR/1BA | 90 | 61% | 800 | $1,095 | $1.37 |
| 2BR/1.5BA | 42 | 29% | 1,200 | $1,306 | $1.09 |
| Totals/Avg | 147 | | | $1,143 | $1.29 |

### Improvements

| | | | |
|---|---|---|---|
| Land Area | 6.390 ac | Status | Existing |
| Net Rentable Area (NRA) | 129,900 sf | Year Built | 1970 |
| Total # of Units | 147 Unit | Year Renovated | N/A |
| Average Unit Size | 884 sf | Condition | Average |
| Floor Count | 3 | Exterior Finish | Brick |
| Property Features | Elevators, On-Site Management, Surface Parking | | |
| Project Amenities | Barbeque Area, Laundry Facility, Pool | | |
| Unit Amenities | Private Patios / Balconies | | |

### Sale Summary

| | | | |
|---|---|---|---|
| Recorded Buyer | Northeast Holdings LLC, HH CT LLC, & AEL Group LLC | Marketing Time | N/A |
| True Buyer | N/A | Buyer Type | N/A |
| Recorded Seller | New Wilston Associates LLC | Seller Type | N/A |
| True Seller | N/A | Primary Verification | Listing Agent, Appraiser |
| Interest Transferred | Leased Fee | Type | Sale |
| Current Use | Multifamily | Date | 2/6/2023 |
| Proposed Use | Multifamily | Sale Price | $19,350,000 |
| Listing Broker | Chozick Realty | Financing | All Cash |
| Selling Broker | Chozick Realty | Cash Equivalent | $19,350,000 |
| Doc # | 8639/235 | Capital Adjustment | $0 |
| | | Adjusted Price | $19,350,000 |

### Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Cash Equivalent Price/unit and /sf |
|------------------|------------------|-------|--------|-------|-----------------------------------|
| 02/2023 | Sale | Northeast Holdings LLC, HH CT LLC, & AEL Group LLC | New Wilston Associates LLC | $19,350,000 | $131,633 / $148.96 |



| Sale | Residential - Multi-unit Garden | No. 6 |
|---|---|---|

### Units of Comparison

| | | | |
|---|---|---|---|
| Static Analysis Method | Pro Forma (Stabilized) | Eff Gross Inc Mult (EGIM) | 9.25 |
| Buyer's Primary Analysis | Static Capitalization Analysis | Op Exp Ratio (OER) | 48.01% |
| Net Initial Yield/Cap. Rate | 5.62% | Adjusted Price / sf | $148.96 |
| Projected IRR | N/A | Adjusted Price / Unit | $131,633 |
| Actual Occupancy at Sale | 95% | | |

### Financial

| Revenue Type | Pro Forma Stabilized |
|---|---|
| Period Ending | N/A |
| Source | N/A |
| Price | $19,350,000 |
| Potential Gross Income | N/A |
| Economic Occupancy | N/A |
| Economic Loss | N/A |
| Effective Gross Income | $2,091,240 |
| Expenses | $1,003,929 |
| Net Operating Income | $1,087,311 |
| NOI / sf | $8.37 |
| NOI / Unit | $7,397 |
| EGIM | 9.25 |
| OER | 48.01% |
| Net Initial Yield/Cap. Rate | 5.62% |

### Map & Comments



This sale represents the acquisition of a 147-unit multifamily property on a 6.39-acre site at 329 Schraffts Drive in Waterbury, CT. The improvements were completed in 1970 and were in average condition for the vintage of the improvements, with mostly original kitchens and bathrooms. Roofs and HVAC equipment was replaced since 2007. Complex amenities include common laundry, surface parking, a pool, and decks/patios. The property sold in February 2023 for $19,350,000, or $131,633 per unit. Pro forma net operating income at the time of sale was $1,087,311 (includes $250/unit in reserves), or $7,397 per unit, indicating an overall capitalization rate of 5.62%. The property was acquired as a value-add asset and the buyer planned to renovate 100 units with a budget of $3,300,000.



# Addendum B

## Rent Comparable Data Sheets

© 2025 CBRE, INC

| Comparable | Residential - Multi-unit Garden | No. 1 |
|---|---|---|

**Property Name** Avon Colonial Manor
**Address** 156 West Main Street
Avon, CT 06001
United States

**Government Tax Agency** Hartford
**Govt./Tax ID** 4540156

**Unit Mix Detail**

Rate Timeframe        Monthly



| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|---|---|---|---|---|---|
| 1BR / 1BA | N/A | N/A | 600 | $1,585-$1,595 | $2.65 |
| 2BR/1BA | N/A | N/A | 832 | $1,795-$1,825 | $2.18 |
| Totals/Avg | 0 | | | N/A | N/A |

## Improvements

| | | | |
|---|---|---|---|
| Land Area | 12.500 ac | Status | Existing |
| Net Rentable Area (NRA) | N/A | Year  Built | 1965 |
| Total # of Units | 60 Unit | Year Renovated | N/A |
| Average Unit Size | sf | Condition | Good |
| Floor Count | 2 | Exterior Finish | Vinyl Siding |
| Property Features | N/A | | |
| Project Amenities | Laundry Facility, Pool | | |
| Unit Amenities | Private Patios / Balconies, Refrigerator | | |

## Rental Survey

| | | | |
|---|---|---|---|
| Occupancy | 98% | Utilities Included in Rent | W, S, T |
| Lease Term | 12 Mo(s). | Rent Premiums | None |
| Tenant Profile | Typical - Market | Concessions | None |
| Survey Date | 04/2025 | Owner | N/A |
| Survey Notes | N/A | Management | N/A |



| Comparable | Residential - Multi-unit Garden | No. 1 |
|---|---|---|

**Map & Comments**



Units are in average condition with new windows and newer bathrooms.



| Comparable | Residential - Multi-unit Garden | No. 2 |
|---|---|---|

**Property Name**     Avon Mill Apartments
**Address**     64 Avonwood Road
Avon, CT 06001
United States

**Government Tax Agency**     Hartford
**Govt./Tax ID**     1220064



### Unit Mix Detail

Rate Timeframe     Monthly

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|---|---|---|---|---|---|
| 1BR / 1BA | N/A | N/A | 945 | $1,645-$1,950 | $1.90 |
| 2BR / 2BA | N/A | N/A | 1,150 | $2,095-$2,375 | $1.94 |
| Totals/Avg | 0 | | | N/A | N/A |

### Improvements

| | | | |
|---|---|---|---|
| Land Area | 46.600 ac | Status | Existing |
| Net Rentable Area (NRA) | N/A | Year Built | 1977 |
| Total # of Units | 189 Unit | Year Renovated | N/A |
| Average Unit Size | sf | Condition | Average |
| Floor Count | 3 | Exterior Finish | Brick Veneer |
| Property Features | Surface Parking | | |
| Project Amenities | Barbeque Area, Pool, Tennis Court, Walking Trail | | |
| Unit Amenities | N/A | | |

### Rental Survey

| | | | |
|---|---|---|---|
| Occupancy | 98% | Utilities Included in Rent | H, HW, CW, S, T |
| Lease Term | 12 Mo(s). | Rent Premiums | N/A |
| Tenant Profile | N/A | Concessions | None |
| Survey Date | 04/2025 | Owner | N/A |
| Survey Notes | N/A | Management | N/A |



## Comparable          Residential - Multi-unit Garden          No. 2

### Map & Comments



Units are in average condition. Rents include heat, hot and cold water, sewer, and trash removal.

## Comparable | Residential - Multi-unit Garden | No. 3

| Property Name | The Meadows Apartments |
| Address | 51-71 Hopmeadow Street |
| | Weatogue, CT 06089 |
| | United States |

| Government Tax Agency | N/A |
| Govt./Tax ID | N/A |



**Unit Mix Detail**

Rate Timeframe    Monthly

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|-----------|-----|---|-----------|------|-----------|
| 1BR/1BA | 46 | 51% | 600 | $1,775 | $2.96 |
| 1BR/1BA | 44 | 49% | 700 | $1,805 | $2.58 |
| Totals/Avg | 90 | | | $1,790 | $2.76 |

### Improvements

| | | | |
|---|---|---|---|
| Land Area | 19.720 ac | Status | Existing |
| Net Rentable Area (NRA) | N/A | Year  Built | N/A |
| Total # of Units | 90 Unit | Year Renovated | N/A |
| Average Unit Size | 649 sf | Condition | N/A |
| Floor Count | | Exterior Finish | N/A |
| Property Features | N/A | | |
| Project Amenities | N/A | | |
| Unit Amenities | N/A | | |

### Rental Survey

| | | | |
|---|---|---|---|
| Occupancy | 93% | Utilities Included in Rent | H, HW, CW, S, T |
| Lease Term | 12 Mo(s). | Rent Premiums | N/A |
| Tenant Profile | Market Rate | Concessions | N/A |
| Survey Date | 04/2025 | Owner | N/A |
| Survey Notes | N/A | Management | N/A |



| Comparable | Residential - Multi-unit Garden | No. 3 |
|---|---|---|

**Map & Comments**



The units represent 1976 original construction with original kitchens and bathroom replacements as needed. The property has parking along the exterior of the site and paved walkways and coutyards in the center. Rents include heat, hot and cold water, sewer, and trash removal.

Map data ©2025 Google

CBRE

| Comparable | Residential - Multi-unit Garden | No. 4 |
|---|---|---|

**Property Name** Lakeview Apartments
**Address** 34 Lakeshore Drive
Farmington, CT 06032
United States

**Government Tax Agency** Hartford
**Govt./Tax ID** N/A



### Unit Mix Detail

Rate Timeframe     Monthly

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|---|---|---|---|---|---|
| Studio/1BA | N/A | N/A | 600 | $1,125 | $1.88 |
| 1BR/1BA - Renovated | N/A | N/A | 900 | $1,775 | $1.97 |
| 1BR/1BA - Unrenovated | N/A | N/A | 900 | $1,575 | $1.75 |
| 2BR/1.1BA | N/A | N/A | 1,100 | $2,075 | $1.89 |
| Totals/Avg | 0 | | | N/A | N/A |

### Improvements

| | | | |
|---|---|---|---|
| Land Area | 59.400 ac | Status | Existing |
| Net Rentable Area (NRA) | N/A | Year Built | 1974 |
| Total # of Units | 214 Unit | Year Renovated | N/A |
| Average Unit Size | sf | Condition | Average |
| Floor Count | 2 | Exterior Finish | Brick |
| Property Features | N/A | | |
| Project Amenities | N/A | | |
| Unit Amenities | Hardwood Flooring, Laminate Countertops, Private Patios / Balconies | | |

### Rental Survey

| | | | |
|---|---|---|---|
| Occupancy | 100% | Utilities Included in Rent | H, HW, CW, S, T |
| Lease Term | 12 Mo(s). | Rent Premiums | N/A |
| Tenant Profile | Market Rate | Concessions | None |
| Survey Date | 04/2025 | Owner | N/A |
| Survey Notes | N/A | Management | N/A |



| Comparable | Residential - Multi-unit Garden | No. 4 |
|---|---|---|

**Map & Comments**



Lakeview Apartments consist of a 2-story, 34-building, garden-style apartment complex located along Lakeshore Drive in Farmington, Connecticut. The improvements were constructed in 1974 and are in overall average condition. Kitchens include wood cabinets, laminate countertops, and solid color appliances. Units include hardwood floors and a balcony. Complex amenities include lake access, surface parking, and laundry rooms. Rents include heat, hot and cold water, sewer, and trash removal.



## Comparable — Residential - Multi-unit Garden — No. 5

| | |
|---|---|
| Property Name | Birch Hill and Summit Apartments |
| Address | 191-221 and 271 Main Street<br>Farmington, CT 06032<br>United States |
| Government Tax Agency | Hartford |
| Govt./Tax ID | N/A |



### Unit Mix Detail

Rate Timeframe — Monthly

| Unit Type | No. | % | Size (sf) | Rent | Rent / sf |
|---|---|---|---|---|---|
| 1BR/1BA - BH | N/A | N/A | 750 | $1,725 | $2.30 |
| 1BR/1BA - SH | N/A | N/A | 850 | $1,975 | $2.32 |
| 2BR/1BA - BH | N/A | N/A | 900 | $1,995 | $2.22 |
| 2BR/1BA - SH | N/A | N/A | 1,000 | $2,195 | $2.19 |
| Totals/Avg | 0 | | | N/A | N/A |

### Improvements

| | | | |
|---|---|---|---|
| Land Area | N/A | Status | Existing |
| Net Rentable Area (NRA) | N/A | Year Built | 1961 |
| Total # of Units | 186 Unit | Year Renovated | N/A |
| Average Unit Size | sf | Condition | Average |
| Floor Count | 2 | Exterior Finish | Vinyl Siding |
| Property Features | Carports | | |
| Project Amenities | Barbeque Area, Courtyard, Dog Park / Run, Laundry Facility | | |
| Unit Amenities | Dishwasher, Granite Countertops, Private Patios / Balconies, Range / Oven, Refrigerator, Stainless Steel Appliances | | |

### Rental Survey

| | | | |
|---|---|---|---|
| Occupancy | 98% | Utilities Included in Rent | H, HW, CW, S, T |
| Lease Term | 12 Mo(s). | Rent Premiums | None |
| Tenant Profile | Market Rate | Concessions | None |
| Survey Date | 04/2025 | Owner | N/A |
| Survey Notes | N/A | Management | N/A |



| Comparable | Residential - Multi-unit Garden | No. 5 |
|---|---|---|

**Map & Comments**



This rental property represents two multifamily properties that are owned by the same investor and are located near each other at 191-201 and 271 Main Street in Farmington. The properties were constructed in the early to mid 1960's. Units include new kitchen cabinetry, granite countertops and stainless-steel appliances. Rents include heat, hot and cold water, sewer, and trash removal.



# Addendum C

## Operating Data

© 2025 CBRE, INC



# Profit and Loss Statement
## 1/1/2023 - 12/31/2023

**Avon Place**

| | 2023 | Total |
|---|---|---|
| **Income** | | |
| Application Fee Income | $3700.00 | $3700.00 |
| Convenience Fee | $5349.95 | $5349.95 |
| Late Fee Income | $5750.00 | $5750.00 |
| Laundry Income | $29070.72 | $29070.72 |
| Other Income | $13010.00 | $13010.00 |
| Rent Income | $3982824.00 | $3982824.00 |
| Total  Income | **$4039704.67** | **$4039704.67** |
| **Expense** | | |
| Advertising | $13,683.48 | $13,683.48 |
| Alarms and Sprinkler | $6,668.19 | $6,668.19 |
| Cleaning | $46,836.60 | $46,836.60 |
| Maintenance Supplies and | $62,565.89 | $62,565.89 |
| Landscaping | $122,000.00 | $122,000.00 |
| Phone/Cable | $15,285.96 | $15,285.96 |
| Electric | $33,561.65 | $33,561.65 |
| Gas | $46,309.33 | $46,309.33 |
| Sewer | $49,876.40 | $49,876.40 |
| Water | $101,793.33 | $101,793.33 |
| Waste Disposal | $49,737.36 | $49,737.36 |
| Elevator | $10,115.52 | $10,115.52 |
| Insurance | $98,756.04 | $98,756.04 |
| Payroll | $136,040.00 | $136,040.00 |
| Real Estate Commissions | $22,000.00 | $22,000.00 |
| Capital Expenses | $279,308.47 | $279,308.47 |
| Taxes | $596,000.27 | $596,000.27 |
| Mortgage | $1,800,000.00 | $1,800,000.00 |
| | **$3490538.49** | **$3490538.49** |

# Addendum D

## Client Contract Information



**VALUATION & ADVISORY SERVICES**

# Proposal and Contract for Services

CBRE, Inc.
185 Asylum Street, 31ˢᵗ Floor
Hartford, CT 06103
**www.cbre.us/valuation**

**Joshua S. Koladis, MAI**
First Vice President

March 27, 2025

Steven J. Mandelsberg
Attorney
**THOMPSON COBURN LLP**
488 Madison Avenue
New York, NY 10022
Phone: 212.478.7360
Email: smandelsberg@thompsoncoburn.com

RE:    Assignment Agreement
       Partial Condominium Property
       44 Avonwood Road,
       Avon, CT

Dear Mr. Mandelsberg:

We are pleased to submit this proposal and our Terms and Conditions for this assignment.

## PROPOSAL SPECIFICATIONS

**Purpose:** To estimate the Market Value of the referenced real estate

**Premise:** As Is, As Complete, and As Stabilized

**Rights Appraised:** Fee Simple

**Intended Use:** Litigation Support Purposes in Conjunction with Potential Foreclosure

**Intended User:** The intended user is THOMPSON COBURN LLP ("Client"), and such other parties and entities (if any) expressly recognized by CBRE as "Intended Users" (as further defined herein).

**Reliance:** Reliance on any reports produced by CBRE under this Agreement is extended solely to parties and entities expressly acknowledged in a signed writing by CBRE as Intended Users of the respective reports, provided that any conditions to such acknowledgement required by CBRE or hereunder have been satisfied. Parties or entities other than Intended Users who obtain a copy of the report or any portion thereof (including Client if it is not named as an Intended User), whether as a result of its direct dissemination or by any other means, may not rely upon any opinions or conclusions contained in the report or such portions thereof, and CBRE will not be responsible for any unpermitted use of the report, its conclusions or contents or have any liability in connection therewith.

| | |
|---|---|
| **Scope of Inspection:** | The scope of the inspection will include: |
| | An exterior inspection of the property will be conducted; however, the interior will not be physically inspected by CBRE Valuations. Rather, CBRE Valuations is to rely on publicly available documents and digital media (e.g. on-line marketing material/photos); and/or private documentation available from the Client (e.g. previous valuation reports); and supplemented by verbal/written advice from the Client. |
| | If this expected property inspection is not possible due to unforeseen issues (such as lack of on-site personnel cooperation, physical obstructions, or appraiser/property contact health and safety concerns), the client will be promptly advised. The client may continue this assignment based on other inspection options agreed upon by CBRE and client or provide CBRE with a written notice to cancel. If CBRE determines that a credible appraisal result cannot be achieved due to inspection limitations, it will promptly provide the client with a written cancellation of this assignment. |
| **Valuation Approaches:** | The Sales Comparison and Income Capitalization Approaches will be completed. |
| **Report Type:** | Concise Appraisal Report |
| **Appraisal Standards:** | USPAP |
| **Appraisal Fee:** | $4,500. If cancelled by either party before completion, the fee will be based on CBRE's hourly rates for time expended; plus actual expenses.<br>Additional hourly fees may apply for any testimony. |
| **Expenses:** | Fee includes all associated expenses |
| **Retainer:** | A retainer of $4,500 is required |
| **Payment Terms:** | Final payment is due upon delivery of the final report or within thirty (30) days of your receipt of the draft report, whichever is sooner. The full appraisal fee is considered earned upon delivery of the draft report. |
| | We will invoice you for the assignment in its entirety at the completion of the assignment. |
| **Delivery Instructions:** | CBRE encourages our clients to join in our environmental sustainability efforts by accepting an electronic copy of the report. |
| | An Adobe PDF file via email will be delivered to smandelsberg@thompsoncoburn.com. The client has requested No (0) bound final copy (ies). |
| **Delivery Schedule:** | |
|   **Preliminary Value:** | Not Required |



| | |
|---|---|
| **Draft Report:** | Not Required |
| **Final Report:** | 10__ business days after the Start Date |
| **Start Date:** | The appraisal process will start upon receipt of your signed agreement and the property specific data. |
| **Acceptance Date:** | These specifications are subject to modification if this proposal is not accepted within _5___ business days from the date of this letter. |

When executed and delivered by all parties, this letter, together with the Terms and Conditions and the Specific Property Data Request attached hereto and incorporated herein, will serve as the Agreement for appraisal services by and between CBRE and Client. Each person signing below represents that it is authorized to enter into this Agreement and to bind the respective parties, including the intended users, hereto.

We appreciate this opportunity to be of service to you on this assignment. If you have additional questions, please contact us.

Sincerely,

**CBRE, Inc.**
**Valuation & Advisory Services**

Joshua S. Koladis, MAI
First Vice President
As Agent for CBRE, Inc.
T 860.987.4732
joshua.koladis@cbre.com



# AGREED AND ACCEPTED

### FOR THOMPSON COBURN LLP ("CLIENT"):

| | |
|---|---|
| *(signature)* | March 28, 2025 |
| Signature | Date |
| Steven J. Mandelsberg | Attorney |
| Name | Title |
| 212.478.7360 | smandelsberg@thompsoncoburn.com |
| Phone Number | E-Mail Address |



# TERMS AND CONDITIONS

1. The Terms and Conditions herein are part of an agreement for appraisal services (the "Agreement" ) between CBRE, Inc. (the "Appraiser") and the client signing this Agreement, and for whom the appraisal services will be performed (the "Client"), and shall be deemed a part of such Agreement as though set forth in full therein. The Agreement shall be governed by the laws of the state where the appraisal office is located for the Appraiser executing this Agreement.

2. Client shall be responsible for the payment of all fees stipulated in the Agreement. Payment of the appraisal fee and preparation of an appraisal report (the "Appraisal Report, or the "report") are not contingent upon any predetermined value or on an action or event resulting from the analyses, opinions, conclusions, or use of the Appraisal Report. Final payment is due as provided in the Proposal Specifications Section of this Agreement. If a draft report is requested, the fee is considered earned upon delivery of the draft report. It is understood that the Client may cancel this assignment in writing at any time prior to delivery of the completed report. In such event, the Client is obligated only for the hourly rate of the time expended and expenses incurred (including travel expenses to and from the job site), with a minimum charge of $500. Additional copies of the Appraisal Reports are available at a cost of $250 per original color copy and $100 per photocopy (black and white), plus shipping fees of $30 per report.

3. If Appraiser is subpoenaed or ordered to give testimony, produce documents or information, or otherwise required or requested by Client or a third party to participate in meetings, phone calls, conferences, litigation or other legal proceedings (including preparation for such proceedings) because of, connected with or in any way pertaining to this engagement, the Appraisal Report, the Appraiser's expertise, or the Property, Client shall pay Appraiser's additional costs and expenses, including but not limited to Appraiser's attorneys' fees, and additional time incurred by Appraiser based on Appraiser's then-prevailing hourly rates and related fees. Such charges include and pertain to, but are not limited to, time spent in preparing for and providing court room testimony, depositions, travel time, mileage and related travel expenses, waiting time, document review and production, and preparation time (excluding preparation of the Appraisal Report), meeting participation, and Appraiser's other related commitment of time and expertise. Hourly charges and other fees for such participation will be provided upon request. In the event Client requests additional appraisal services beyond the scope and purpose stated in the Agreement, Client agrees to pay additional fees for such services and to reimburse related expenses, whether or not the completed report has been delivered to Client at the time of such request.

4. Appraiser shall have the right to terminate this Agreement at any time for cause effective immediately upon written notice to Client on the occurrence of fraud or the willful misconduct of Client, its employees or agents, or without cause upon 5 days written notice.

5. In the event Client fails to make payments when due then, from the date due until paid, the amount due and payable shall bear interest at the maximum rate permitted in the state where the office is located for the Appraiser executing the Agreement. In the event either party institutes legal action against the other to enforce its rights under this Agreement, the prevailing party shall be entitled to recover its reasonable attorney's fees and expenses. Each party waives the right to a trial by jury in any action arising under this Agreement.

6. Appraiser assumes there are no major or significant items or issues affecting the Property that would require the expertise of a professional building contractor, engineer, or environmental consultant for Appraiser to prepare a valid report. Client acknowledges that such additional expertise is not covered in the Appraisal fee and agrees that, if such additional expertise is required, it shall be provided by others at the discretion and direction of the Client, and solely at Client's additional cost and expense.

7. In the event of any dispute between Client and Appraiser relating to this Agreement, or Appraiser's or Client's performance hereunder, Appraiser and Client agree that such dispute shall be resolved by means of binding arbitration in accordance with the commercial arbitration rules of the American Arbitration Association, and judgment upon the award rendered by an arbitrator may be entered in any court of competent jurisdiction. Depositions may be taken and other discovery obtained during such arbitration proceedings to the same extent as authorized in civil judicial proceedings in the state where the office of the Appraiser executing this Agreement is located. The arbitrator shall be limited to awarding compensatory damages and shall have no authority to award punitive, exemplary or similar damages. The prevailing party in the arbitration proceeding shall be entitled to recover its expenses from the losing party, including costs of the arbitration proceeding, and reasonable attorney's fees. Client acknowledges that Appraiser is being retained hereunder as an independent contractor to perform the services described herein and nothing in this Agreement shall be deemed to create any other relationship

Case 1-25-41368-jmm    Doc 33-1    Filed 04/25/25    Entered 04/25/25 14:56:35

**VALUATION & ADVISORY SERVICES**

THOMPSON COBURN
LLP Assignment
Agreement Page 6 of 8
March 27, 2025

between Client and Appraiser. This engagement shall be deemed concluded and the services hereunder completed upon delivery to Client of the Appraisal Report discussed herein.

8. All statements of fact in the report which are used as the basis of the Appraiser's analyses, opinions, and conclusions will be true and correct to Appraiser's actual knowledge and belief. Appraiser does not make any representation or warranty, express or implied, as to the accuracy or completeness of the information or the condition of the Property furnished to Appraiser by Client or others. TO THE FULLEST EXTENT PERMITTED BY LAW, APPRAISER DISCLAIMS ANY GUARANTEE OR WARRANTY AS TO THE OPINIONS AND CONCLUSIONS PRESENTED ORALLY OR IN ANY APPRAISAL REPORT, INCLUDING WITHOUT LIMITATION ANY WARRANTY OF FITNESS FOR ANY PARTICULAR PURPOSE EVEN IF KNOWN TO APPRAISER. Furthermore, the conclusions and any permitted reliance on and use of the Appraisal Report shall be subject to the assumptions, limitations, and qualifying statements contained in the report.

9. Appraiser shall have no responsibility for legal matters, including zoning, or questions of survey or title, soil or subsoil conditions, engineering, or other similar technical matters. The report will not constitute a survey of the Property analyzed.

10. Client shall provide Appraiser with such materials with respect to the assignment as are requested by Appraiser and in the possession or under the control of Client. Client shall provide Appraiser with sufficient access to the Property to be analyzed, and hereby grants permission for entry unless discussed in advance to the contrary.

11. The data gathered in the course of the assignment (except data furnished by Client) and the report prepared pursuant to the Agreement are, and will remain, the property of Appraiser. With respect to data provided by Client, Appraiser shall not violate the confidential nature of the Appraiser-Client relationship by improperly disclosing any proprietary information furnished to Appraiser. Notwithstanding the foregoing, Appraiser is authorized by Client to disclose all or any portion of the report and related data as may be required by statute, government regulation, legal process, or judicial decree, including to appropriate representatives of the Appraisal Institute if such disclosure is required to enable Appraiser to comply with the Bylaws and Regulations of such Institute as now or hereafter in effect.

12. Unless specifically noted, in preparing the Appraisal Report the Appraiser will not be considering the possible existence of asbestos, PCB transformers, or other toxic, hazardous, or contaminated substances and/or underground storage tanks (collectively, "Hazardous Material) on or affecting the Property, or the cost of encapsulation or removal thereof. Further, Client represents that there is no major or significant deferred maintenance of the Property that would require the expertise of a professional cost estimator or contractor. If such repairs are needed, the estimates are to be prepared by others, at Client's discretion and direction, and are not covered as part of the Appraisal fee.

13. In the event Client intends to use the Appraisal Report in connection with a tax matter, Client acknowledges that Appraiser provides no warranty, representation or prediction as to the outcome of such tax matter. Client understands and acknowledges that any relevant taxing authority (whether the Internal Revenue Service or any other federal, state or local taxing authority) may disagree with or reject the Appraisal Report or otherwise disagree with Client's tax position, and further understands and acknowledges that the taxing authority may seek to collect additional taxes, interest, penalties or fees from Client beyond what may be suggested by the Appraisal Report. Client agrees that Appraiser shall have no responsibility or liability to Client or any other party for any such taxes, interest, penalties or fees and that Client will not seek damages or other compensation from Appraiser relating to any such taxes, interest, penalties or fees imposed on Client, or for any attorneys' fees, costs or other expenses relating to Client's tax matters.

14. Appraiser shall have no liability with respect to any loss, damage, claim or expense incurred by or asserted against Client arising out of, based upon or resulting from Client's failure to provide accurate or complete information or documentation pertaining to an assignment ordered under or in connection with this Agreement, including Client's failure, or the failure of any of Client's agents, to provide a complete copy of the Appraisal Report to any third party.

15. LIMITATION OF LIABILITY. EXCEPT TO THE EXTENT ARISING FROM SECTION 16 BELOW, OR SECTION 17 IF APPLICABLE, IN NO EVENT SHALL EITHER PARTY OR ANY OF ITS AFFILIATE, OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, OR CONTRACTORS BE LIABLE TO THE OTHER, WHETHER BASED IN CONTRACT, WARRANTY, INDEMNITY, NEGLIGENCE, STRICT LIABILITY OR OTHER TORT OR OTHERWISE, FOR ANY SPECIAL, CONSEQUENTIAL, PUNITIVE, INCIDENTAL OR INDIRECT DAMAGES, AND AGGREGATE DAMAGES IN CONNECTION WITH THIS AGREEMENT FOR EITHER PARTY (EXCLUDING THE OBLIGATION TO PAY THE FEES REQUIRED HEREUNDER) SHALL NOT EXCEED THE GREATER OF THE TOTAL FEES PAYABLE TO APPRAISER UNDER THIS AGREEMENT OR TEN THOUSAND DOLLARS ($10,000). THIS LIABILITY LIMITATION SHALL NOT

Case 1-25-41368-jmm    Doc 33-1    Filed 04/25/25    Entered 04/25/25 14:56:35

**VALUATION & ADVISORY SERVICES**

THOMPSON COBURN
LLP Assignment
Agreement Page 7 of 8
March 27, 2025

APPLY IN THE EVENT OF A FINAL FINDING BY AN ARBITRATOR OR A COURT OF COMPETENT JURISDICTION THAT SUCH LIABILITY IS THE RESULT OF A PARTY'S FRAUD OR WILLFUL MISCONDUCT.

16. Client shall not disseminate, distribute, make available or otherwise provide any Appraisal Report prepared hereunder to any third party (including without limitation, incorporating or referencing the Appraisal Report , in whole or in part, in any offering or other material intended for review by other parties) except to (i) any third party expressly acknowledged in a signed writing by Appraiser as an "Intended User" of the Appraisal Report provided that either Appraiser has received an acceptable release from such third party with respect to such Appraisal Report or Client provides acceptable indemnity protections to Appraiser against any claims resulting from the distribution of the Appraisal Report to such third party, (ii) any third party service provider (including rating agencies and auditors) using the Appraisal Report in the course of providing services for the sole benefit of an Intended User, or (iii) as required by statute, government regulation, legal process, or judicial decree. In the event Appraiser consents, in writing, to Client incorporating or referencing the Appraisal Report in any offering or other materials intended for review by other parties, Client shall not distribute, file, or otherwise make such materials available to any such parties unless and until Client has provided Appraiser with complete copies of such materials and Appraiser has approved all such materials in writing. Client shall not modify any such materials once approved by Appraiser. In the absence of satisfying the conditions of this paragraph with respect to a party who is not designated as an Intended User, in no event shall the receipt of an Appraisal Report by such party extend any right to the party to use and rely on such report, and Appraiser shall have no liability for such unauthorized use and reliance on any Appraisal Report. In the event Client breaches the provisions of this paragraph, Client shall indemnify, defend and hold Appraiser, and its affiliates and their officers, directors, employees, contractors, agents and other representatives (Appraiser and each of the foregoing an "Indemnified Party" and collectively the "Indemnified Parties"), fully harmless from and against all losses, liabilities, damages and expenses (collectively, "Damages") claimed against, sustained or incurred by any Indemnified Party arising out of or in connection with such breach, regardless of any negligence on the part of any Indemnified Party in preparing the Appraisal Report.

17. Furthermore, Client shall indemnify, defend and hold each of the Indemnified Parties harmless from and against any Damages in connection with (i) any transaction contemplated by this Agreement or in connection with the appraisal or the engagement of or performance of services by any Indemnified Party hereunder, (ii) any Damages claimed by any user or recipient of the Appraisal Report, whether or not an Intended User, (iii) any actual or alleged untrue statement of a material fact, or the actual or alleged failure to state a material fact necessary to make a statement not misleading in light of the circumstances under which it was made with respect to all information furnished to any Indemnified Party or made available to a prospective party to a transaction, or (iv) an actual or alleged violation of applicable law by an Intended User (including, without limitation, securities laws) or the negligent or intentional acts or omissions of an Intended User (including the failure to perform any duty imposed by law); and will reimburse each Indemnified Party for all reasonable fees and expenses (including fees and expenses of counsel) (collectively, "Expenses") as incurred in connection with investigating, preparing, pursuing or defending any threatened or pending claim, action, proceeding or investigation (collectively, "Proceedings") arising therefrom, and regardless of whether such Indemnified Party is a formal party to such Proceeding. Client agrees not to enter into any waiver, release or settlement of any Proceeding (whether or not any Indemnified Party is a formal party to such Proceeding) without the prior written consent of Appraiser (which consent will not be unreasonably withheld or delayed) unless such waiver, release or settlement includes an unconditional release of each Indemnified Party from all liability arising out of such Proceeding.

18. Time Period for Legal Action. Unless the time period is shorter under applicable law, except in connection with paragraphs 16 and 17 above, Appraiser and Client agree that any legal action or lawsuit by one party against the other party or its affiliates, officers, directors, employees, contractors, agents, or other representatives, whether based in contract, warranty, indemnity, negligence, strict liability or other tort or otherwise, relating to (a) this Agreement or the Appraisal Report, (b) any services or appraisals under this Agreement or (c) any acts or conduct relating to such services or appraisals, shall be filed within two (2) years from the date of delivery to Client of the Appraisal Report to which the claims or causes of action in the legal action or lawsuit relate. The time period stated in this section shall not be extended by any incapacity of a party or any delay in the discovery or accrual of the underlying claims, causes of action or damages.

# Proposal and Contract for Services

# SPECIFIC PROPERTY DATA REQUEST

In order to complete this assignment under the terms outlined, CBRE, Inc., Valuation & Advisory Services, will require the following specific information for the property:

1. <u>PLEASE NOTIFY US IMMEDIATELY IF ANY OTHER CBRE SERVICE LINE (INCLUDING CAPSTONE) IS INVOLVED IN THE BROKERAGE, FINANCING, INVESTMENT OR MANAGEMENT OF THIS ASSET.</u>
2. Current title report and title holder name
3. Legal description
4. Survey and/or plat map
5. Site plan for the existing development
6. Building plans and specifications, including square footage for all buildings and units
7. Current county property tax assessment or tax bill
8. Details on any sale, contract, or listing of the property within the past three years
9. Engineering studies, soil tests or environmental assessments
10. Ground lease, if applicable
11. Details regarding the development costs, including land cost, if developed within the past three years
12. Three-year and YTD property income and expenses
13. Current year property income and expense budget
14. Detailed occupancy report for the past three years and current YTD
15. Detailed current rent roll indicating any vacant units
16. Details regarding any pending changes to the rent roll, including deposits for future occupancies
17. Details regarding any concessions currently being offered or provided for all leases pending or signed over the prior 12 months
18. Details regarding all personal property, including furniture, fixtures, and equipment
19. Details regarding the historical and future replacement schedule (i.e., carpets, appliances, cabinetry, laundry facilities, HVAC, etc.)
20. Details regarding capital expenditures made within the last 12 months, or scheduled for the next 12 months
21. Marketing plan and/or local competitive study, if available
22. Any previous market/demand studies or appraisals
23. Name and telephone number of property contact for physical inspection and additional information needed during the appraisal process
24. Any other information that might be helpful in valuing this property

If any of the requested data and information is not available, CBRE, Inc., reserves the right to extend the delivery date by the amount of time it takes to receive the requested information or make other arrangements. Please have the requested information delivered to the following:

<div align="center">

Joshua S. Koladis, MAI

First Vice President

joshua.koladis@cbre.com

CBRE, Inc.

Valuation & Advisory Services

185 Asylum Street, 31st Floor

Hartford, CT 06103

</div>



# Addendum E

## Qualifications

© 2025 CBRE, INC

# PROFILES



VALUATION & ADVISORY / NEW ENGLAND

# Joshua Koladis

**First Vice President, Hartford, CT**
**T**    +1 860 987 4732
**M**    +1 860 306 5455
**E**    Joshua.koladis@cbre.com

## Professional Experience

Joshua S. Koladis, MAI is the hotel market leader covering the New England Region. Joshua has been with CBRE since 2004 with experience in preparation and review of complex appraisals, market studies, lease and sale analysis and financial valuation modeling.  Property types appraised include: hospitality, single-tenant, multi-tenant and owner-occupied office and industrial buildings, shopping centers, multi-family developments (HUD, Section 8, LIHTC and market rate), self-storage facilities, utility easement right-of-ways, vacant development sites and open space land as well as other commercial properties. Hospitality properties covered include a range of limited-service, select-service, full-service and resort properties as well as smaller Airbnb properties and unique hospitality assets.

## Significant Transactions

| CLIENT | ADDRESS | TYPE | SIZE (SF) |
|---|---|---|---|
| Confidential | Intercontinental Hotel – Boston, MA | Appraisal | 424 Room |
| Special Servicer | State House Square - Hartford, CT | Appraisal | 900,000 SF |
| Lender | Hartford 21 – Hartford, CT | Appraisal | 1,000,000 |
| Lender | Pavilions Apartments – Manchester, CT | Appraisal | 900 +- Units |
| Lender | Retail Portfolio, New England | Appraisal | 30+ Portfolio of NNN Properties |

## Licensing

Joshua is licensed in Connecticut, Massachusetts, Rhode Island, New Hampshire, Vermont, Maine and New York.

## Pro Affiliations / Accreditations

– LEED® Accredited Professional and Member of the U.S. Green Building Council (USGBC)
– Board Member - Connecticut Chapter of the Appraisal Institute
– Member of the Appraisal Institute, MAI Designation, effective June 2014

## Education

– Bachelor degree in Finance and Business Administration from the University of Connecticut School of Business with additional concentration in Real Estate and Urban Economic Studies.

©2023 CBRE, INC.

1019634

CPL-02 Rev 06/13

# STATE OF CONNECTICUT
# DEPARTMENT OF CONSUMER PROTECTION

This is your Real Estate Appraiser license certificate. Such license shall be shown to any properly interested person on request and shall not be transferred to or used by any other person than to whom the license was issued. Please note, the address has been removed from the certificate, however, the Department of Consumer Protection must be notified of any name or address change. Changes and questions can be emailed to dcp.licenseservices@ct.gov.

In an effort to be more efficient and Go Green, the department asks that you keep your email information with our office current to receive correspondence. You can access your account with your User ID and Password at www.elicense.ct.gov to verify, add or change your email address. Email on file to be used for receiving correspondence from this department: seawardct@gmail.com

Visit our website for online services, applications, rosters and to verify licensure at www.ct.gov/dcp.

JOSHUA KOLADIS
235 N BEACON ST
HARTFORD, CT 06105-2247

1019634

**STATE OF CONNECTICUT**
*DEPARTMENT OF CONSUMER PROTECTION*

**CERTIFIED GENERAL REAL ESTATE APPRAISER**

**JOSHUA S KOLADIS**

Joshua Koladis

| License # | Effective | Expiration |
|---|---|---|
| RCG.0001138 | 05/01/2024 | 04/30/2025 |

SIGNED

1019634

**STATE OF CONNECTICUT ✦ DEPARTMENT OF CONSUMER PROTECTION**

**Be it known that**

# JOSHUA S KOLADIS

**has been certified by the Department of Consumer Protection as a licensed**

# CERTIFIED GENERAL REAL ESTATE APPRAISER

QUI TRANSTULIT SUSTINET

**License #: RCG.0001138**
**Effective Date: 05/01/2024**
**Expiration Date: 04/30/2025**

Bryan T. Cafferelli, Commissioner

CBRE Valuation & Advisory Services

 **CBRE**

# Delivering more than just a number

At CBRE, we offer more than expert appraisal services, we consult and advise to help you see the full picture of a property or portfolio.

### Valuation & Appraisal
Understand all aspects of value

— Lending & Debt Valuations
— Portfolio Valuations
— Institutional Fund Valuations
— Litigation Support & Testimony
— Right-of-Way & Eminent Domain
— Evaluations/Alternative Valuations

cbre.com/appraisal

### Assessment & Consulting
Understand all aspects of value

— Property Condition Assessments
— Environmental Site Assessments
— Land Surveying
— Seismic Risk Analysis
— Radon, Asbestos, Indoor Air Quality
— Zoning Reports & Compliance

cbre.com/assessment

### Property & Transaction Tax
Understand all aspects of value

— Assessment Reviews & Appeals
— Real Estate Transaction Tax
— Property Tax Payment Services
— Pre-Acquisition Due Diligence
— Pre-Construction Due Diligence
— Budgeting & Accruals

cbre.com/propertytax

## Quality You Can Count On

Reliable valuations depend on accurate insights. Our quality and risk management (QRM) framework ensures the highest-quality reports and analyses, giving you confidence in our calculations.


Upfront conflict and qualification checks


Embedded risk detection and leadership reviews


Landmark training, practice guidelines and governance


Dedicated, global team of QRM experts

**Industry-leading people, data and technologies**

## Experience You Can Trust

CBRE is the global leader in commercial real estate services, with more than 100 years of industry experience. We provide unmatched market coverage and sector expertise across every dimension of our Valuation & Advisory Services, delivering insights you can't get anywhere else

| 90+ | 80K+ | 600k+ | 200+ |
|---|---|---|---|
| U.S. Valuation Offices | U.S. Yearly Assignments | Global Yearly Assignments | Global Valuation Offices |