Heinrich & Elisabeth Soeker
47 Avonwood Road   Unit 211
Avon, CT  06001
monisoker@yahoo.com

April 23, 2025

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY  11201-1800

RE: Case Number: 1-25-41368-jmm
    Debtor Listed:  Avon Place LLC

Hon. Jil Mazer-Marino;

I am 93 years old & my wife is 90.  We have lived in Bldg 47, Unit 211, first as sub-letters, then condo owners for 30yrs; & the past 2 years, as tenants.

My daughter is writing this letter, as we are not able to.  We do not like to cause trouble or complain.  We are not those kind of people, and are not in any kind of position to be 'retaliated' against.

Avon Place has ALWAYS been a lovely place to live in, but for at least the past 18 months, we have noticed a drastic change in the neglect of maintenance, inside our building, the exterior, the grounds & roadways.

My wife & I have complained of white substances on the carpeted steps on an inside staircase, for months.  We were told numerous times that it had been cleaned up, but it had not been. We were concerned a child or pet may ingest it & it be harmful to them.  It was finally addressed months later.

We have complained numerously, about 3 units adjacent to each other, leaving their doormats, shoes & carts in the hallway… a fire hazard.  My wife has to maneuver her 'walker 'to get to the mail & laundry room… not to mention if there is a fire.

Elevator issues occur often & this last time, the elevator was unavailable for 6 weeks.  My wife had to carry her walker up & down the stairs the entire time.

We've seen a mother with 3 very young children & groceries, STRUGGLING on the stairs to the 3rd floor; & unable to help her, because of our age.

The lights... oh yes the lights, what lights?  90% of the time, the lights up long, steep drive, up to the complex, in the woods... are not turned on.  As they are not on around the complex's roadways.  Walking a dog is literally risking a severe injury or worse if it's winter & no one finds you.

The continuing 'pot hole' situation has been getting worse by the day, very very soon we will not be getting through the road at all.  The 'pot holes' are deep & close together.

There has been an increased problem with tenants, maintenance, &/or visitors, 'propping' open the exterior doors, just enough so they don't lock closed; exposing all tenants to a dangerous security risk, for selfish convenience.  Avon Place places no concern with this, which could be remedied with security cameras.

We lease a 3rd floor storage unit, which we visit infrequently.  We found a lock on it, not knowing how long it had been on for.  We were told, they had no idea who put it there, "maybe another tenant?"  Yes, people put locks on stranger's doors, that are already locked, without knowing what's inside... right.  Within a couple of hours, the lock was off, with NO indication of it having been forced off.

Our unit's Furnace Filter has not been changed in at least 5yrs.  About a year ago, my wife made the Avon Place office aware of this, stating it needed to be replaced.  It has yet to be... & is most likely a fire hazard, as it seems to be what caused the massive fire in Bldg 44, which devastated all the tenants who lived there.

Lastly, we have NO documentation that 'our' $1500. Security Deposit is in an Escrow account.  Avon Place has a history of NOT using 'tenants' Security Deposits to address an 'itemizes' list of damages left by their  moving out; but instead, treats 'tenants monies' as a bonus to themselves.

We have tried to keep this as short as possible.  And we most sincerely appreciate your considerations in all we have expressed to you.

| | | |
|---|---|---|
| Heinrich Soeker | Elisabeth Soeker | Monika Soker |
| | | 845.238.7623 |