Your honorable,

Since living at Avon place I have had to deal with growing mold in my apartment. I have brought it to Avon Place attention and all the do is say they will paint it. I've told them that that is not a solution so I've taken it upon myself to consistently scrub it with bleach or a cleaning vinegar. My half bathroom about every 6 months has water coming up through the floor they change the wax ring even time. It works but like clock work it fails. A wax ting should not have to be changed that often. Lastly the pot hole… omg the pot holes. Tires are expensive and fixing the road in the long run would be much cheaper for everyone!

Sincerely,

An anonymous renter at Avon Place