April 29, 2025

To: Honorable Jil Mazer-Marino

Re: Avon Place LLC Bankruptcy Hearing, case 1-25-41368-jmm

Your honor,

We have resided for many years at Avon Place, located in Avon Connecticut. The property has always been properly maintained by responsible management companies, that is until Avon Place LLC purchased our community a few years past.

All things have dramatically changed for the worst unfortunately. We have many concerns, mostly for our safety and well-being. The elevators are regularly not working, the garbage's often overflowing, the laundry washers are moldy and the dryers full of lint.

The on site property manager is rarely available, and never during emergencies. There have been many fire alarms and a serious fire last year, 4/21/25, that displaced all units. Management does not treat us with respect and often is untruthful and cannot be trusted to follow through with requests and issues.

Other issues are lack of street lighting, enormous potholes, swimming pool maintenance, on and off again hot water, snow/ice removal and general building maintenance, including secure entrance/exits.

We have enjoy living at Avon Place and wish to remain happy and safe here now and in the future. We do not have any faith that Avon Place LLC has the best interests for the community that they serve and are responsible to, frankly we believe the opposite to be true. We also have strong concerns our their fiscal responsibility.

Thank you for your consideration, Mary Foley and Thomas Preston 47 Avonwood Road, 107, Avon, CT 06001