Ricardo Ramirez

48 Avonwood Rd

Apt 209

Avon, CT 06001

Chefricoramirez@gmail.com

(210)-978-2357

April 28, 2025

Hon. Jil Mazer-Marino

U.S. Bankruptcy Court, EDNY

Conrad B. Duberstein Courthouse

271-C Cadman Plaza East - Suite 1595

Brooklyn, NY 11201-1800

Reference case number: 1-25-41368-jmm

Debtor listed: Avon Place LLC

Dear Honorable Judge Mazer-Marino,

I am writing to bring to your attention the significant shortcomings and ongoing negligence my family and I have experienced as tenants at Avon Place over the past eighteen months. Our safety and well-being have been compromised on numerous occasions due to hazardous conditions within the complex.

During our time here, we have endured three separate fires within the apartment complex—two of which occurred in our own building—electrical shortages, and persistent mold issues, among other concerns. When we first arrived at Avon Place, the condition of the apartment was so unacceptable that I had to hire a cleaning crew to prepare it for my family's arrival. Additionally, there were no fire extinguishers or carbon monoxide detectors present, prompting us to install those essential safety devices ourselves. It was only during a fire marshal inspection that carbon monoxide detectors were finally installed on the walls—an overdue response that demonstrates a clear disregard for public safety.

Furthermore, the management's handling of waste has been inadequate. The trash bins frequently overflow, and it often takes several days for the staff to clean up after bears rummage

through the dumpsters. In winter, while some snow removal occurs, the parking lots remain excessively icy without the application of salt or sand, leading to dangerous walkways. The poor lighting in the parking lots exacerbates these safety concerns, as do the numerous dangerous potholes that have developed.

Security has also been a major issue. The front door lock was easily manipulable for an extended period, allowing unauthorized individuals the opportunity to enter the building with minimal effort. It took approximately eight months for management to replace this lock. Even after the new lock was installed, the management inappropriately taped the door open because they didn't have enough keys for all residents, once again exposing my family to unnecessary risk.

I understand that not all individuals are aware of the ongoing bankruptcy situation surrounding Avon Place. However, as informed tenants, we fear that we will likely not receive our security deposits back, raising questions about how this situation has been handled. It is concerning to me that the management appears focused on restructuring their debts rather than addressing the safety and security of their tenants.

As a current tenant, I implore you to consider denying the approval of this bankruptcy. Allowing Avon Place to proceed without accountability will only perpetuate their negligence and misuse of tenant funds. For my family and me, justice means ensuring that those responsible for our safety and wellbeing are held to account, rather than being allowed to continue their mismanagement under the guise of a fresh start.

I appeal to you from a humanitarian perspective. The tenants of Avon Place deserve their security deposits and peace of mind. They have a responsibility to the community and to those they have wronged over the years.

Justice in this instance means not permitting these individuals to simply avoid accountability through bankruptcy, but instead ensuring that they are responsible for their actions. This affirmation of accountability would greatly enhance the security and trust we all seek in our living environments, allowing us to rest easier at night.

Thank you for your time and consideration of this matter.

Sincerely,

Ricardo Ramirez