FIRE
NOTICE
AVIS
AVISO
Efficiency Rating
80.0
