# UNITED STATES BANKRUPTCY COURT

EASTERN   DISTRICT OF   New York

In Re. Avon Place LLC

§
§
§
§

Debtor(s)

Case No.   25-41368

☐ Jointly Administered

# Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2025

Petition Date: 03/21/2025

Months Pending: 1

Industry Classification: [ 0 ][  ][  ][  ]

Reporting Method:               Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/David Goldwasser

Signature of Responsible Party

05/27/2025

Date

David Goldwasser

Printed Name of Responsible Party

710 Avenue L
Brooklyn, NY 11230

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Avon Place LLC                                          Case No.  25-41368

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,228 | |
| b.  Total receipts (net of transfers between accounts) | $3,918 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $2,420 | $0 |
| d.  Cash balance end of month (a+b-c) | $2,726 | |
| e.  Disbursements made by third party for the benefit of the estate | $23,264 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $25,684 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory    ( Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d    Total current assets | $0 |
| e.   Total assets | $0 |
| f.   Postpetition payables (excluding taxes) | $0 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $0 |
| k.   Prepetition secured debt | $0 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $0 |
| n.   Total liabilities (debt) (j+k+l+m) | $0 |
| o.   Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  Avon Place LLC                                    Case No.  25-41368

## Part 5: Professional Fees and Expenses

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |   |   |   |   |
|   | *Itemized Breakdown by Firm* |   |   |   |   |
|   | Firm Name | Role |   |   |   |   |
| i |   |   |   |   |   |   |
| ii |   |   |   |   |   |   |
| iii |   |   |   |   |   |   |
| iv |   |   |   |   |   |   |
| v |   |   |   |   |   |   |
| vi |   |   |   |   |   |   |
| vii |   |   |   |   |   |   |
| viii |   |   |   |   |   |   |
| ix |   |   |   |   |   |   |
| x |   |   |   |   |   |   |
| xi |   |   |   |   |   |   |
| xii |   |   |   |   |   |   |
| xiii |   |   |   |   |   |   |
| xiv |   |   |   |   |   |   |
| xv |   |   |   |   |   |   |
| xvi |   |   |   |   |   |   |
| xvii |   |   |   |   |   |   |
| xviii |   |   |   |   |   |   |
| xix |   |   |   |   |   |   |
| xx |   |   |   |   |   |   |
| xxi |   |   |   |   |   |   |
| xxii |   |   |   |   |   |   |
| xxiii |   |   |   |   |   |   |
| xxiv |   |   |   |   |   |   |
| xxv |   |   |   |   |   |   |
| xxvi |   |   |   |   |   |   |
| xxvii |   |   |   |   |   |   |
| xxviii |   |   |   |   |   |   |
| xxix |   |   |   |   |   |   |
| xxx |   |   |   |   |   |   |
| xxxi |   |   |   |   |   |   |
| xxxii |   |   |   |   |   |   |
| xxxiii |   |   |   |   |   |   |
| xxxiv |   |   |   |   |   |   |
| xxxv |   |   |   |   |   |   |
| xxxvi |   |   |   |   |   |   |

Debtor's Name  Avon Place LLC                                    Case No.  25-41368

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Avon Place LLC                                      Case No.  25-41368

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Avon Place LLC                                        Case No.  25-41368

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Avon Place LLC                                    Case No.  25-41368

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Avon Place LLC                                    Case No.  25-41368

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ⊙ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⊙ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⊙ |
| d. | Are you current on postpetition tax return filings? | Yes ⊙  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⊙  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⊙  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⊙ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⊙ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ⊙ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⊙  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⊙  No ○ |
| | If yes, are your premiums current? | Yes ⊙  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ⊙  No ○ |
| | If yes, are your premiums current? | Yes ⊙  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⊙ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⊙ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⊙  No ○ |

Debtor's Name  Avon Place LLC                                        Case No.  25-41368

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/David Goldwasser                                      David Goldwasser
_____                        _____
Signature of Responsible Party                       Printed Name of Responsible Party

CRO                                                          05/27/2025
_____                        _____
Title                                                          Date

Debtor's Name Avon Place LLC                                    Case No. 25-41368



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Avon Place LLC                                   Case No. 25-41368



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Avon Place LLC

Case No.  25-41368



PageThree



PageFour

**In Re. Avon Place LLC**
**Case No. 25-41368**

### Statement of Cash Receipts and Disbursements

#### Apr-25

| Receipts: | Amount | | Memo |
|---|---|---|---|
| | 192,714.86 | | Rental Income |
| **Total Receipts:** | $ | 192,714.86 | |
| | 14,870.00 | | Payroll |
| | 4,368.00 | | Waste Disposal |
| | 4,026.32 | | Insurance |
| | 2,420.00 | | Comcast |
| **Total Disbursements:** | $ | 25,684.32 | |

# Income Statement By Unit

4/1/2025 - 4/30/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

## Avon Place

| Amount | 04-2025 | Total |
|---|---|---|
| **Income** | | |
| **Convenience Fee** | **$325.86** | **325.86** |
| 44-102 | 19.44 | 19.44 |
| 47-212 | 62.80 | 62.80 |
| 48-108 | 56.06 | 56.06 |
| 48-211 | 47.84 | 47.84 |
| 48-212 | 65.78 | 65.78 |
| 48-218 | 53.07 | 53.07 |
| 48-305 | 20.87 | 20.87 |
| **Late Fee Income** | **$150.00** | **150.00** |
| 48-218 | 50.00 | 50.00 |
| 48-320 | 50.00 | 50.00 |
| 47-310* | 50.00 | 50.00 |
| **Other Income** | **$50.00** | **50.00** |
| 46-B | (25.00) | (25.00) |
| 47-114 | 25.00 | 25.00 |
| 48-203 | 25.00 | 25.00 |
| 48-206 | 25.00 | 25.00 |
| **Rent Income** | **$192,189.00** | **192,189.00** |
| 44-101 | 1,800.00 | 1,800.00 |
| 44-102 | 650.00 | 650.00 |
| 44-109 | 2,000.00 | 2,000.00 |
| 44-206 | 1,800.00 | 1,800.00 |

# Income Statement By Unit

EMPIRE REALTY USA CORP

4/1/2025 - 4/30/2025, By Month, Cash basis

| Amount | 04-2025 | Total |
|---|---|---|
| 44-305 | 1,950.00 | 1,950.00 |
| 46-A | 1,475.00 | 1,475.00 |
| 46-B | 1,250.00 | 1,250.00 |
| 47-101 | 1,950.00 | 1,950.00 |
| 47-102 | 1,800.00 | 1,800.00 |
| 47-103 | 2,500.00 | 2,500.00 |
| 47-104 | 1,750.00 | 1,750.00 |
| 47-107 | 1,700.00 | 1,700.00 |
| 47-108 | 1,415.00 | 1,415.00 |
| 47-109 | 2,050.00 | 2,050.00 |
| 47-111 | 1,875.00 | 1,875.00 |
| 47-112 | 1,900.00 | 1,900.00 |
| 47-114 | 1,875.00 | 1,875.00 |
| 47-115 | 2,125.00 | 2,125.00 |
| 47-116 | 2,150.00 | 2,150.00 |
| 47-117 | 2,000.00 | 2,000.00 |
| 47-118 | 1,750.00 | 1,750.00 |
| 47-120 | 2,000.00 | 2,000.00 |
| 47-201 | 1,850.00 | 1,850.00 |
| 47-202 | 1,925.00 | 1,925.00 |
| 47-204 | 1,900.00 | 1,900.00 |
| 47-206 | 1,850.00 | 1,850.00 |
| 47-207 | 1,800.00 | 1,800.00 |
| 47-208 | 1,800.00 | 1,800.00 |

# Income Statement By Unit

*4/1/2025 - 4/30/2025, By Month, Cash basis*

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 47-209 | 1,800.00 | 1,800.00 |
| 47-210 | 2,050.00 | 2,050.00 |
| 47-212 | 2,100.00 | 2,100.00 |
| 47-213 | 4,204.00 | 4,204.00 |
| 47-214 | 1,850.00 | 1,850.00 |
| 47-216 | 1,267.00 | 1,267.00 |
| 47-218 | 1,950.00 | 1,950.00 |
| 47-219 | 1,970.00 | 1,970.00 |
| 47-220 | 2,075.00 | 2,075.00 |
| 47-302 | 1,800.00 | 1,800.00 |
| 47-303 | 2,500.00 | 2,500.00 |
| 47-305 | 1,950.00 | 1,950.00 |
| 47-306 | 1,925.00 | 1,925.00 |
| 47-307 | 962.00 | 962.00 |
| 47-309 | 2,000.00 | 2,000.00 |
| 47-312 | 2,000.00 | 2,000.00 |
| 47-313 | 1,925.00 | 1,925.00 |
| 47-314 | 2,150.00 | 2,150.00 |
| 47-315 | 2,150.00 | 2,150.00 |
| 47-316 | 600.00 | 600.00 |
| 47-317 | 3,100.00 | 3,100.00 |
| 47-318 | 2,450.00 | 2,450.00 |
| 47-320 | 1,925.00 | 1,925.00 |
| 48-103 | 2,350.00 | 2,350.00 |

# Income Statement By Unit

4/1/2025 - 4/30/2025, By Month, Cash basis

| Amount | 04-2025 | Total |
|---|---|---|
| 48-104 | 1,725.00 | 1,725.00 |
| 48-105 | 211.00 | 211.00 |
| 48-108 | 1,875.00 | 1,875.00 |
| 48-109 | 2,175.00 | 2,175.00 |
| 48-110 | 2,025.00 | 2,025.00 |
| 48-111 | 1,700.00 | 1,700.00 |
| 48-112 | 1,851.00 | 1,851.00 |
| 48-114 | 2,050.00 | 2,050.00 |
| 48-116 | 1,840.00 | 1,840.00 |
| 48-117 | 2,000.00 | 2,000.00 |
| 48-118 | 1,700.00 | 1,700.00 |
| 48-120 | 1,925.00 | 1,925.00 |
| 48-202 | 1,950.00 | 1,950.00 |
| 48-203 | 2,250.00 | 2,250.00 |
| 48-204 | 1,600.00 | 1,600.00 |
| 48-205 | 2,100.00 | 2,100.00 |
| 48-206 | 1,925.00 | 1,925.00 |
| 48-207 | 500.00 | 500.00 |
| 48-208 | 1,600.00 | 1,600.00 |
| 48-209 | 2,050.00 | 2,050.00 |
| 48-210 | 1,560.00 | 1,560.00 |
| 48-211 | 1,600.00 | 1,600.00 |
| 48-212 | 2,200.00 | 2,200.00 |
| 48-217 | 2,050.00 | 2,050.00 |

# Income Statement By Unit

*4/1/2025 - 4/30/2025, By Month, Cash basis*

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|--------|---------|-------|
| 48-218 | 1,725.00 | 1,725.00 |
| 48-219 | 2,623.00 | 2,623.00 |
| 48-221 | 1,650.00 | 1,650.00 |
| 48-302 | 1,930.00 | 1,930.00 |
| 48-303 | 1,250.00 | 1,250.00 |
| 48-305 | 698.00 | 698.00 |
| 48-306 | 1,650.00 | 1,650.00 |
| 48-307 | 2,050.00 | 2,050.00 |
| 48-308 | 1,950.00 | 1,950.00 |
| 48-310 | 1,600.00 | 1,600.00 |
| 48-311 | 1,950.00 | 1,950.00 |
| 48-312 | 1,950.00 | 1,950.00 |
| 48-313 | 2,075.00 | 2,075.00 |
| 48-314 | 1,850.00 | 1,850.00 |
| 48-316 | 800.00 | 800.00 |
| 48-317 | 1,600.00 | 1,600.00 |
| 48-320 | 2,150.00 | 2,150.00 |
| 47-110* | 1,900.00 | 1,900.00 |
| 48-119* | 2,650.00 | 2,650.00 |
| 47-211* | 1,750.00 | 1,750.00 |
| 44-104* | 1,450.00 | 1,450.00 |
| 47-203* | 2,400.00 | 2,400.00 |
| 48-315* | 1,850.00 | 1,850.00 |
| 47-119* | 2,533.00 | 2,533.00 |

# Income Statement By Unit

### 4/1/2025 - 4/30/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 47-310* | 1,950.00 | 1,950.00 |
| 47-319* | 1,850.00 | 1,850.00 |
| 44-213* | 1,950.00 | 1,950.00 |
| **Total** Income | **$192,714.86** | **$192,714.86** |
| 44-101 | 1,800.00 | 1,800.00 |
| 44-102 | 669.44 | 669.44 |
| 44-109 | 2,000.00 | 2,000.00 |
| 44-206 | 1,800.00 | 1,800.00 |
| 44-305 | 1,950.00 | 1,950.00 |
| 46-A | 1,475.00 | 1,475.00 |
| 46-B | 1,225.00 | 1,225.00 |
| 47-101 | 1,950.00 | 1,950.00 |
| 47-102 | 1,800.00 | 1,800.00 |
| 47-103 | 2,500.00 | 2,500.00 |
| 47-104 | 1,750.00 | 1,750.00 |
| 47-107 | 1,700.00 | 1,700.00 |
| 47-108 | 1,415.00 | 1,415.00 |
| 47-109 | 2,050.00 | 2,050.00 |
| 47-111 | 1,875.00 | 1,875.00 |
| 47-112 | 1,900.00 | 1,900.00 |
| 47-114 | 1,900.00 | 1,900.00 |
| 47-115 | 2,125.00 | 2,125.00 |
| 47-116 | 2,150.00 | 2,150.00 |
| 47-117 | 2,000.00 | 2,000.00 |

# Income Statement By Unit

Prepared By: Empire Realty USA Corp

4/1/2025 - 4/30/2025, By Month, Cash basis

| Amount | 04-2025 | Total |
|---|---|---|
| 47-118 | 1,750.00 | 1,750.00 |
| 47-120 | 2,000.00 | 2,000.00 |
| 47-201 | 1,850.00 | 1,850.00 |
| 47-202 | 1,925.00 | 1,925.00 |
| 47-204 | 1,900.00 | 1,900.00 |
| 47-206 | 1,850.00 | 1,850.00 |
| 47-207 | 1,800.00 | 1,800.00 |
| 47-208 | 1,800.00 | 1,800.00 |
| 47-209 | 1,800.00 | 1,800.00 |
| 47-210 | 2,050.00 | 2,050.00 |
| 47-212 | 2,162.80 | 2,162.80 |
| 47-213 | 4,204.00 | 4,204.00 |
| 47-214 | 1,850.00 | 1,850.00 |
| 47-216 | 1,267.00 | 1,267.00 |
| 47-218 | 1,950.00 | 1,950.00 |
| 47-219 | 1,970.00 | 1,970.00 |
| 47-220 | 2,075.00 | 2,075.00 |
| 47-302 | 1,800.00 | 1,800.00 |
| 47-303 | 2,500.00 | 2,500.00 |
| 47-305 | 1,950.00 | 1,950.00 |
| 47-306 | 1,925.00 | 1,925.00 |
| 47-307 | 962.00 | 962.00 |
| 47-309 | 2,000.00 | 2,000.00 |
| 47-312 | 2,000.00 | 2,000.00 |

# Income Statement By Unit

*4/1/2025 - 4/30/2025, By Month, Cash basis*

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 47-313 | 1,925.00 | 1,925.00 |
| 47-314 | 2,150.00 | 2,150.00 |
| 47-315 | 2,150.00 | 2,150.00 |
| 47-316 | 600.00 | 600.00 |
| 47-317 | 3,100.00 | 3,100.00 |
| 47-318 | 2,450.00 | 2,450.00 |
| 47-320 | 1,925.00 | 1,925.00 |
| 48-103 | 2,350.00 | 2,350.00 |
| 48-104 | 1,725.00 | 1,725.00 |
| 48-105 | 211.00 | 211.00 |
| 48-108 | 1,931.06 | 1,931.06 |
| 48-109 | 2,175.00 | 2,175.00 |
| 48-110 | 2,025.00 | 2,025.00 |
| 48-111 | 1,700.00 | 1,700.00 |
| 48-112 | 1,851.00 | 1,851.00 |
| 48-114 | 2,050.00 | 2,050.00 |
| 48-116 | 1,840.00 | 1,840.00 |
| 48-117 | 2,000.00 | 2,000.00 |
| 48-118 | 1,700.00 | 1,700.00 |
| 48-120 | 1,925.00 | 1,925.00 |
| 48-202 | 1,950.00 | 1,950.00 |
| 48-203 | 2,275.00 | 2,275.00 |
| 48-204 | 1,600.00 | 1,600.00 |
| 48-205 | 2,100.00 | 2,100.00 |

# Income Statement By Unit

*4/1/2025 - 4/30/2025, By Month, Cash basis*

| Amount | 04-2025 | Total |
|---|---:|---:|
| 48-206 | 1,950.00 | 1,950.00 |
| 48-207 | 500.00 | 500.00 |
| 48-208 | 1,600.00 | 1,600.00 |
| 48-209 | 2,050.00 | 2,050.00 |
| 48-210 | 1,560.00 | 1,560.00 |
| 48-211 | 1,647.84 | 1,647.84 |
| 48-212 | 2,265.78 | 2,265.78 |
| 48-217 | 2,050.00 | 2,050.00 |
| 48-218 | 1,828.07 | 1,828.07 |
| 48-219 | 2,623.00 | 2,623.00 |
| 48-221 | 1,650.00 | 1,650.00 |
| 48-302 | 1,930.00 | 1,930.00 |
| 48-303 | 1,250.00 | 1,250.00 |
| 48-305 | 718.87 | 718.87 |
| 48-306 | 1,650.00 | 1,650.00 |
| 48-307 | 2,050.00 | 2,050.00 |
| 48-308 | 1,950.00 | 1,950.00 |
| 48-310 | 1,600.00 | 1,600.00 |
| 48-311 | 1,950.00 | 1,950.00 |
| 48-312 | 1,950.00 | 1,950.00 |
| 48-313 | 2,075.00 | 2,075.00 |
| 48-314 | 1,850.00 | 1,850.00 |
| 48-316 | 800.00 | 800.00 |
| 48-317 | 1,600.00 | 1,600.00 |



# Income Statement By Unit

Prepared By: Empire Realty USA Corp

4/1/2025 - 4/30/2025, By Month, Cash basis

| Amount | 04-2025 | Total |
|---|---|---|
| 48-320 | 2,200.00 | 2,200.00 |
| 47-110* | 1,900.00 | 1,900.00 |
| 48-119* | 2,650.00 | 2,650.00 |
| 47-211* | 1,750.00 | 1,750.00 |
| 44-104* | 1,450.00 | 1,450.00 |
| 47-203* | 2,400.00 | 2,400.00 |
| 48-315* | 1,850.00 | 1,850.00 |
| 47-119* | 2,533.00 | 2,533.00 |
| 47-310* | 2,000.00 | 2,000.00 |
| 47-319* | 1,850.00 | 1,850.00 |
| 44-213* | 1,950.00 | 1,950.00 |
| **Net Operating Income** | **$192,714.86** | **$192,714.86** |
| 44-101 | 1,800.00 | 1,800.00 |
| 44-102 | 669.44 | 669.44 |
| 44-109 | 2,000.00 | 2,000.00 |
| 44-206 | 1,800.00 | 1,800.00 |
| 44-305 | 1,950.00 | 1,950.00 |
| 46-A | 1,475.00 | 1,475.00 |
| 46-B | 1,225.00 | 1,225.00 |
| 47-101 | 1,950.00 | 1,950.00 |
| 47-102 | 1,800.00 | 1,800.00 |
| 47-103 | 2,500.00 | 2,500.00 |
| 47-104 | 1,750.00 | 1,750.00 |
| 47-107 | 1,700.00 | 1,700.00 |

# Income Statement By Unit

Prepared By: Empire Realty USA Corp

4/1/2025 - 4/30/2025, By Month, Cash basis

| Amount | 04-2025 | Total |
|---|---|---|
| 47-108 | 1,415.00 | 1,415.00 |
| 47-109 | 2,050.00 | 2,050.00 |
| 47-111 | 1,875.00 | 1,875.00 |
| 47-112 | 1,900.00 | 1,900.00 |
| 47-114 | 1,900.00 | 1,900.00 |
| 47-115 | 2,125.00 | 2,125.00 |
| 47-116 | 2,150.00 | 2,150.00 |
| 47-117 | 2,000.00 | 2,000.00 |
| 47-118 | 1,750.00 | 1,750.00 |
| 47-120 | 2,000.00 | 2,000.00 |
| 47-201 | 1,850.00 | 1,850.00 |
| 47-202 | 1,925.00 | 1,925.00 |
| 47-204 | 1,900.00 | 1,900.00 |
| 47-206 | 1,850.00 | 1,850.00 |
| 47-207 | 1,800.00 | 1,800.00 |
| 47-208 | 1,800.00 | 1,800.00 |
| 47-209 | 1,800.00 | 1,800.00 |
| 47-210 | 2,050.00 | 2,050.00 |
| 47-212 | 2,162.80 | 2,162.80 |
| 47-213 | 4,204.00 | 4,204.00 |
| 47-214 | 1,850.00 | 1,850.00 |
| 47-216 | 1,267.00 | 1,267.00 |
| 47-218 | 1,950.00 | 1,950.00 |
| 47-219 | 1,970.00 | 1,970.00 |

# Income Statement By Unit

4/1/2025 - 4/30/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 47-220 | 2,075.00 | 2,075.00 |
| 47-302 | 1,800.00 | 1,800.00 |
| 47-303 | 2,500.00 | 2,500.00 |
| 47-305 | 1,950.00 | 1,950.00 |
| 47-306 | 1,925.00 | 1,925.00 |
| 47-307 | 962.00 | 962.00 |
| 47-309 | 2,000.00 | 2,000.00 |
| 47-312 | 2,000.00 | 2,000.00 |
| 47-313 | 1,925.00 | 1,925.00 |
| 47-314 | 2,150.00 | 2,150.00 |
| 47-315 | 2,150.00 | 2,150.00 |
| 47-316 | 600.00 | 600.00 |
| 47-317 | 3,100.00 | 3,100.00 |
| 47-318 | 2,450.00 | 2,450.00 |
| 47-320 | 1,925.00 | 1,925.00 |
| 48-103 | 2,350.00 | 2,350.00 |
| 48-104 | 1,725.00 | 1,725.00 |
| 48-105 | 211.00 | 211.00 |
| 48-108 | 1,931.06 | 1,931.06 |
| 48-109 | 2,175.00 | 2,175.00 |
| 48-110 | 2,025.00 | 2,025.00 |
| 48-111 | 1,700.00 | 1,700.00 |
| 48-112 | 1,851.00 | 1,851.00 |
| 48-114 | 2,050.00 | 2,050.00 |



# Income Statement By Unit

### 4/1/2025 - 4/30/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 48-116 | 1,840.00 | 1,840.00 |
| 48-117 | 2,000.00 | 2,000.00 |
| 48-118 | 1,700.00 | 1,700.00 |
| 48-120 | 1,925.00 | 1,925.00 |
| 48-202 | 1,950.00 | 1,950.00 |
| 48-203 | 2,275.00 | 2,275.00 |
| 48-204 | 1,600.00 | 1,600.00 |
| 48-205 | 2,100.00 | 2,100.00 |
| 48-206 | 1,950.00 | 1,950.00 |
| 48-207 | 500.00 | 500.00 |
| 48-208 | 1,600.00 | 1,600.00 |
| 48-209 | 2,050.00 | 2,050.00 |
| 48-210 | 1,560.00 | 1,560.00 |
| 48-211 | 1,647.84 | 1,647.84 |
| 48-212 | 2,265.78 | 2,265.78 |
| 48-217 | 2,050.00 | 2,050.00 |
| 48-218 | 1,828.07 | 1,828.07 |
| 48-219 | 2,623.00 | 2,623.00 |
| 48-221 | 1,650.00 | 1,650.00 |
| 48-302 | 1,930.00 | 1,930.00 |
| 48-303 | 1,250.00 | 1,250.00 |
| 48-305 | 718.87 | 718.87 |
| 48-306 | 1,650.00 | 1,650.00 |
| 48-307 | 2,050.00 | 2,050.00 |

# Income Statement By Unit

4/1/2025 - 4/30/2025, By Month, Cash basis

| Amount | 04-2025 | Total |
|---|---|---|
| 48-308 | 1,950.00 | 1,950.00 |
| 48-310 | 1,600.00 | 1,600.00 |
| 48-311 | 1,950.00 | 1,950.00 |
| 48-312 | 1,950.00 | 1,950.00 |
| 48-313 | 2,075.00 | 2,075.00 |
| 48-314 | 1,850.00 | 1,850.00 |
| 48-316 | 800.00 | 800.00 |
| 48-317 | 1,600.00 | 1,600.00 |
| 48-320 | 2,200.00 | 2,200.00 |
| 47-110* | 1,900.00 | 1,900.00 |
| 48-119* | 2,650.00 | 2,650.00 |
| 47-211* | 1,750.00 | 1,750.00 |
| 44-104* | 1,450.00 | 1,450.00 |
| 47-203* | 2,400.00 | 2,400.00 |
| 48-315* | 1,850.00 | 1,850.00 |
| 47-119* | 2,533.00 | 2,533.00 |
| 47-310* | 2,000.00 | 2,000.00 |
| 47-319* | 1,850.00 | 1,850.00 |
| 44-213* | 1,950.00 | 1,950.00 |
| **Net Income** | **$192,714.86** | **$192,714.86** |
| 44-101 | 1,800.00 | 1,800.00 |
| 44-102 | 669.44 | 669.44 |
| 44-109 | 2,000.00 | 2,000.00 |
| 44-206 | 1,800.00 | 1,800.00 |

# Income Statement By Unit

### 4/1/2025 - 4/30/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 44-305 | 1,950.00 | 1,950.00 |
| 46-A | 1,475.00 | 1,475.00 |
| 46-B | 1,225.00 | 1,225.00 |
| 47-101 | 1,950.00 | 1,950.00 |
| 47-102 | 1,800.00 | 1,800.00 |
| 47-103 | 2,500.00 | 2,500.00 |
| 47-104 | 1,750.00 | 1,750.00 |
| 47-107 | 1,700.00 | 1,700.00 |
| 47-108 | 1,415.00 | 1,415.00 |
| 47-109 | 2,050.00 | 2,050.00 |
| 47-111 | 1,875.00 | 1,875.00 |
| 47-112 | 1,900.00 | 1,900.00 |
| 47-114 | 1,900.00 | 1,900.00 |
| 47-115 | 2,125.00 | 2,125.00 |
| 47-116 | 2,150.00 | 2,150.00 |
| 47-117 | 2,000.00 | 2,000.00 |
| 47-118 | 1,750.00 | 1,750.00 |
| 47-120 | 2,000.00 | 2,000.00 |
| 47-201 | 1,850.00 | 1,850.00 |
| 47-202 | 1,925.00 | 1,925.00 |
| 47-204 | 1,900.00 | 1,900.00 |
| 47-206 | 1,850.00 | 1,850.00 |
| 47-207 | 1,800.00 | 1,800.00 |
| 47-208 | 1,800.00 | 1,800.00 |

# Income Statement By Unit

EMPIRE REALTY USA CORP

4/1/2025 - 4/30/2025, By Month, Cash basis

| Amount | 04-2025 | Total |
|---|---|---|
| 47-209 | 1,800.00 | 1,800.00 |
| 47-210 | 2,050.00 | 2,050.00 |
| 47-212 | 2,162.80 | 2,162.80 |
| 47-213 | 4,204.00 | 4,204.00 |
| 47-214 | 1,850.00 | 1,850.00 |
| 47-216 | 1,267.00 | 1,267.00 |
| 47-218 | 1,950.00 | 1,950.00 |
| 47-219 | 1,970.00 | 1,970.00 |
| 47-220 | 2,075.00 | 2,075.00 |
| 47-302 | 1,800.00 | 1,800.00 |
| 47-303 | 2,500.00 | 2,500.00 |
| 47-305 | 1,950.00 | 1,950.00 |
| 47-306 | 1,925.00 | 1,925.00 |
| 47-307 | 962.00 | 962.00 |
| 47-309 | 2,000.00 | 2,000.00 |
| 47-312 | 2,000.00 | 2,000.00 |
| 47-313 | 1,925.00 | 1,925.00 |
| 47-314 | 2,150.00 | 2,150.00 |
| 47-315 | 2,150.00 | 2,150.00 |
| 47-316 | 600.00 | 600.00 |
| 47-317 | 3,100.00 | 3,100.00 |
| 47-318 | 2,450.00 | 2,450.00 |
| 47-320 | 1,925.00 | 1,925.00 |
| 48-103 | 2,350.00 | 2,350.00 |

# Income Statement By Unit

4/1/2025 - 4/30/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 48-104 | 1,725.00 | 1,725.00 |
| 48-105 | 211.00 | 211.00 |
| 48-108 | 1,931.06 | 1,931.06 |
| 48-109 | 2,175.00 | 2,175.00 |
| 48-110 | 2,025.00 | 2,025.00 |
| 48-111 | 1,700.00 | 1,700.00 |
| 48-112 | 1,851.00 | 1,851.00 |
| 48-114 | 2,050.00 | 2,050.00 |
| 48-116 | 1,840.00 | 1,840.00 |
| 48-117 | 2,000.00 | 2,000.00 |
| 48-118 | 1,700.00 | 1,700.00 |
| 48-120 | 1,925.00 | 1,925.00 |
| 48-202 | 1,950.00 | 1,950.00 |
| 48-203 | 2,275.00 | 2,275.00 |
| 48-204 | 1,600.00 | 1,600.00 |
| 48-205 | 2,100.00 | 2,100.00 |
| 48-206 | 1,950.00 | 1,950.00 |
| 48-207 | 500.00 | 500.00 |
| 48-208 | 1,600.00 | 1,600.00 |
| 48-209 | 2,050.00 | 2,050.00 |
| 48-210 | 1,560.00 | 1,560.00 |
| 48-211 | 1,647.84 | 1,647.84 |
| 48-212 | 2,265.78 | 2,265.78 |
| 48-217 | 2,050.00 | 2,050.00 |



# Income Statement By Unit

4/1/2025 - 4/30/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 48-218 | 1,828.07 | 1,828.07 |
| 48-219 | 2,623.00 | 2,623.00 |
| 48-221 | 1,650.00 | 1,650.00 |
| 48-302 | 1,930.00 | 1,930.00 |
| 48-303 | 1,250.00 | 1,250.00 |
| 48-305 | 718.87 | 718.87 |
| 48-306 | 1,650.00 | 1,650.00 |
| 48-307 | 2,050.00 | 2,050.00 |
| 48-308 | 1,950.00 | 1,950.00 |
| 48-310 | 1,600.00 | 1,600.00 |
| 48-311 | 1,950.00 | 1,950.00 |
| 48-312 | 1,950.00 | 1,950.00 |
| 48-313 | 2,075.00 | 2,075.00 |
| 48-314 | 1,850.00 | 1,850.00 |
| 48-316 | 800.00 | 800.00 |
| 48-317 | 1,600.00 | 1,600.00 |
| 48-320 | 2,200.00 | 2,200.00 |
| 47-110* | 1,900.00 | 1,900.00 |
| 48-119* | 2,650.00 | 2,650.00 |
| 47-211* | 1,750.00 | 1,750.00 |
| 44-104* | 1,450.00 | 1,450.00 |
| 47-203* | 2,400.00 | 2,400.00 |
| 48-315* | 1,850.00 | 1,850.00 |
| 47-119* | 2,533.00 | 2,533.00 |



# Income Statement By Unit

### 4/1/2025 - 4/30/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

| Amount | 04-2025 | Total |
|---|---|---|
| 47-310* | 2,000.00 | 2,000.00 |
| 47-319* | 1,850.00 | 1,850.00 |
| 44-213* | 1,950.00 | 1,950.00 |

Bank of America Statement



P.O. Box 15284
Wilmington, DE 19850

AVON PLACE LLC
710 AVENUE L
BROOKLYN, NY 11230-5112

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for April 1, 2025 to April 30, 2025                      Account number: 4830 9278 9147

**AVON PLACE LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on April 1, 2025 | $1,002.44 | # of deposits/credits: 10 |
| Deposits and other credits | 1,570.11 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items–previous cycle[1]: 19 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $2,300.71 |
| **Ending balance on April 30, 2025** | **$2,572.55** | [1]Includes checks paid, deposited items and other debits |

---

**The Business Advantage Unlimited Cash Rewards credit card**

Unlimited 1.5% cash back on all purchases. So simple.

Plus get a $300 statement credit offer.

Apply today — there is no annual fee!

**Scan this code or call 888.895.4909.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. To qualify for the statement credit, make at least $3,000 in Net Purchases with your card that post to your account within 90 days from account opening. One $300 statement credit allowed per company. Restrictions apply. Offer subject to change without notice.



SSM-09-24-0005.B | 6936906

AVON PLACE LLC   |   Account # 4830 9278 9147   |   April 1, 2025 to April 30, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

**BANK OF AMERICA** <span style="color:red;">**Your checking account**</span>

AVON PLACE LLC   |   Account # 4830 9278 9147   |   April 1, 2025 to April 30, 2025

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/25 | ACH RETURN/101050 RECOVERY CONNECTICUT NATU 11/25/24 CASE BML250312-003193 FDES NNF 0001488 447263 | 550.00 |
| 04/08/25 | ACH RETURN/101050 RECOVERY CAPITAL ONE 11/15/24 CASE BML250312-003157 FDES NNF 0001488 447263 | 200.00 |
| 04/08/25 | ACH RETURN/101050 RECOVERY CAPITAL ONE 11/19/24 CASE BML250312-003157 FDES NNF 0001488 447263 | 169.95 |
| 04/08/25 | ACH RETURN/101050 RECOVERY CAPITAL ONE 11/21/24 CASE BML250312-003157 FDES NNF 0001488 447263 | 163.29 |
| 04/08/25 | ACH RETURN/101050 RECOVERY CAPITAL ONE 10/28/24 CASE BML250312-003157 FDES NNF 0001488 447263 | 136.00 |
| 04/08/25 | ACH RETURN/101050 RECOVERY CAPITAL ONE 11/08/24 CASE BML250312-003157 FDES NNF 0001488 447263 | 125.84 |
| 04/08/25 | ACH RETURN/101050 RECOVERY CAPITAL ONE 11/18/24 CASE BML250312-003157 FDES NNF 0001488 447263 | 50.00 |
| 04/08/25 | ACH RETURN/101050 RECOVERY CAPITAL ONE 11/01/24 CASE BML250312-003157 FDES NNF 0001488 447263 | 5.97 |
| 04/14/25 | ACH RETURN/101050 RECOVERY STATE FARM RO 08 10/31/24 CASE BML250312-003151 FDES NNF 0001488 447263 | 84.53 |
| 04/14/25 | ACH RETURN/101050 RECOVERY STATE FARM RO 08 11/25/24 CASE BML250312-003151 FDES NNF 0001488 447263 | 84.53 |

**Total deposits and other credits** **$1,570.11**

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/31/25. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

How are we doing? Your opinion is important to us.

You are invited to join the Bank of America® Advisory Panel and share what you think we are doing right — and what we need to do better.

**Enter code CADD at bankofamerica.com/AdvisoryPanel to learn more and join.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Inclusion on the Advisory Panel is subject to qualifications.



SSM-07-24-0067.B  |  6864134

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 1,552.44 | 04/08 | 2,403.49 | 04/14 | 2,572.55 |

Bank of America Statement



P.O. Box 15284
Wilmington, DE 19850

AVON PLACE LLC
710 AVENUE L
BROOKLYN, NY  11230-5112

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for April 1, 2025 to April 30, 2025

Account number: 4830 9278 9150

**AVON PLACE LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2025 | $225.55 | # of deposits/credits: 1 |
| Deposits and other credits | 2,348.00 | # of withdrawals/debits: 4 |
| Withdrawals and other debits | -2,420.28 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $480.79 |
| **Ending balance on April 30, 2025** | **$153.27** | ¹Includes checks paid, deposited items and other debits |

Go paperless today!

- Help reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily - online or from our mobile app -
  24/7 from almost anywhere*

Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
*Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.



SSM-07-24-0418.B | 6798972

AVON PLACE LLC   |   Account # 4830 9278 9150   |   April 1, 2025 to April 30, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and   Equal Housing Lender**



# Your checking account

AVON PLACE LLC   |   Account # 4830 9278 9150   |   April 1, 2025 to April 30, 2025

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|--|--------|
| 04/03/25 | WINDSOR LOC-7841 DES:HAP PYMT   ID:XXXXXXXXX  INDN:AVON PLACE LLC ID:1060865782 CCD | CO | 2,348.00 |
| **Total deposits and other credits** | | | **$2,348.00** |

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|--|--------|
| 04/07/25 | COMCAST TEL | DES:RETRY PYMT ID:7123828  INDN:AVON PLACE *LLC        CO ID:0000213249 | -1,098.44 |
| 04/07/25 | COMCAST TEL | DES:RETRY PYMT ID:7123830  INDN:AVON PLACE *LLC        CO ID:0000213249 | -514.14 |
| 04/07/25 | COMCAST ID:0000213249 TEL | DES:RETRY PYMT ID:7123830  INDN:AVONWOOD *PLACE LLC  CO | -403.97 |
| 04/07/25 | COMCAST ID:0000213249 TEL | DES:RETRY PYMT ID:7123830  INDN:AVONWOOD *PLACE LLC  CO | -403.73 |
| **Total withdrawals and other debits** | | | **-$2,420.28** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 225.55 | 04/03 | 2,573.55 | 04/07 | 153.27 |

---

## How are we doing? Your opinion is important to us.

You are invited to join the Bank of America® Advisory Panel and share what you think we are doing right — and what we need to do better.

**Enter code CADD at bankofamerica.com/AdvisoryPanel to learn more and join.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Inclusion on the Advisory Panel is subject to qualifications.



SSM-07-24-0067.B  |  6864134

This page intentionally left blank

  

America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**

AVON PLACE LLC
DEBTOR IN POSSESSION
DIP CASE 1 25 41368 JMM
3284 N 29TH AVE
HOLLYWOOD FL  33020

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Apr 08 2025-Apr 30 2025 |
| Cust Ref #: | 4446984349-039-T-### |
| Primary Account #: | 444-6984349 |

## Chapter 11 Checking

AVON PLACE LLC
DEBTOR IN POSSESSION
DIP CASE 1 25 41368 JMM

Account # 444-6984349

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 0.03 |
| Deposits | 0.25 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.25 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 23 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | DEPOSIT | 0.25 |
| | Subtotal: | 0.25 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/08 | 0.00 | 04/28 | 0.25 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 0.25 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 Bank
America's Most Convenient Bank®

 

T          **STATEMENT OF ACCOUNT**

AVON PLACE LLC
DEBTOR IN POSSESSION
DIP CASE 1 25 41368 JMM
3284 N 29TH AVE
HOLLYWOOD FL  33020

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Apr 08 2025-Apr 30 2025 |
| Cust Ref #: | 4446984456-039-T-### |
| Primary Account #: | 444-6984456 |

## Chapter 11 Checking

AVON PLACE LLC                                                    Account # 444-6984456
DEBTOR IN POSSESSION
DIP CASE 1 25 41368 JMM

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 0.03 |
| Deposits | 0.25 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.25 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 23 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | DEPOSIT | 0.25 |
| | Subtotal: | 0.25 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/08 | 0.00 | 04/28 | 0.25 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | | 0.25 |
| ❷ | Total Deposits | + | |
| ❸ | Sub Total | | |
| ❹ | Total Withdrawals | - | |
| ❺ | Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.