# EXHIBIT 1

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

In re

AVON PLACE LLC

                        Debtor.

-------------------------------------------------------- X

Chapter 11

Case No. 25-41368 (JMM)

## ORDER GRANTING MOTION TO CONVERT THE CASE TO CHAPTER 7 OF THE BANKRUPTCY CODE

Upon consideration of the motion dated May 30, 2025 (the "Motion") of 44 Avonwood Road Credit LLC ("Avonwood Credit"), a secured creditor of the Debtor, by its counsel Thompson Coburn LLP, for entry of an order (i) converting this Bankruptcy Case from chapter 11 to chapter 7 of the Bankruptcy Code pursuant to § 1112(b)(4) of the Bankruptcy Code; and (ii) granting such other and further relief as is just and proper, and upon the affidavit of service filed with the Court; and the Court having considered the responses to the Motion, if any; and after due deliberation and good and sufficient cause appearing thereof; and a hearing having been held on June 11, 2025; the Court hereby makes and issues the following findings of fact, conclusions or law, and orders: it is hereby

**ORDERED** that this Bankruptcy Case is hereby converted from one under chapter 11 to one under chapter 7 of the Bankruptcy Code pursuant to §§ 1112(b)(4) of the Bankruptcy Code.

Dated:  Brooklyn, New York
       June __, 2025

                                     _____

                                     UNITED STATES BANKRUPTCY JUDGE
                                     JIL MAZER-MARINO