# EXHIBIT 1

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X

In re

AVON PLACE LLC

              Debtor.
------------------------------------------------------- X

Chapter 11

Case No. 25-41368 (JMM)

## ORDER SCHEDULING A HEARING ON SHORTENED NOTICE

Upon consideration of the motion dated May 30, 2025 (the "Motion") of 44 Avonwood Road Credit LLC ("Avonwood Credit"), a secured creditor of the Debtor, by its counsel Thompson Coburn LLP, for entry of an order scheduling a hearing on shortened notice to consider entry of an order: (i) converting this Bankruptcy Case from chapter 11 to chapter 7 of the Bankruptcy Code pursuant to § 1112(b)(4) of the Bankruptcy Code; and (ii) granting such other and further relief as is just and proper (the "Emergency Conversion Motion"), and upon the affirmation of Joseph Orbach pursuant to Local Rule 9077-1; and good and sufficient cause existing to schedule an emergency hearing upon shortened notice to consider the Emergency Conversion Motion it is hereby:

**ORDERED**, that a hearing on the Emergency Conversion Motion will be held on June 11, 2025 at 10:30 a.m. before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800; and it is further

**ORDERED**, that service of the Emergency Conversion Motion shall be sufficient if served by June 2, 2025 by the filing of the documents on the Court's ECF filing system,

and by emailing copies of the Emergency Conversion Motion to the Debtor's counsel, Chief Restructuring Officer, and to the Office of the U.S. Trustee; and it is further

**ORDERED**, that objections, if any, to the Emergency Conversion Motion must be in writing and filed with the Bankruptcy Court by June 9, 2025 at 5:00 p.m. through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be emailed, so as to be received by the Objection Deadline, to (i) counsel for Avonwood Credit; and it is further

**ORDERED**, that the hearing may be held either in person, telephonically, or by video. Those intending to appear at the hearing telephonically or by video must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov. The hearing on the Motion may be adjourned without notice other than an announcement in open Court.

Dated: Brooklyn, New York
May __, 2025

_____
UNITED STATES BANKRUPTCY JUDGE
JIL MAZER-MARINO