UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

Avon Place LLC,

                      Debtor.

Chapter 11

Case No. 25-41368-jmm

---------------------------------------------------------x

## ORDER SCHEDULING HEARING ON 44 AVONWOOD ROAD CREDIT LLC'S MOTION TO CONVERT

**WHEREAS**, 44 Avonwood Road Credit LLC (the "Movant") filed a motion seeking to convert this chapter 11 bankruptcy case to a chapter 7 case under the Bankruptcy Code (the "Motion") [ECF No. 63]; and

**WHEREAS**, the Movant filed an application [ECF No. 64] seeking an expedited hearing on the Motion; and

**WHEREAS**, cause exists for an expedited hearing on the Motion.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that Court will hold a hearing on the Motion before Judge Jil Mazer-Marino of the United States Bankruptcy Court, Eastern District of New York, 271-C, Courtroom 3529, Cadman Plaza East, Brooklyn, New York 11201 on **June 11, 2025, at 10:30 a.m.** (the "Hearing"); and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than **two (2) days** prior to the Hearing.  The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the

Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Movant shall serve a copy of this Order Scheduling Hearing together with the Motion on (1) Avon Place LLC (the "Debtor"), (2) Debtor's counsel, (3) Debtor's CRO, David Goldwasser, (4) the U.S. trustee, (5) secured creditors, and (6) any additional parties who filed a notice of appearance, by **email and overnight mail**, by **June 4, 2025**, which shall be deemed good and sufficient service hereof; and it is further

**ORDERED**, that the Movant shall file a certificate of service with the Court by **June 10, 2025**, evidencing the Movant's compliance with the service requirements in this Order Scheduling Hearing; and it is further

**ORDERED**, that objections or responses to the Motion may be interposed at the Hearing.

Dated: June 3, 2025
Brooklyn, New York



Jil Mazer-Marino
United States Bankruptcy Judge