**To Whom It May Concern,**

I, Dinesh Kumar, was a tenant at Avon Place Apartments under two lease agreements. My initial lease commenced on June 1, 2023, for Unit 214 at 44 Avonwood Rd, Avon, CT, with a monthly rent of $1,850 and a security deposit of $1,850. Due to issues with the apartment, Avon Management relocated me to Unit 204 at 48 Avonwood Rd, Avon, CT, on November 1, 2023. The new lease, valid until October 31, 2024, had a monthly rent of $1,600, with my previously paid security deposit retained.

I vacated the apartment on October 30, 2024, and duly submitted the required move-out form. Despite multiple follow-ups via phone and email, Avon Management has not refunded my security deposit. Under Connecticut General Statutes § 47a-21, a landlord is required to return the security deposit within thirty days of lease termination or provide a written explanation for any deductions.

Since no refund has been issued and no response has been received to my inquiries, I formally demand the full return of my security deposit amounting to $1,850. I have attached email correspondence for reference. If this matter is not resolved promptly, I may pursue further legal action.

I request an immediate response and resolution.

Sincerely,

**Dinesh Kumar**

dineshtech@hotmail.com



**EMPIRE REALTY USA CORP**
INVESTMENT & MANAGEMENT GROUP

Empire Realty USA Corp
750 East Main Street
Stamford, CT 06902
203-324-1163

# MOVE OUT RELEASE

This form serves to release possession of the apartment located at,

48 Avonwood Rd, APT-204.

I, Dinesh Kumar, no longer reside

at this apartment, as of 30th Oct 2024.

As of this date the keys have been returned to ownership and I will no longer have access to this property.

_____     30th Oct 2024
Tenant                                Date

_____
Forwarding Address

35C Grinus Rd, APT-108
Rocky hills          Note: Keys handed
CT-06067            over to Rohith Patel

Created with cam scan

**From:** Dinesh Kumar <dineshtech@hotmail.com>
**Sent:** Saturday, February 15, 2025 12:12 AM
**To:** Avon Place <empireavonplace@gmail.com>
**Subject:** Re: Avon Place _Refund Security Deposit

Hi Nazwa/Victoria

I am following with you for last couple of months for my security refund but no response from you
Could you please arrange the refund of security deposit as soon as possible.
I tried to call both of you but no one is picking up call and no call back

Please take necessary action.

Regards
Dinesh

Get Outlook for iOS

**From:** Dinesh Kumar <dineshtech@hotmail.com>
**Sent:** Monday, December 9, 2024 1:47:20 AM
**To:** Avon Place <empireavonplace@gmail.com>
**Subject:** Re: Avon Place _Refund Security Deposit

Hi Nazwa

As discussed over phone call , please share my security deposit refund status for APT 104 ,48 Avonwood Road ,Avon Place. I have Submitted move out form to Victoria on 30th Oct 2024.

Place do the needful on priority.

Regards
Dinesh Kumar

Get [Outlook for iOS](#)

---

**From:** Avon Place <empireavonplace@gmail.com>
**Sent:** Tuesday, October 29, 2024 10:59 AM
**To:** Dinesh Kumar <dineshtech@hotmail.com>
**Subject:** Re: Avon Place

Hi Dinesh,

All of the information is at the top of the move out sheet. Let me know if you have any more questions. Have a great day!

Regards,
Victoria Fuentes
Avon Place
46 Avonwood Rd
(860) 677-1196

On Mon, Oct 28, 2024 at 1:53 PM Dinesh Kumar <[dineshtech@hotmail.com](#)> wrote:
Hi Victoria

Could you please  share the contact person and email id , contact number who deals from your corporate office . I know only Avon management office.
Thank you
Regards
Dinesh Kumar
+1(646)204-6586

Get [Outlook for iOS](#)

---

**From:** Avon Place <[empireavonplace@gmail.com](#)>
**Sent:** Monday, October 28, 2024 12:19:39 PM
**To:** Dinesh Kumar <[dineshtech@hotmail.com](#)>
**Subject:** Re: Avon Place

Received, thank you. Our corporate office handles all security deposit returns. Please let me know if you have any questions.

Regards,
Victoria Fuentes
Avon Place
46 Avonwood Rd
(860) 677-1196

On Mon, Oct 28, 2024 at 10:05 AM Dinesh Kumar <dineshtech@hotmail.com> wrote:
Hi Victoria

Here is the Avon move out form for 48 Avonwood Rd APT 204 , Avon CT - 06001
Please initiate my security deposit refund .

Let me know if any further query.

Thank you and appreciate your support.

Regards
Dinesh Kumar

Get Outlook for iOS

**From:** Dinesh Kumar <dineshtech@hotmail.com>
**Sent:** Thursday, September 5, 2024 2:04:11 PM
**To:** Avon Place <empireavonplace@gmail.com>
**Subject:** Re: Avon Place

HI Victoria

If Avon Place management is ok to create new lease then Rohith is ok to continue same unit after my lease which is expiring on 10/31/2024 but I am not going to continue lease on my name .

Let me know if you have any question.

Regards
Dinesh Kumar
+1-(646)204-6586

---

**From:** Avon Place <empireavonplace@gmail.com>
**Sent:** Thursday, September 5, 2024 9:18 PM
**To:** Dinesh Kumar <dineshtech@hotmail.com>
**Subject:** Re: Avon Place

Hello,

Will they be moving into your unit?

Regards,
Victoria Fuentes
Avon Place
46 Avonwood Rd
(860) 677-1196


On Fri, Aug 30, 2024 at 11:27 AM Dinesh Kumar <dineshtech@hotmail.com> wrote:
Hi

This is to inform you that I am not going to extend current lease after 10/31/2024.

If you want to create new lease then you can create new lease to Rohith who is copied in this email.

Let me know if you have any question.

Regards
Dinesh Kumar
+1-6462046586

---

**From:** Avon Place <mail@managebuilding.com>
**Sent:** Wednesday, August 21, 2024 12:01 AM
**To:** dineshtech@hotmail.com <dineshtech@hotmail.com>
**Subject:** Avon Place

Good Afternoon,

This email is in regards to your upcoming lease that is expiring on 10/31 of this year. Please contact this office for your lease renewal options. Thank you.

-Avon Place

**Avon Place Lease**

1. **IN THIS LEASE:** "We/us" mean Avon Place, LLC and "you/yours" mean <u>Dinesh Kumar</u>
2. **UNIT:** We agree to lease to you, <u>48  Avonwood Rd, Unit 204, Avon, CT 06001</u>
3. **RENT:** $<u>1600</u> + **ADDITIONAL CHARGE** $<u>0</u> for <u>yearly amenity fee</u> is due via online payment on the 1st, partial months prorated. Balances after the 10th incur a $50 late fee.
4. **DEPOSITS:** $<u>0</u> is due before the lease begins and must remain paid in full. Deposits, less deductions, are returned upon the latter of 30 days after vacating or 15 days after providing a forwarding address in writing.
5. **TERM:** This lease begins on <u>10/27/2023</u> ends <u>10/31/2024</u> and automatically renews annually unless you provide 30 days' written notice. Early termination incurs a lease break fee and you are liable for the rent until a tenant can assume the lease. This fee comes with a security deposit forfeiture. When the lease ends, you will vacate the unit, return all keys, unlock the doors, remove your property from the unit & storage, repair any damage caused by you, and have the unit professionally cleaned. Separate arrangements at your own expense must be made to remove furniture or bulky items, as they cannot be left in the unit, storage unit, or outside on the curb or dumpster.
6. **UTILITIES:** No utilities included.
7. **RULES:** You are liable for all penalties related to you/your guests' violations of the rules/laws/lease terms. **2 parking spot(s) are included.** Cars must be moved after a snowstorm to clear parking areas of debris or are subject to tow at your expense. Management must be notified of new license plate numbers. The unit may only be used as a private dwelling for you & your children. You may not sublease. Guests can only stay over 2 consecutive nights without management approval. Animals disclosed on the rental application are approved to reside in the unit, but any additional or temporary animals must get written approval prior to visiting the premises. No smoking is allowed on the property. The unit, common areas, fixtures, and appliances must be used reasonably and kept in clean & good condition. Tenants may not supply/use their own washers/dryers. When the heat is on, AC units must be removed, and windows closed. No items/trash are to be stored in common areas at any time, including decorations, toys, bikes, grills, etc. or will be discarded at your expense. You cannot be a disturbance to other tenants. You will not change any walls, floors, locks, appliances, fixtures, or furnishings without written approval. We immediately own any items installed. You are liable for repairing clogged plumbing. There is a $50 charge/lost key. We may enter the unit any time for emergencies, at reasonable times to make necessary repairs or changes, or with 24-hour's notice for any reason. You will not unreasonably deny us entry.
8. **DEFAULT:** You will be in default if you violate the rules, your obligations in this lease, or do not make a rent payment by the 10th of the month. If you are in default, we may cancel this lease and it will end when we give notice to you. You will owe us the reasonable amount incurred to remedy the situation, the rent until the end of the lease term, all collection costs and expenses to evict you, reasonable attorney's fees, and interest at 12% APR on any amount you owe us.
9. **CONDEMNATION:** If any part of the unit is damaged or condemned, rent will be prorated by usable sq. ft if you continue to occupy the unit unless you caused the damage, or within 15 days we can cancel this lease and it will end when we give notice. We will repair the damage within a reasonable time and are entitled to all payments by insurance or the government.
10. **MISCELLANEOUS:** We can delay enforcing any terms of this lease without losing them. You are jointly and severally liable for this lease. Rent is not reduced for interruption of services or utilities. Email/text will be exclusively used, and considered, as adequate written notice. If any provision is invalid or unenforceable, the other provisions will still apply. This lease is binding upon you and us and respective successors, heirs, executors, & administrators. If we sell the property, this lease and your deposit will be assumed by the new owner and we will not have any liability to you after you are notified of the sale. You are responsible for ensuring all paperwork is correctly filed and payments are made on time for your housing assistance program.
11. **LEAD BASED PAINT DISCLOSURE:** Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention. Lessor has no knowledge or reports of lead-based paint and/or lead-based paint hazards in the housing.

### By signing, I certify I have read, understand, & agree to all above terms, and that:
1) I have read and understand the meaning of the automatic renewal clause, 2) Lessee has received copies of all information listed above in the lead-based paint disclosure and has received the pamphlet protect your family from lead in your home and Agent has informed the lessor of the lessor's obligations under 42 U.S.C 4852D and is aware of their responsibility to ensure compliance in the lead-based paint disclosure, &
3) The parties have reviewed the information above and certify, to the best of their knowledge, that it is true and accurate.

Empire Realty Corp

_____        _____

**Tenant(s)**                          **Date**

DINESH KUMAR

Phone: <u>646 204 6586</u>

Email: <u>DINESHTECH @ HOTMAIL.Co</u>

Scanned with OKEN Scanner

## Avon Place Lease

1. **IN THIS LEASE:** "We/us" mean Avon Place, LLC and "you/yours" mean <u>Dinesh Kumar, Kiran Chauhan, Yamika Chauhan</u>

2. **UNIT:** We agree to lease to you, <u>44 Avonwood Rd, Unit 214, Avon, CT 06001</u>

3. **RENT:** <u>$1,850</u> + **ADDITIONAL CHARGE** $<u>300</u> for <u>yearly amenity fee</u> is due via online payment on the 1st, partial months prorated. Balances after the 10th incur a 10% fee.

4. **DEPOSITS:** <u>$1,850</u> is due before the lease begins and must remain paid in full. Deposits, less deductions, are returned upon the latter of 30 days after vacating or 15 days after providing a forwarding address in writing.

5. **TERM:** This lease begins on <u>6/1/2023</u> ends <u>5/31/2024</u> and automatically renews annually unless you provide 30 days' written notice. Early termination incurs a $500 fee and you are liable for the rent until a tenant can assume the lease. When the lease ends, you will vacate the unit, return all keys, unlock the doors, remove your property from the unit & storage, repair any damage caused by you, and have the unit professionally cleaned. Separate arrangements at your own expense must be made to remove furniture or bulky items, as they cannot be left in the unit, storage unit, or outside on the curb or dumpster.

6. **UTILITIES:** No utilities included.

7. **RULES:** You are liable for all penalties related to you/your guests' violations of the rules/laws/lease terms. **2** parking spot(s) are included. Cars must be moved after a snowstorm to clear parking areas of debris or are subject to tow at your expense. Management must be notified of new license plate numbers. The unit may only be used as a private dwelling for you & your children. You may not sublease. Guests can only stay over 2 consecutive nights without management approval. Animals disclosed on the rental application are approved to reside in the unit, but any additional or temporary animals must get written approval prior to visiting the premises. No smoking is allowed on the property. The unit, common areas, fixtures, and appliances must be used reasonably and kept in clean & good condition. Tenants may not supply/use their own washers/dryers. When the heat is on, AC units must be removed, and windows closed. No items/trash are to be stored in common areas at any time, including decorations, toys, bikes, grills, etc. or will be discarded at your expense. You cannot be a disturbance to other tenants. You will not change any walls, floors, locks, appliances, fixtures, or furnishings without written approval. We immediately own any items installed. You are liable for repairing clogged plumbing. There is a $200 charge/lost key. We may enter the unit any time for emergencies, at reasonable times to make necessary repairs or changes, or with 24-hour's notice for any reason. You will not unreasonably deny us entry.

8. **DEFAULT:** You will be in default if you violate the rules, your obligations in this lease, or do not make a rent payment by the 10th of the month. If you are in default, we may cancel this lease and it will end when we give notice to you. You will owe us the reasonable amount incurred to remedy the situation, the rent until the end of the lease term, all collection costs and expenses to evict you, reasonable attorney's fees, and interest at 12% APR on any amount you owe us.

9. **CONDEMNATION:** If any part of the unit is damaged or condemned, rent will be prorated by usable sq. ft if you continue to occupy the unit unless you caused the damage, or within 15 days we can cancel this lease and it will end when we give notice. We will repair the damage within a reasonable time and are entitled to all payments by insurance or the government.

10. **MISCELLANEOUS:** We can delay enforcing any terms of this lease without losing them. You are jointly and severably liable for this lease. Rent is not reduced for interruption of services or utilities. Email/text will be exclusively used, and considered, as adequate written notice. If any provision is invalid or unenforceable, the other provisions will still apply. This lease is binding upon you and us and respective successors, heirs, executors, & administrators. If we sell the property, this lease and your deposit will be assumed by the new owner and we will not have any liability to you after you are notified of the sale. You are responsible for ensuring all paperwork is correctly filed and payments are made on time for your housing assistance program.

11. **LEAD BASED PAINT DISCLOSURE:** Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention. Lessor has no knowledge or reports of lead-based paint and/or lead-based paint hazards in the housing.

### By signing, I certify I have read, understand, & agree to all above terms, and that:

1) I have read and understand the meaning of the automatic renewal clause, 2) Lessee has received copies of all information listed above in the lead-based paint disclosure and has received the pamphlet protect your family from lead in your home and Agent has informed the lessor of the lessor's obligations under 42 U.S.C 4852D and is aware of their responsibility to ensure compliance in the lead-based paint disclosure, & 3) The parties have reviewed the information above and certify, to the best of their knowledge, that it is true and accurate.

Empire Realty Corp        _Kerri Bonchord_

_____          06/01/2023          Phone: __6462046586__
Tenant(s)                        Date

_____          _Yamika_             Email: __DINESHTECH@HOTMAIL.COM__
Tenant(s)                        Date                 License Plates: _____

Scanned with OKEN Scanner



**0093**

51-57/119 CT
21131

Date

Pay to the
Order of

$

Dollars

Security
Features
Details on
Back.

**BANK OF AMERICA**

ACH R/T 011900571

For

AUTHORIZED SIGNATURE AUTHORIZED SIGNATURE AUTHORIZED SIGNATURE AUTHORIZED SIGNATURE AUTHORIZED SIGNATURE AUTHORIZED SIGNATURE

MP

Harland Clarke

AMERICA THE BEAUTIFUL