UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE                                                                                    Chapter 11

    AVON PLACE LLC,                                                     Case No.  25-41368 (JMM)

    Debtor.
----------------------------------------------------------x

## ORDER EXTENDING EXCLUSIVE PERIODS

Upon the oral application ("Application") made by Avon Place LLC ("Debtor") at the hearing held before this Court on July 16, 2025 to extend the Debtor's exclusive periods under section 1121 of the Bankruptcy Code to file a plan and solicit acceptances, and there being no objection to the Application, and upon entire record of this case, and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the 120 Day Exclusive Period is extended through and including August 22, 2025; and it is further

ORDERED, that the 180 Day Exclusive Period is extended through and inclduing October 21, 2025.



Dated: July 22, 2025
    Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge