1                          K. O'Hehir

2          Q     Did you know if you reviewed at

3     any point in time any communication between the

4     borrower and Bankwell before Avonwood purchased

5     the loan?

6          A     I did not see any communications

7     with anyone from the debtor, no.

8          Q     Did you ever ask for any default

9     notices served by Bankwell on the debtor?

10         A     My understanding from them was

11    that they had not served a notice.  So I did

12    not request a copy.

13         Q     You say that was your

14    understanding.  How did that become your

15    understanding?

16         A     Phone call probably.

17         Q     Do you know who that phone call

18    was with?

19         A     Probably either Chris or

20    Constantine.

21         Q     Who is Constantine?

22         A     Constantine is an employee of

23    Bankwell bank.  I can't remember his title.

24         Q     Is that Constantine Grinberg or

25    error somebody else?

52

1                          K. O'Hehir

2          Q      Did you ever request that Bankwell

3    not settle with the debtor?

4          A      No.

5          Q      Between the LOI and your closing

6    in February of 2025, did you ever contact or

7    communicate directly with the debtor?

8          A      No.

9          Q      Were you aware of any payments

10   being made by the debtor out-of-pocket to pay

11   for repair costs to the property?

12         A      No.

13         Q      Prior to the closing in 2025 by

14   Avonwood, do you know if the subject loans were

15   ever declared in default?

16         A      What does that mean?

17         Q      Are you aware of any communication

18   between Bankwell and the debtor declaring the

19   loan in default?

20                MR. MANDELSBERG:   Objection.

21         A      There was no default notice

22   provision in the loan docs.  I previously

23   testified that I had not seen communication

24   between the debtor and Bankwell pre-closing.

25         Q      Post-closing are you aware of any

77

1                         K. O'Hehir

2    from Bankwell, was it received digitally, in

3    hard copy or both?

4         A . Digitally.

5         Q    How was that digital file

6    transmitted?

7         A    They have some system for sharing

8    large files.  I believe it's called Share File.

9         Q    Do you know if Bankwell maintains

10   their loan file in any sort of specialized

11   software?

12        A    I don't know.

13        Q    When you received this loan file,

14   were the documents in PDF, Word or something

15   else or some combination?

16        A    I believe the documents such as

17   the loan documents were in PDF format and the

18   debtor supplied financials were in Excel

19   spreadsheets.

20        Q    Did you do an in-person closing in

21   February of 2025?

22        A    No.

23        Q    How did this loan close?

24             MR. MANDELSBERG:  Objection.

25        A    Sorry, could you maybe repeat the

1                     K. O'Hehir

2    question, clarified a little bit?

3         Q    Can you explain to me how the

4    closing occurred if it was not in person?

5         A    Sure.  The funds were sent via a

6    wire transfer the day of closing and the

7    original note and mortgage and guarantee and so

8    forth were overnighted or sent per FedEx

9    overnight with the assignment and the allonge

10   and so forth.

11        Q    Is the allonge affixed to the

12   note?

13        A    Yes.

14        Q    Did you receive an allonge for

15   both notes or just one?

16        A    I don't recall.

17        Q    Where is the original loan file

18   currently?

19        A    With Ford & Paulekas.

20        Q    And those are lawyers, correct?

21        A    Correct.

22             MS. CARUSO: I'm going to show you

23        now what I'm marking as Debtor's Exhibit

24        B.  This is another proof of claim.

25             (Thereupon, proof of claim was

K. O'Hehir

1

2    sale for the proposed confirmation here?

3        A    Yes, I did, I did skim that last

4    week.

5        Q    And do you recall seeing how much

6    the property is in contract to sell for

7    pursuant to that contract?

8        A    I believe the purchase price is

9    40.7 million.

10       Q    Given the contract, are you still

11   of the belief that the value is consistent with

12   the CBRE report?

13           MR. MANDELSBERG:  Objection.

14       Q    In your opinion?

15           MR. MANDELSBERG:  Objection.

16           You can answer.

17       A    I think the best representation of

18   fair market value is what someone is willing to

19   pay for something.  I will say that the best --

20   my only qualification is that it should be a

21   transaction that is closed, right.  An

22   appraiser does not do comps on the basis of

23   what people say they will pay for something.

24   Certainly if that transaction does transpire as

25   contemplated in the purchase and sale agreement