**In Re. Avon Place LLC**
**Case No. 25-41368**

### Statement of Cash Receipts and Disbursements

#### Jul-25

| Receipts: | Amount | Memo |
|---|---|---|
| | 196,292.64 | Rental Income |
| **Total Receipts:** | $ 196,292.64 | |

| | Amount | Memo |
|---|---|---|
| | 21,098.83 | Hamlin Contracting |
| | 6,229.26 | All Waste |
| | 120.40 | Bank Fee |
| | 877.39 | Century Pools |
| | 2,118.48 | Comcast |
| | 33,926.00 | Bankruptcy Advisory Fees |
| | 58,571.56 | Insurance |
| | 7,660.00 | Landscaping |
| | 113,343.39 | Loan Payment |
| | 15,431.55 | Payroll |
| | 3,744.00 | Cleaning |
| | 17,004.00 | Maint |
| | 60.00 | Shipping |
| **Total Disbursements:** | $ 280,184.86 | |

**Avon Place LLC**
**Case 1-25-41368-jmm**
**Monthly Varience Report**
**Jul-25**

| | 6/29/2025 | 7/6/2025 | 7/13/2025 | 7/20/2025 | Budget | Actual | Varience | Varience % |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Rental Income | $156,000.65 | $78,000.32 | $26,000.11 | $13,000.05 | $273,001.13 | $162,319.45 | ($110,681.68) | 59% |
| **Total Income** | **$156,000.65** | **$78,000.32** | **$26,000.11** | **$13,000.05** | **$273,001.13** | **$162,319.45** | **($110,681.68)** | **59%** |
| | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| Advertising | $535.71 | $535.71 | $535.71 | $535.71 | $2,142.84 | 180.40 | $1,962.44 | 92% |
| All Waste | $888.14 | $888.14 | $888.14 | $888.14 | $3,552.56 | 6,229.26 | ($2,676.70) | -75% |
| Bouras Landscaping | $3,073.00 | $3,073.00 | $3,073.00 | $3,073.00 | $12,292.00 | 7,660.00 | $4,632.00 | 38% |
| Bramans Pest | $107.14 | $107.14 | $107.14 | $107.14 | $428.56 | | $428.56 | 100% |
| Century Pools | $214.29 | $214.29 | $214.29 | $214.29 | $857.16 | 877.39 | ($20.23) | -2% |
| Comcast | $234.36 | $234.36 | $234.36 | $234.36 | $937.44 | 2,118.48 | ($1,181.04) | -126% |
| Hamlin Contracting | $1,785.71 | $1,785.71 | $1,785.71 | $1,785.71 | $7,142.84 | 21,098.83 | ($13,955.99) | -195% |
| Insurance | $3,402.98 | $3,402.98 | $3,402.98 | $3,402.98 | $13,611.92 | 58,571.56 | ($44,959.64) | -330% |
| Kings Communication | $42.86 | $42.86 | $42.86 | $42.86 | $171.44 | | $171.44 | 100% |
| Maintenance & Repair | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $10,000.00 | 17,004.00 | ($7,004.00) | -70% |
| Property Management Fee (2%) | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $14,400.00 | | $14,400.00 | 100% |
| Orange Cleaning | $602.80 | $602.80 | $602.80 | $602.80 | $2,411.20 | 3,744.00 | ($1,332.80) | -55% |
| Otis Elevator | $185.71 | $185.71 | $185.71 | $185.71 | $742.84 | | $742.84 | 100% |
| Payroll | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $12,500.00 | 15,431.55 | ($2,931.55) | -23% |
| Bankruptcy Advisory Fees (CRO) | $40,000.00 | $0.00 | $0.00 | $0.00 | $40,000.00 | 33,926.00 | $6,074.00 | 15% |
| Taxes | $12,625.00 | $12,625.00 | $12,625.00 | $12,625.00 | $50,500.00 | | $50,500.00 | 100% |
| Utilities (Water/Sewer/Electric/Gas) | $8,214.29 | $8,214.29 | $8,214.29 | $8,214.29 | $32,857.16 | | $32,857.16 | 100% |
| **Tota Operating Expenses** | **$81,136.99** | **$41,136.99** | **$41,136.99** | **$41,136.99** | **$204,547.96** | **$166,841.47** | **$37,706.49** | **-134%** |
| | | | | | | | | |
| **Net Operating Income** | **$74,863.66** | **$36,863.33** | **($15,136.88)** | **($28,136.94)** | **$68,453.17** | **($4,522.02)** | **($148,388.17)** | **193%** |
| | | | | | | | | |
| **Debt Service** | | | | | | | | |
| Loan Payment & LOC PMT | $0.00 | $113,343.39 | $0.00 | $0.00 | $113,343.39 | $113,343.39 | $0.00 | 0% |
| **Total Debt Service** | **$0.00** | **$113,343.39** | **$0.00** | **$0.00** | **$113,343.39** | **$113,343.39** | **$0.00** | **0%** |
| | | | | | | | | |
| **Net Cash Flow** | **$35,003.31** | **($124,880.27)** | **($24,536.94)** | **($34,536.94)** | **($148,950.84)** | **($117,865.41)** | **$31,085.43** | **79%** |





# Income Statement

7/1/2025 - 7/31/2025, By Month, Cash basis

Prepared By: Empire Realty USA Corp

## Avon Place

| Account | 07-2025 | Total |
|---|---|---|
| **Income** | | |
| Convenience Fee | 229.49 | 229.49 |
| Late Fee Income | 700.00 | 700.00 |
| Other Income | 25.00 | 25.00 |
| Rent Income | 180,977.00 | 180,977.00 |
| **Total** Income | **$181,931.49** | **$181,931.49** |
| **Net Operating Income** | **$181,931.49** | **$181,931.49** |
| **Net Income** | **$181,931.49** | **$181,931.49** |



# Rent Paid

### 7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| **Avon Place** | | | | | | | | | |
| 44-101 | Ganga Gudi metla | 10/27/2024 | 10/31/2025 | 1,800.00 | 0.00 | 1,800.00 | 1,800.00 | 0.00 | 1,800.00 |
| 44-102 | Vilmary Pastr ana | 1/1/2025 | 12/31/2025 | 2,000.00 | 0.00 | 2,000.00 | 4,000.00 | 84.39 | 4,084.39 |
| 44-105 | Narcisa Mino | 6/20/2025 | 6/19/2026 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 |
| 44-108 | William Ryan | 5/1/2025 | 4/30/2026 | 1,850.00 | 0.00 | 1,850.00 | 4,699.00 | 0.00 | 4,699.00 |
| 44-109 | Mubulayi Je an-Claude Di yoka | 11/1/2025 | 10/31/2025 | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
| 44-206 | Martin Garci a, Marie Garc ia | 10/1/2022 | 4/30/2026 | 1,800.00 | 0.00 | 1,800.00 | 3,600.00 | 0.00 | 3,600.00 |
| 44-213* | John Barisan o | 10/17/2024 | 10/31/2025 | 1,950.00 | 0.00 | 1,950.00 | 0.00 | 0.00 | 0.00 |
| 44-305 | Lawrence Fri el | 10/1/2022 | 4/30/2026 | 1,950.00 | 0.00 | 1,950.00 | 1,950.00 | 0.00 | 1,950.00 |



# Rent Paid

### 7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 46-A | Karen Cosgrove | 10/1/2022 | At will | 1,475.00 | 0.00 | 1,475.00 | 1,475.00 | 0.00 | 1,475.00 |
| 46-B | Tammy Samperi | 10/1/2022 | At will | 1,450.00 | 25.00 | 1,475.00 | 1,475.00 | 44.10 | 1,519.10 |
| 47-101 | Venkata Simharaja | 10/1/2022 | 8/31/2025 | 1,950.00 | 0.00 | 1,950.00 | 3,970.00 | 0.00 | 3,970.00 |
| 47-102 | Yamileth Norberto | 10/11/2023 | At will | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 |
| 47-103 | Mercy Nyaata | 6/1/2023 | At will | 2,500.00 | 0.00 | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 |
| 47-104 | Devon Root | 12/28/2022 | 12/31/2025 | 1,750.00 | 0.00 | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 |
| 47-105 | Julia Cipriani | 6/1/2025 | 5/31/2026 | 2,050.00 | 0.00 | 2,050.00 | 2,050.00 | (2,050.00) | 0.00 |
| 47-107 | Tom Preston | 10/1/2022 | 1/31/2026 | 1,700.00 | 0.00 | 1,700.00 | 1,700.00 | 0.00 | 1,700.00 |
| 47-108 | Sandy Knight | 10/1/2022 | 8/31/2025 | 1,415.00 | 0.00 | 1,415.00 | 1,415.00 | 0.00 | 1,415.00 |
| 47-109 | Alexander Nguyen | 10/1/2022 | 11/30/2025 | 2,050.00 | 0.00 | 2,050.00 | 2,050.00 | 0.00 | 2,050.00 |



# Rent Paid

### 7/1/2025 - 7/31/2025, Avon Place

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 47-110* | frank moynihan, sharon moynihan | 4/1/2024 | 4/30/2026 | 1,950.00 | 0.00 | 1,950.00 | 1,950.00 | 0.00 | 1,950.00 |
| 47-111 | Joshua Popielarczyk | 7/13/2023 | 11/30/2025 | 1,875.00 | 0.00 | 1,875.00 | 1,875.00 | 0.00 | 1,875.00 |
| 47-112 | Idrissa Thioune | 10/1/2022 | At will | 1,900.00 | 0.00 | 1,900.00 | 1,900.00 | 0.00 | 1,900.00 |
| 47-114 | Laura Fern | 10/1/2022 | 5/31/2026 | 1,875.00 | 25.00 | 1,900.00 | 1,900.00 | 0.00 | 1,900.00 |
| 47-115 | Karissa Kudile, jeffrey kudile | 8/1/2024 | At will | 2,125.00 | 0.00 | 2,125.00 | 2,125.00 | 0.00 | 2,125.00 |
| 47-116 | Ravinder Rishi | 10/1/2022 | 11/30/2025 | 2,150.00 | 0.00 | 2,150.00 | 2,150.00 | 0.00 | 2,150.00 |
| 47-118 | Sara Thanh, Chanthan Thanh | 1/1/2024 | 12/31/2025 | 1,750.00 | 0.00 | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 |
| 47-119* | Amanda Ortiz | 11/1/2023 | 10/31/2025 | 2,400.00 | 0.00 | 2,400.00 | 2,743.00 | 0.00 | 2,743.00 |
| 47-120 | Vijay Krishna | 2/5/2023 | 11/30/2025 | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |



# Rent Paid

7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 47-201 | Wayne Dero y | 4/1/2024 | At will | 1,850.00 | 0.00 | 1,850.00 | 1,850.00 | 0.00 | 1,850.00 |
| 47-202 | Asha Ismail | 9/1/2024 | 8/31/2025 | 1,925.00 | 0.00 | 1,925.00 | 1,925.00 | 0.00 | 1,925.00 |
| 47-203* | Dana Baig | 5/1/2024 | 4/30/2026 | 2,400.00 | 0.00 | 2,400.00 | 3,450.00 | 0.00 | 3,450.00 |
| 47-204 | Barbara Pain e | 11/4/2022 | 10/31/2025 | 1,925.00 | 25.00 | 1,950.00 | 1,950.00 | 0.00 | 1,950.00 |
| 47-205 | Makayla Hod der, Corbett e Berger | 5/1/2025 | 10/31/2026 | 2,200.00 | 0.00 | 2,200.00 | 2,200.00 | 87.38 | 2,287.38 |
| 47-207 | Kathleen Ro mano, Nicho las Ramano | 12/1/2023 | 11/30/2025 | 1,700.00 | 50.00 | 1,750.00 | 1,800.00 | 0.00 | 1,800.00 |
| 47-208 | Sriram Sures h | 12/21/2022 | 12/31/2025 | 1,800.00 | 0.00 | 1,800.00 | 1,800.00 | 0.00 | 1,800.00 |
| 47-209 | Karthik Jayar aman | 10/1/2022 | At will | 1,800.00 | 0.00 | 1,800.00 | 1,800.00 | 0.00 | 1,800.00 |
| 47-210 | Felipe Rodri guez, Ronni e Palma | 3/1/2024 | 2/28/2026 | 2,050.00 | 0.00 | 2,050.00 | 3,075.00 | 1,050.00 | 4,125.00 |



# Rent Paid

### 7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 47-211* | Elizabeth Soker | 12/16/2022 | 1/31/2026 | 1,750.00 | 0.00 | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 |
| 47-212 | Cole Haymond | 10/1/2022 | At will | 2,100.00 | 0.00 | 2,100.00 | 4,200.00 | 100.00 | 4,300.00 |
| 47-213 | Damaris Sanchez | 2/1/2024 | At will | 2,500.00 | 0.00 | 2,500.00 | 2,370.00 | 667.50 | 3,037.50 |
| 47-215 | Rhonda Harrington | 7/1/2025 | 6/30/2026 | 1,925.00 | 0.00 | 1,925.00 | 1,925.00 | 962.00 | 2,887.00 |
| 47-217 | Akia Freeman | 7/1/2025 | 7/10/2026 | 2,100.00 | 0.00 | 2,100.00 | 0.00 | 0.00 | 0.00 |
| 47-218 | Peter Luro | 7/1/2025 | 6/30/2026 | 1,925.00 | 0.00 | 1,925.00 | 1,925.00 | 2,887.50 | 4,812.50 |
| 47-219 | Josefina Tolo | 10/1/2022 | 5/31/2026 | 2,550.00 | 25.00 | 2,575.00 | 851.00 | 0.00 | 851.00 |
| 47-220 | Quincy Biggs | 9/1/2023 | 8/31/2025 | 2,125.00 | 0.00 | 2,125.00 | 2,125.00 | 0.00 | 2,125.00 |
| 47-301 | Noelle Hill | 3/1/2025 | 2/28/2026 | 1,925.00 | 0.00 | 1,925.00 | 1,925.00 | 0.00 | 1,925.00 |



# Rent Paid

7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | | Amount Paid | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 47-302 | Bhavana Thakur, Vishal Singh Thakur, Kaashvi Thakur | 4/1/2023 | 10/31/2025 | 1,975.00 | 0.00 | 1,975.00 | 1,975.00 | 1,975.00 | 3,950.00 |
| 47-303 | Dorcas Mensah | 10/1/2022 | At will | 2,500.00 | 0.00 | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 |
| 47-305 | Linda March | 10/1/2022 | 7/22/2025 | 1,950.00 | 0.00 | 1,950.00 | 0.00 | 0.00 | 0.00 |
| 47-306 | Adam Arakelian | 3/20/2023 | At will | 1,925.00 | 0.00 | 1,925.00 | 1,925.00 | 0.00 | 1,925.00 |
| 47-307 | Joseph Kadima, Gerdy Antoine | 4/1/2025 | 3/31/2026 | 1,925.00 | 0.00 | 1,925.00 | 1,925.00 | 0.00 | 1,925.00 |
| 47-309 | Kwame Appiah, Love Amoah | 3/30/2023 | At will | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
| 47-310* | Tara Dean, Christopher Porylo | 5/1/2024 | 4/30/2026 | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
| 47-312 | Rick Thomas | 10/1/2022 | 11/30/2025 | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |



# Rent Paid

### 7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 47-313 | Lora Anderson, Andrei Atsian | 2/1/2025 | 1/31/2026 | 1,925.00 | 0.00 | 1,925.00 | 3,850.00 | 0.00 | 3,850.00 |
| 47-314 | Amy Arlin | 10/1/2022 | At will | 2,150.00 | 0.00 | 2,150.00 | 2,150.00 | 0.00 | 2,150.00 |
| 47-315 | Douglas Brown | 10/1/2022 | At will | 2,150.00 | 0.00 | 2,150.00 | 2,150.00 | 0.00 | 2,150.00 |
| 47-316 | Miguel Espada | 1/1/2024 | At will | 2,250.00 | 0.00 | 2,250.00 | 800.00 | 0.00 | 800.00 |
| 47-317 | Bwana Yusuf | 6/1/2023 | At will | 3,100.00 | 0.00 | 3,100.00 | 2,363.00 | 0.00 | 2,363.00 |
| 47-318 | Rachel Kennedy | 3/10/2023 | At will | 2,450.00 | 0.00 | 2,450.00 | 2,450.00 | 0.00 | 2,450.00 |
| 47-319* | Venkata Miriyala, Diyana Miriyala | 10/1/2022 | At will | 1,850.00 | 0.00 | 1,850.00 | 1,850.00 | 0.00 | 1,850.00 |
| 47-320 | Travis Schoen | 8/1/2024 | At will | 1,925.00 | 0.00 | 1,925.00 | 1,925.00 | 0.00 | 1,925.00 |
| 48-103 | Rohit Kumar | 10/1/2022 | At will | 2,350.00 | 0.00 | 2,350.00 | 2,350.00 | 0.00 | 2,350.00 |
| 48-104 | Kenneth Heyne | 10/1/2022 | At will | 1,725.00 | 0.00 | 1,725.00 | 1,725.00 | 0.00 | 1,725.00 |



# Rent Paid

7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 48-105 | Sheryl Duby | 10/1/2022 | At will | 1,590.00 | 0.00 | 1,590.00 | 3,741.00 | 0.00 | 3,741.00 |
| 48-107 | Erick Hallsten | 7/1/2025 | 6/30/2026 | 1,800.00 | 0.00 | 1,800.00 | 0.00 | 0.00 | 0.00 |
| 48-110 | Rebecca Bowling | 10/1/2022 | 11/30/2025 | 2,025.00 | 0.00 | 2,025.00 | 0.00 | 0.00 | 0.00 |
| 48-111 | Jordan Gomes | 6/1/2024 | At will | 1,700.00 | 0.00 | 1,700.00 | 1,650.00 | 0.00 | 1,650.00 |
| 48-112 | Fabializ Najera, Maria Rivera | 5/1/2024 | At will | 1,950.00 | 0.00 | 1,950.00 | 0.00 | 0.00 | 0.00 |
| 48-114 | Patrick Casey | 11/4/2022 | At will | 2,050.00 | 25.00 | 2,075.00 | 0.00 | 0.00 | 0.00 |
| 48-116 | Jennifer Gomez | 9/1/2023 | 8/31/2025 | 1,840.00 | 0.00 | 1,840.00 | 1,840.00 | 0.00 | 1,840.00 |
| 48-117 | John Parent, Nicole Parent | 12/1/2022 | 5/31/2026 | 1,975.00 | 0.00 | 1,975.00 | 1,000.00 | 0.00 | 1,000.00 |
| 48-118 | Joanne Madsen | 11/15/2022 | At will | 1,700.00 | 0.00 | 1,700.00 | 1,700.00 | 0.00 | 1,700.00 |



# Rent Paid

### 7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| Recurring Charges | | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 48-119* | Kevin Wickstrom, Grace Wickstrom | 6/1/2023 | At will | 2,600.00 | 0.00 | 2,600.00 | 0.00 | 0.00 | 0.00 |
| 48-120 | Michele Kyles | 7/1/2023 | At will | 1,925.00 | 0.00 | 1,925.00 | 0.00 | 0.00 | 0.00 |
| 48-121 | Karla Menjivar, Atilio Lopez | 6/25/2025 | 6/24/2026 | 2,150.00 | 0.00 | 2,150.00 | 0.00 | 0.00 | 0.00 |
| 48-202 | Weiling Li | 2/1/2024 | 1/31/2026 | 1,950.00 | 0.00 | 1,950.00 | (1,950.00) | 0.00 | (1,950.00) |
| 48-203 | Robin Lindsey | 10/1/2022 | At will | 2,250.00 | 25.00 | 2,275.00 | 0.00 | 0.00 | 0.00 |
| 48-204 | Rohitkumar Babulal Patel | 10/31/2024 | 9/30/2025 | 1,600.00 | 0.00 | 1,600.00 | 1,600.00 | 0.00 | 1,600.00 |
| 48-206 | Manickavel Ramar | 10/1/2022 | 8/31/2025 | 1,925.00 | 25.00 | 1,950.00 | 1,925.00 | 25.00 | 1,950.00 |
| 48-209 | Ricardo Ramirez Jr, Stephanie Lanzo-Ramirez | 11/1/2023 | 3/31/2026 | 2,050.00 | 0.00 | 2,050.00 | 2,050.00 | 0.00 | 2,050.00 |
| 48-210 | Hal Sacks | 10/1/2022 | At will | 1,560.00 | 0.00 | 1,560.00 | 1,560.00 | 0.00 | 1,560.00 |



# Rent Paid

### 7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 48-211 | Donna McCormick | 6/1/2024 | At will | 1,600.00 | 0.00 | 1,600.00 | 1,600.00 | 47.84 | 1,647.84 |
| 48-212 | Cassondra Tinley | 12/1/2023 | 11/30/2025 | 2,200.00 | 0.00 | 2,200.00 | 2,200.00 | 65.78 | 2,265.78 |
| 48-215 | Jamyra Alexander | 2/12/2024 | At will | 1,850.00 | 0.00 | 1,850.00 | 0.00 | 0.00 | 0.00 |
| 48-216 | Taylor Wickstrom | 7/1/2025 | 6/30/2026 | 2,150.00 | 0.00 | 2,150.00 | 2,150.00 | 1,075.00 | 3,225.00 |
| 48-217 | Abdullatif Althbyany | 8/1/2024 | At will | 2,050.00 | 0.00 | 2,050.00 | 2,050.00 | 0.00 | 2,050.00 |
| 48-219 | Rhonda Heard | 10/1/2022 | 1/31/2026 | 1,966.00 | 0.00 | 1,966.00 | 1,130.00 | 0.00 | 1,130.00 |
| 48-220 | Victoria Bazzano | 5/1/2025 | 4/30/2026 | 1,925.00 | 0.00 | 1,925.00 | 1,740.00 | 0.00 | 1,740.00 |
| 48-221 | Seenivasan Somasundaram | 10/1/2022 | 4/30/2026 | 1,650.00 | 0.00 | 1,650.00 | 1,650.00 | 0.00 | 1,650.00 |
| 48-302 | Suresh Kumar | 10/1/2022 | At will | 1,930.00 | 0.00 | 1,930.00 | 1,930.00 | 0.00 | 1,930.00 |



# Rent Paid

7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 48-303 | Liyu Han | 4/1/2025 | 3/31/2026 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 |
| 48-305 | Konstantia P apapateras | 10/1/2022 | 4/30/2026 | 1,800.00 | 0.00 | 1,800.00 | 0.00 | 0.00 | 0.00 |
| 48-306 | Elijah Rosent hal | 10/1/2022 | At will | 1,650.00 | 0.00 | 1,650.00 | 1,650.00 | 0.00 | 1,650.00 |
| 48-307 | Max Rook | 10/1/2022 | 3/31/2026 | 2,050.00 | 0.00 | 2,050.00 | 2,050.00 | 0.00 | 2,050.00 |
| 48-308 | Sahirah Muh ammad | 10/1/2022 | At will | 1,950.00 | 0.00 | 1,950.00 | 1,950.00 | 50.00 | 2,000.00 |
| 48-310 | Amanda No wak | 10/1/2022 | 4/30/2026 | 1,700.00 | 0.00 | 1,700.00 | 1,700.00 | (1,700.00) | 0.00 |
| 48-311 | Davien Barn es, Alyssa B erthiaume | 4/1/2024 | 3/31/2026 | 2,200.00 | 0.00 | 2,200.00 | 2,200.00 | 0.00 | 2,200.00 |
| 48-312 | Sheldon Sch wartz | 10/1/2022 | 4/30/2026 | 1,975.00 | 0.00 | 1,975.00 | 1,975.00 | 0.00 | 1,975.00 |
| 48-313 | Waseem Isla m | 6/1/2023 | At will | 2,075.00 | 0.00 | 2,075.00 | 2,075.00 | 0.00 | 2,075.00 |
| 48-314 | Jeffrey Sher man | 10/1/2022 | 1/31/2026 | 1,850.00 | 0.00 | 1,850.00 | 3,700.00 | 0.00 | 3,700.00 |



# Rent Paid

7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| | Recurring Charges | | | Amount Paid | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenant | Lease start | Lease end | Rent | Non-Rent | Total | Rent | Non-Rent | Total |
| 48-315* | Karen Bisset t | 2/1/2023 | At will | 1,850.00 | 0.00 | 1,850.00 | 1,850.00 | 0.00 | 1,850.00 |
| 48-316 | Tania Piment el | 12/1/2024 | 11/30/2025 | 2,050.00 | 0.00 | 2,050.00 | 2,075.00 | 0.00 | 2,075.00 |
| 48-319 | Meaghan En gel, Christop her Cassis | 10/1/2022 | At will | 2,350.00 | 0.00 | 2,350.00 | 2,500.00 | 0.00 | 2,500.00 |
| 48-320 | Bernie Hern andez, Shirle y Hernandez , Rachel Her nandez | 4/28/2023 | 9/30/2025 | 2,150.00 | 0.00 | 2,150.00 | 0.00 | 0.00 | 0.00 |
| **Total** for Avon Place | | | | **$207,026.00** | **$225.00** | **$207,251.00** | **$180,977.00** | **$5,371.49** | **$186,348.49** |
| **Grand total** | | | | **$207,026.00** | **$225.00** | **$207,251.00** | **$180,977.00** | **$5,371.49** | **$186,348.49** |



# Rent Paid

7/1/2025 - 7/31/2025, Avon Place

Prepared By: Empire Realty USA Corp

| Summary | Recurring Charges | | | Amount Paid | | | | |
|---|---|---|---|---|---|---|---|---|
| Property | Rent | Non-Rent | Total | Rent | Non-Rent | Total | Previous balance | Balance due |
| Avon Place | 207,026.00 | 225.00 | 207,251.00 | 180,977.00 | 5,371.49 | 186,348.49 | 83,035.44 | 117,234.44 |
| **Grand total** | **$207,026.00** | **$225.00** | **$207,251.00** | **$180,977.00** | **$5,371.49** | **$186,348.49** | **$83,035.44** | **$117,234.44** |

 **Bank**

America's Most Convenient Bank®

 

T    **STATEMENT OF ACCOUNT**

AVON PLACE LLC
DIP CASE 25-41368 EDNY
3284 N 29TH AVE
HOLLYWOOD FL  33020

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Jul 01 2025-Jul 31 2025 |
| Cust Ref #: | |
| Primary Account #: | xxxx |

## Chapter 11 Checking

AVON PLACE LLC
DIP CASE 25-41368 EDNY

Account # xxxx

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 120,998.04 | Average Collected Balance | 81,489.21 |
| Deposits | 42,630.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,925.00 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 151,737.64 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 98,864.38 | | |
| Electronic Payments | 67,887.09 | | |
| Other Withdrawals | 113,433.39 | | |
| Ending Balance | 37,105.82 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | DEPOSIT | 12,570.00 |
| 07/08 | DEPOSIT | 18,773.00 |
| 07/22 | DEPOSIT | 7,075.00 |
| 07/31 | DEPOSIT | 4,212.00 |
| | Subtotal: | 42,630.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | CCD DEPOSIT, BUILDIUM FUNDING ACH-0730-87D7F | 1,925.00 |
| | Subtotal: | 1,925.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | WIRE TRANSFER INCOMING, EMPIRE YCR LLC | 67,405.64 |
| 07/16 | WIRE TRANSFER INCOMING, EMPIRE YCR LLC EMPIRE YCR RIDGE | 84,332.00 |
| | Subtotal: | 151,737.64 |

**Checks Paid**    No. Checks: 21    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/02 | 104 | 3,653.85 | 07/02 | 107 | 1,440.00 |
| 07/02 | 105 | 2,500.00 | 07/08 | 108 | 1,915.00 |
| 07/02 | 106 | 1,800.00 | 07/11 | 109 | 2,235.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 37,105.82 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

AVON PLACE LLC
DIP CASE 25-41368 EDNY

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Jul 01 2025-Jul 31 2025 |
| Cust Ref #: | 4446984456-039-T-### |
| Primary Account #: | xxxx |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 07/11 | 110 | 2,592.00 | 07/25 | 118 | 2,235.00 |
| 07/14 | 111 | 1,915.00 | 07/29 | 119 | 1,915.00 |
| 07/18 | 112 | 1,800.00 | 07/25 | 120 | 21,098.83 |
| 07/17 | 113 | 1,152.00 | 07/31 | 121 | 1,152.00 |
| 07/15 | 114 | 3,653.85 | 07/31 | 122 | 3,653.85 |
| 07/17 | 115 | 2,500.00 | 07/31 | 123 | 2,500.00 |
| 07/29 | 116 | 1,915.00 | 07/02 | 12806* | 33,926.00 |
| 07/25 | 117 | 3,312.00 | | | |
| | | | | Subtotal: | 98,864.38 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|-------------|-------------|--------|
| 07/01 | CCD DEBIT, FIRST INSURANCE INSURANCE ***-*04237045 | 27,306.06 |
| 07/07 | CCD DEBIT, FIRST INSURANCE INSURANCE ***-*03461216 | 3,815.54 |
| 07/07 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *EB***260374100 | 90.40 |
| 07/14 | ELECTRONIC PMT-WEB, ALL WASTE ACH ***-*24-4575 | 4,433.63 |
| 07/23 | ELECTRONIC PMT-WEB, ALL WASTE ACH ***-*24-4575 | 1,795.63 |
| 07/23 | CCD DEBIT, CENTURY POOL COR SALE | 877.39 |
| 07/24 | ELECTRONIC PMT-TEL, COMCAST-XFINITY CABLE SVCS 1271593 | 1,131.64 |
| 07/24 | ELECTRONIC PMT-TEL, COMCAST-XFINITY CABLE SVCS 1271593 | 558.61 |
| 07/24 | ELECTRONIC PMT-TEL, COMCAST-XFINITY CABLE SVCS 1271594 | 428.23 |
| 07/31 | CCD DEBIT, FIRST INSURANCE INSURANCE ***-*04237045 | 27,449.96 |
| | Subtotal: | 67,887.09 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|-------------|-------------|--------|
| 07/10 | WIRE TRANSFER OUTGOING, Hahn and Hessen LLP Master Escrow | 113,343.39 |
| 07/10 | DEBIT | 60.00 |
| 07/10 | WIRE TRANSFER FEE | 30.00 |
| | Subtotal: | 113,433.39 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 06/30 | 120,998.04 | 07/16 | 99,368.96 |
| 07/01 | 93,691.98 | 07/17 | 95,716.96 |
| 07/02 | 117,777.77 | 07/18 | 93,916.96 |
| 07/03 | 130,347.77 | 07/22 | 100,991.96 |
| 07/07 | 126,441.83 | 07/23 | 98,318.94 |
| 07/08 | 143,299.83 | 07/24 | 96,200.46 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

AVON PLACE LLC
DIP CASE 25-41368 EDNY

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Jul 01 2025-Jul 31 2025 |
| Cust Ref #: | 4446984456-039-T-### |
| Primary Account #: | xxxx |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/10 | 29,866.44 | 07/25 | 69,554.63 |
| 07/11 | 25,039.44 | 07/29 | 65,724.63 |
| 07/14 | 18,690.81 | 07/31 | 37,105.82 |
| 07/15 | 15,036.96 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 01, 2025 through July 31, 2025
Account Number:          0



| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

EMPIRE YCR LLC
466 OCEAN PKWY
BROOKLYN NY 11218-5000

## CHECKING SUMMARY

Chase Performance Business Checking

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| **Beginning Balance** | | **$6,161.51** |
| Deposits and Additions | 74 | 489,828.78 |
| Electronic Withdrawals | 19 | -482,609.28 |
| Fees | 1 | -773.00 |
| **Ending Balance** | **94** | **$12,608.01** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 07/01 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250630 CO Entry Descr:Funding  Sec:CCD   Trace#:091000010515703 Eed:250701   Ind ID:ACH-0630-Fd758          Ind Name:Empire Ycr LLC Trn: 1820515703Tc | $4,550.00 |
| 07/01 | Zelle Payment From Annette Difolco Cofqc2M1R2Sm | 1,850.00 |
| 07/01 | Zelle Payment From Lourdes Galicia De Prieto Bact40V33Bdt | 1,525.00 |
| 07/01 | Zelle Payment From Bianca Pereira Brito De Souza Bacicfyan9Jd | 1,100.00 |
| | | |
| 07/02 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250701 CO Entry Descr:Funding  Sec:CCD   Trace#:091000010947993 Eed:250702   Ind ID:ACH-0701-32Fdd          Ind Name:Empire Ycr LLC Trn: 1830947993Tc | 6,925.00 |
| 07/02 | Zelle Payment From Isabela Yahaly Ferrer Mogollon Bacmzyrxzlsc | 1,200.00 |
| 07/03 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250702 CO Entry Descr:Funding  Sec:CCD   Trace#:091000010019892 Eed:250703   Ind ID:ACH-0702-C2Fb2          Ind Name:Empire Ycr LLC Trn: 1840019892Tc | 35,550.00 |
| 07/03 | Zelle Payment From Reyna Perez Bacgyy4Ik4W2 | 2,700.00 |
| 07/03 | Zelle Payment From Abraham A Ruiz Pabba Bacxf7Ew20Bi | 1,200.00 |
| 07/03 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250702 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000029916826 Eed:250703   Ind ID:Cc-0702-73363          Ind Name:Empire Ycr LLC Trn: 1849916826Tc | 1,081.40 |
| 07/03 | Zelle Payment From Brian R Kinder Mntcomldptix | 700.00 |
| 07/07 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250703 CO Entry Descr:Funding  Sec:CCD   Trace#:091000011585939 Eed:250707   Ind ID:ACH-0703-Eb8D5          Ind Name:Empire Ycr LLC Trn: 1881585939Tc | 7,590.00 |
| 07/07 | Zelle Payment From Chan Talukder Bacpp770U2U9 | 2,700.00 |



July 01, 2025 through July 31, 2025

# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/07 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250706 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000024098444 Eed:250707  Ind ID:Cc-0706-1A44B        Ind Name:Empire Ycr LLC Trn: 1884098444Tc | 2,471.76 |
| 07/07 | Zelle Payment From Herlin Lopez Flores Bacsfpbqw6Pi | 2,350.00 |
| 07/07 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250703 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000020074630 Eed:250707  Ind ID:Cc-0703-Faff5        Ind Name:Empire Ycr LLC Trn: 1880074630Tc | 2,240.03 |
| 07/07 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250704 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000023319839 Eed:250707  Ind ID:Cc-0704-04E50        Ind Name:Empire Ycr LLC Trn: 1883319839Tc | 1,647.84 |
| 07/07 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250705 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000023319605 Eed:250707  Ind ID:Cc-0705-1Fd08        Ind Name:Empire Ycr LLC Trn: 1883319605Tc | 1,587.77 |
| 07/07 | Zelle Payment From Ernestina Galicia Prado Bacdehmnyb1S | 1,400.00 |
| 07/07 | Zelle Payment From Beatriz Pelcastre Carrillo 25371684399 | 1,150.00 |
| 07/07 | Zelle Payment From Juan Amaison Wfct0Yzhgn5P | 1,000.00 |
| ███ | ████████████████████████████████████████████ | |
| 07/08 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250707 CO Entry Descr:Funding   Sec:CCD   Trace#:091000011979049 Eed:250708  Ind ID:ACH-0707-B185C        Ind Name:Empire Ycr LLC Trn: 1891979049Tc | 9,025.00 |
| 07/08 | Zelle Payment From Demario Sampson 3A70Jfp6Hir5 | 400.00 |
| 07/09 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250708 CO Entry Descr:Funding   Sec:CCD   Trace#:091000014189162 Eed:250709  Ind ID:ACH-0708-73Fe5        Ind Name:Empire Ycr LLC Trn: 1904189162Tc | 28,459.45 |
| 07/09 | Zelle Payment From Elizabeth Cahuas Galvez Wfct0Yzxvfbw | 2,750.00 |
| 07/09 | Zelle Payment From Ahmed Kelani Bacyqol9Yzpd | 1,850.00 |
| 07/09 | Zelle Payment From Leonardo Urribarri Coello Bacry6Bukfnj | 1,200.00 |
| 07/09 | Zelle Payment From Demario Sampson 3A70Jfq7Nll9 | 400.00 |
| 07/10 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250709 CO Entry Descr:Funding   Sec:CCD   Trace#:091000019742645 Eed:250710  Ind ID:Cc-0709-Ae8E2        Ind Name:Empire Ycr LLC Trn: 1919742645Tc | 5,695.55 |
| 07/10 | Zelle Payment From Maria Jamison Bacea4E2Gxra | 2,650.00 |
| 07/10 | Zelle Payment From Francy Mora Lopez Bach1Ifcrlmv | 1,650.00 |
| 07/10 | Zelle Payment From Edgar Posada Bolivar Bactkspb9N7E | 1,600.00 |
| 07/10 | Zelle Payment From Lady Ydler Linares Bacl3Kyv6Zhl | 1,600.00 |
| 07/10 | Zelle Payment From Margeory Reverol Garcia Bachlkdw8P7I | 1,400.00 |
| 07/10 | Zelle Payment From Jose Rincon Montero Wfct0Z24Xj9F | 1,275.00 |
| 07/10 | Zelle Payment From Edgar Posada Wfct0Z223Gvs | 1,000.00 |
| 07/10 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250709 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000020551146 Eed:250710  Ind ID:Cc-0709-D143B        Ind Name:Empire Ycr LLC Trn: 1910551146Tc | 535.55 |
| 07/10 | Zelle Payment From Demario Sampson 3A70Jfr8Emsq | 400.00 |
| 07/11 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250710 CO Entry Descr:Funding   Sec:CCD   Trace#:091000010910713 Eed:250711  Ind ID:ACH-0710-8Aa1A        Ind Name:Empire Ycr LLC Trn: 1920910713Tc | 17,205.00 |
| 07/11 | Zelle Payment From Maurice Thomas Ctz0Jfr8Mpep | 2,290.00 |
| 07/11 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250710 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000028729747 Eed:250711  Ind ID:Cc-0710-D8Ec3        Ind Name:Empire Ycr LLC Trn: 1928729747Tc | 1,647.84 |
| 07/11 | Zelle Payment From Wilianny Petit Martinez Bacuhgk1Ncur | 1,400.00 |
| 07/14 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250711 CO Entry Descr:Funding   Sec:CCD   Trace#:091000012879043 Eed:250714  Ind ID:ACH-0711-0B02D        Ind Name:Empire Ycr LLC Trn: 1952879043Tc | 16,600.11 |
| 07/14 | Orig CO Name:Buildium        Orig ID:7201463633 Desc Date:250712 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000027635784 Eed:250714  Ind ID:Cc-0712-C65Df        Ind Name:Empire Ycr LLC Trn: 1957635784Tc | 3,759.14 |





July 01, 2025 through July 31, 2025

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/14 | Zelle Payment From Celita Scottjones Baclr9laogrp | 1,050.00 |
| 07/14 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250711 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000022314741 Eed:250714  Ind ID:Cc-0711-C334C                Ind Name:Empire Ycr LLC Trn: 1952314741Tc | 751.29 |
| 07/15 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250714 CO Entry Descr:Funding  Sec:CCD   Trace#:091000018888674 Eed:250715  Ind ID:ACH-0714-2411D              Ind Name:Empire Ycr LLC Trn: 1968888674Tc | 12,421.80 |
| 07/15 | Zelle Payment From Aston Logan Bacajrhgzjg9 | 1,500.00 |
| 07/15 | Zelle Payment From Michael Barbosa Svb0Jfwcg3Qk | 1.00 |
| 07/16 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250715 CO Entry Descr:Funding  Sec:CCD   Trace#:091000013754745 Eed:250716  Ind ID:ACH-0715-47CCD              Ind Name:Empire Ycr LLC Trn: 1973754745Tc | 3,829.68 |
| | ███████████████████████████████████████████ | |
| 07/17 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250716 CO Entry Descr:Funding  Sec:CCD   Trace#:091000019145797 Eed:250717  Ind ID:ACH-0716-Daf29              Ind Name:Empire Ycr LLC Trn: 1989145797Tc | 675.00 |
| 07/17 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250716 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000029344174 Eed:250717  Ind ID:Cc-0716-Ba9Fc                Ind Name:Empire Ycr LLC Trn: 1989344174Tc | 154.49 |
| 07/18 | Zelle Payment From Deliani Yaneth Bolivar Peroza Backos1Fk8MI | 1,350.00 |
| 07/18 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250717 CO Entry Descr:Funding  Sec:CCD   Trace#:091000019488571 Eed:250718  Ind ID:ACH-0717-7Ec7B              Ind Name:Empire Ycr LLC Trn: 1999488571Tc | 249.89 |
| 07/21 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250718 CO Entry Descr:Funding  Sec:CCD   Trace#:091000011846839 Eed:250721  Ind ID:ACH-0718-3Eb8D              Ind Name:Empire Ycr LLC Trn: 2021846839Tc | 4,640.00 |
| 07/21 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250718 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000021176604 Eed:250721  Ind ID:Cc-0718-E258B                Ind Name:Empire Ycr LLC Trn: 2021176604Tc | 1,184.39 |
| 07/21 | Zelle Payment From Aston Logan Bacb638Zvphk | 900.00 |
| 07/21 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250719 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000027549129 Eed:250721  Ind ID:Cc-0719-9D178               Ind Name:Empire Ycr LLC Trn: 2027549129Tc | 154.49 |
| 07/22 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250721 CO Entry Descr:Funding  Sec:CCD   Trace#:091000011726781 Eed:250722  Ind ID:ACH-0721-9F879              Ind Name:Empire Ycr LLC Trn: 2031726781Tc | 1,525.00 |
| 07/23 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250722 CO Entry Descr:Funding  Sec:CCD   Trace#:091000016049779 Eed:250723  Ind ID:ACH-0722-4A276              Ind Name:Empire Ycr LLC Trn: 2046049779Tc | 2,575.00 |
| 07/24 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250723 CO Entry Descr:Funding  Sec:CCD   Trace#:091000019407947 Eed:250724  Ind ID:ACH-0723-1D577              Ind Name:Empire Ycr LLC Trn: 2059407947Tc | 1,075.00 |
| 07/25 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250724 CO Entry Descr:Funding  Sec:CCD   Trace#:091000014701359 Eed:250725  Ind ID:ACH-0724-175Db              Ind Name:Empire Ycr LLC Trn: 2064701359Tc | 3,600.00 |
| 07/25 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250724 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000025170163 Eed:250725  Ind ID:Cc-0724-02852               Ind Name:Empire Ycr LLC Trn: 2065170163Tc | 1,338.87 |
| 07/28 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250726 CO Entry Descr:Xxxxxxxxxxsec:CCD   Trace#:021000021073040 Eed:250728  Ind ID:Cc-0726-C2Ad5               Ind Name:Empire Ycr LLC Trn: 2091073040Tc | 566.44 |
| 07/29 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250728 CO Entry Descr:Funding  Sec:CCD   Trace#:091000015236301 Eed:250729  Ind ID:ACH-0728-7443D              Ind Name:Empire Ycr LLC Trn: 2105236301Tc | 4,290.00 |



July 01, 2025 through July 31, 2025

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/30 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:250729 CO Entry Descr:Funding  Sec:CCD      Trace#:091000017016798 Eed:250730  Ind ID:ACH-0729-Deb27          Ind Name:Empire Ycr LLC Trn: 2117016798Tc | 1,885.00 |
| 07/31 | Zelle Payment From Leonardo Urribarri Coello Bacmnqpbu6Yv | 1,200.00 |
| 07/31 | Zelle Payment From Beatriz Pelcastre Carrillo 25672711298 | 1,150.00 |
| **Total Deposits and Additions** | | **$489,828.78** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | ███████████ █ ███████ | |
| 07/02 | 07/02 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: Avon Place LLC Hollywood FL 32020 US Imad: 0702Mmqfmp2N023362 Trn: 3449005183Es | 67,405.64 |
| 07/03 | 07/03 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Pleasant Valley Brooklyn NY 11230 US Imad: 0703Mmqfmp2K034056 Trn: 3864865184Es | 42,000.00 |
| | ████ ███ ████████████ | |
| 07/07 | Orig CO Name:Buildium          Orig ID:0007251021 Desc Date:250703 CO Entry Descr:8884141988Sec:CCD      Trace#:021000020630768 Eed:250707  Ind ID: Ind Name:Jacob Rudich 2641124907816 Trn: 1880630768Tc | 1,639.26 |
| 07/08 | ████████████ | ██████ |
| 07/08 | 07/08 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Pleasant Valley Brooklyn NY 11230 US Imad: 0708Mmqfmp2N014619 Trn: 3285065189Es | 25,000.00 |
| | ████ ████████████ | |
| 07/09 | 07/09 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Pleasant Valley Brooklyn NY 11230 US Imad: 0709Mmqfmp2L031573 Trn: 3627575190Es | 35,000.00 |
| | ████ ████████████ | |
| 07/11 | 07/11 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Pleasant Valley Brooklyn NY 11230 US Imad: 0711Mmqfmp2K011293 Trn: 3231351912Es | 37,000.00 |



July 01, 2025 through July 31, 2025

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/28 | Orig CO Name:Buildium      Orig ID:3201463633 Desc Date:250725 CO Entry<br>Descr:Funding  Sec:CCD   Trace#:091000017422335 Eed:250728  Ind ID:ACH-0725-F82D6<br>Ind Name:Empire Ycr LLC Trn: 2097422335Tc | 1,450.00 |
| 07/31 | Orig CO Name:Buildium      Orig ID:3201463633 Desc Date:250730 CO Entry<br>Descr:Funding  Sec:CCD   Trace#:091000012586881 Eed:250731  Ind ID:ACH-0730-86Dbe<br>Ind Name:Empire Ycr LLC Trn: 2122586881Tc | 225.00 |
| **Total Electronic Withdrawals** | | **$482,609.28** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01 | Service Charges For The Month of June | $773.00 |
| **Total Fees** | | **$773.00** |

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $23,790.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 07/01 | $11,296.31 | 07/14 | 23,012.02 | 07/23 | 2,677.70 |
| 07/02 | 2,015.67 | 07/15 | 33,817.62 | 07/24 | 3,752.70 |
| 07/03 | 1,247.07 | 07/16 | 37,647.30 | 07/25 | 8,691.57 |
| 07/07 | 20,926.75 | 07/17 | 24,367.39 | 07/28 | 7,808.01 |
| 07/08 | 1,111.55 | 07/18 | 22,698.82 | 07/29 | 12,098.01 |
| 07/09 | 771.00 | 07/21 | 29,577.70 | 07/30 | 13,983.01 |
| 07/10 | 18,577.10 | 07/22 | 31,102.70 | 07/31 | 12,608.01 |
| 07/11 | 851.48 | | | | |

## SERVICE CHARGE SUMMARY

Chase Performance Business Checking Accounts Included:  00000000000825783076, 00000000000825783092

| | |
|------|--------|
| Maintenance Fee | $30.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $425.00 |
| **Total Service Charges** | **$455.00**  Will be assessed on 8/1/25 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 30 |
| Deposits / Credits | 74 |
| Deposited Items | 0 |
| **Total Transactions** | **104** |





July 01, 2025 through July 31, 2025

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT** 000000662356929 | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 104 | 0 | 104 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$30.00** |
| **Other Fees** | | | | | |
| Electronic Credits | 74 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 30 | 250 | 0 | $0.40 | $0.00 |
| Online Domestic Wire Fee | 19 | 2 | 17 | $25.00 | $425.00 |
| Domestic Incoming Wire Fee | 1 | 0 | 1 | $0.00 | $0.00 |
| **Total Service Charge (Will be assessed on 8/1/25)** | | | | | **$455.00** |
| **ACCOUNT** 000000662356929 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Credits | 35 | | | | |
| Non-Electronic Transactions | 17 | | | | |
| Online Domestic Wire Fee | 8 | | | | |
| Domestic Incoming Wire Fee | 1 | | | | |
| **ACCOUNT** 000000825783076 | | | | | |
| Electronic Credits | 21 | | | | |
| Non-Electronic Transactions | 9 | | | | |
| Online Domestic Wire Fee | 7 | | | | |
| **ACCOUNT** 000000825783092 | | | | | |
| Electronic Credits | 18 | | | | |
| Non-Electronic Transactions | 4 | | | | |
| Online Domestic Wire Fee | 4 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit<sup>SM</sup> are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---