| Information to identify the case: | | |
|---|---|---|
| Debtor | Avon Place LLC | EIN: 88–3898331 |
| | Name | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: 11   3/21/25 |
| Case number: | 1–25–41368–jmm | |

# NOTICE OF ENTRY OF ORDER CONFIRMING
# CHAPTER 11 PLAN OF REORGANIZATION

**NOTICE IS HEREBY GIVEN THAT:**

In accordance with Bankruptcy Rule 2002, an order was signed on 9/17/25 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office at:

271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800


Dated: September 17, 2025


For the Court, Paul Dickson, Clerk of Court


**BLeoc1.jsp** [Notice Confirming Chapter 11 Plan rev. 02/01/17]