# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 9/17/2025 |
| Case: 1−25−41368−jmm | Form ID: 225 | Total: 154 |

**Recipients of Notice of Electronic Filing:**
aty    Andrea Caruso    acaruso@ssrga.com
aty    Mark A. Frankel    mfrankel@bfklaw.com
aty    Scott A Krinsky    skrinsky@bfklaw.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Avon Place LLC    710 Avenue L    Brooklyn, NY 11230
aty    Backenroth Frankel & Krinsky, LLP    488 Madison Ave.    23rd Floor    New York, NY
smg    United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220
smg    NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240
smg    NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205
smg    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408
10510417    44 Avonwood Road Credit LLC    200 Pemberwick Road    Greenwich, CT 06831
10478550    44 Avonwood Road Credit LLC    c/o Ford & Paulekas, LLP    280 Trumbull Street    Hartford, CT 06103
10484105    44 Avonwood Road Credit LLC    c/o Thompson Coburn LLP    488 Madison Avenue    New York, NY 10022
10478551    Abdullatif Althbyany    48 Avonwood Rd.    217    Avon, CT 06001
10478552    Adam Arakelian    47 Avonwood Rd.    306    Avon, CT 06001
10478554    Ahron Rudich    710 Avenue L    Brooklyn    NY 11230
10478553    Ahron Rudich    710 Avenue L    Brooklyn, NY
10478555    Alexander Nguyen    47 Avonwood Rd.    109    Avon, CT 06001
10478556    All Waste    143 Murphy Rd.    Hartford, CT 06114
10478557    Altbanq Lending LLC    477 Madison Avenue    24th Floor    New York, NY 10022
10478558    Amanda Nowak    48 Avonwood Rd.    310    Avon, CT 06001
10478559    Amy Arlin    47 Avonwood Rd.    314    Avon, CT 06001
10526552    Andrew Triggle    55 Dorset Xing    55 Dorset Xing, Unit 325    Simsbury, CT 06070    Simsbury, CT 06070
10526525    Arvindbhai S Patel    15 kingsbridge    Avon, CT 06001
10478560    Asha Ismail    47 Avonwood Rd.    202    Avon, CT 06001
10478561    Ashish Sinha    48 Avonwood Rd.    121    Avon, CT 06001
10539011    Avon Place LLC    c/o SLADKUS REICH GREENBERG ATLAS LLP    444 Madison Avenue    New York, New York 10022
10503095    Bankwell Bank    c/o Polsinelli PC    600 Third Ave – 42 FL    New York, NY 10016
10478562    Barbara Paine    47 Avonwood Rd.    204    Avon, CT 06001
10478563    Benjamin Potok    747 Farmington Avenue    New Britain, CT 06053
10478564    Bernie Hernandez, Shirley Hernandez, Rachel H    48 Avonwood Rd.    320    Avon, CT 06001
10478565    Bouras Landscaping    255 Main Street    Unionville, CT 06085
10478566    Braman Pest Control    111Phoenix Crossing    Bloomfield, CT 06002
10478567    Breanna Macomber, Colin Dwyer    48 Avonwood Rd.    113    Avon, CT 06001
10478573    CNG    76 Meadow St    East Hartford, CT 06108
10478576    CT Water    93 W Main Street    Clinton, CT 06413
10478568    Call the Bee    7 Eastview Drive    Farmington, CT 06032
10478569    Carmen Baig    47 Avonwood Rd.    203    Avon, CT 06001
10478570    Cassondra Tinley    48 Avonwood Rd.    212    Avon, CT 06001
10478571    Chelsea Walsh, Brian Miller    48 Avonwood Rd.    207    Avon, CT 06001
10478572    City of New York    c/o New York City Law Dept    100 Church St    New York, NY 10007
10478574    Cole Haymond    47 Avonwood Rd.    212    Avon, CT 06001
10478575    Comcast    81 Albany Turnpike    Canton, CT 06019
10526012    Connecticut Natural Gas Corporation    Connecticut Natural Gas Corp    76 Meadow Street    East Hartford CT 06108
10526334    Conny, Inc., dba Orange Cleaning Services    1175 State Street Suite 204    New Haven, CT 06511
10524358    D Rahbyn Morris    410 Emmett street    Unit 43    Bristol CT 06010,
10526743    David Ossorio    114 Hilltop Dr    Weatogue, CT
10478577    Davien Barnes, Alyssa Berthiaume    48 Avonwood Rd.    311    Avon, CT 06001
10526166    Debra Rahbyn Morris    410 Emmett Street, Unit 43    Bristol, CT 06010
10478578    Devon Root    47 Avonwood Rd.    104    Avon, CT 06001
10478579    Devon Winn    47 Avonwood Rd.    217    Avon, CT 06001
10478580    Donna McCormick    48 Avonwood Rd.    211    Avon, CT 06001
10478581    Dorcas Mensah    47 Avonwood Rd.    303    Avon, CT 06001
10478582    Douglas Brown    47 Avonwood Rd.    315    Avon, CT 06001
10478583    Elijah Rosenthal    48 Avonwood Rd.    306    Avon, CT 06001
10478584    Elizabeth Soker    47 Avonwood Rd.    211    Avon, CT 06001
10478585    Elliot Pollock    48 Avonwood Rd.    216    Avon, CT 06001

```
10478586   Eversource         107 Selden Street Berlin, CT 06037       Berlin, CT 06037
10478587   Fabializ Najera, Maria Rivera      48 Avonwood Rd.     112        Avon, CT 06001
10478588   Felipe Rodriguez, Ronnie Palma     47 Avonwood Rd.     210        Avon, CT 06001
10478589   Frank Moynihan, Sharon Moynihan    47 Avonwood Rd.     110        Avon, CT 06001
10526850   Ganga Bhavani Gudimetla     44 Avonwood Rd, 314     Avon, CT 06001
10524664   Ganga Bhavani Gudimetla     44 Avonwood Road Apt 101      Avon, CT 06001
10478590   Gayane Genov, Gregoriy Genov       48 Avonwood Rd.     218        Avon, CT 06001
10478591   Hamlin Contracting     275 Ridge Road       Wethersfield, CT 06109
10478592   Idrissa Thioune      47 Avonwood Rd.     112     Avon, CT 06001
10478593   Internal Revenue Service       POB 7346       Philadelphia, PA 19101
10478594   Jaagruti Mishra      48 Avonwood Rd.     317     Avon, CT 06001
10526851   James Lattizori      POB 1587       Simsbury, CT 06070
10495533   Jeffrey DeManche       15 Tanager Circle       Tariffville, CT 06081      ,
10478595   Jeffrey Sherman      48 Avonwood Rd.     314     Avon, CT 06001
10478596   Jennifer Gomez       48 Avonwood Rd.     116     Avon, CT 06001
10526746   Jiji Murikkoli Puthanpurayil    1412 Ravens Crest Dr      PLAINSBORO, NJ 08536
10525354   Joanne H. Madsen     48 Avonwood Rd. Apt 118       Avon, CT 06001
10478597   Joanne Madsen        48 Avonwood Rd.     118     Avon, CT 06001
10500312   John Hassan       44 Ardmore Road Apt. 3      West Hartford, CT 06119
10478598   John Parent, Nicole Parent     48 Avonwood Rd.     117     Avon, CT 06001
10478599   John Pendleton       48 Avonwood Rd.     208     Avon, CT 06001
10478600   Jordan Gomes         48 Avonwood Rd.     111     Avon, CT 06001
10478601   Joshua McLamb        48 Avonwood Rd.     108     Avon, CT 06001
10478602   Joshua Popielarczyk    47 Avonwood Rd.     111     Avon, CT 06001
10526860   Judith & McNally & Kathryn A Rickson−McNally    75 Avonwood Rd    Apt B21    Avon CT
           06001
10478603   Karen Cosgrove       46 Avonwood Rd.     46−A    Avon, CT 06001
10478604   Karissa Kudile, Jeffrey Kudile     47 Avonwood Rd.     115     Avon, CT 06001
10478605   Karthik Jayaraman     47 Avonwood Rd.     209     Avon, CT 06001
10478606   Kathleen Romano, Nicholas Ramano   47 Avonwood Rd.     207     Avon, CT 06001
10525350   Kenneth E. Heyne      Kenneth Heyne     48 Avonwood Rd, Apt 104      Avon, CT 06001
10478607   Kenneth Heyne        48 Avonwood Rd.     104     Avon, CT 06001
10478608   Kevin Wickstrom, Grace Wickstrom    48 Avonwood Rd.     119     Avon, CT 06001
10478609   Kirby Huget       48 Avonwood Rd.     205     Avon, CT 06001
10478610   Konstantia Papapateras     48 Avonwood Rd.     305     Avon, CT 06001
10478611   Kwame Appiah, Love Amoah       47 Avonwood Rd.     309     Avon, CT 06001
10478612   Kyle Pisko        47 Avonwood Rd.     218     Avon, CT 06001
10478613   Laura Fern        47 Avonwood Rd.     114     Avon, CT 06001
10478614   Linda March       47 Avonwood Rd.     305     Avon, CT 06001
10478615   Lindsey Smith, Skylar Fox, Lilli Jones    47 Avonwood Rd.     216     Avon, CT 06001
10478616   Lora Anderson, Andrei Atsian      47 Avonwood Rd.     313     Avon, CT 06001
10478617   Manickavel Ramar      48 Avonwood Rd.     206     Avon, CT 06001
10478618   Mary Ellen Jenson     48 Avonwood Rd.     106     Avon, CT 06001
10478619   Max Rook       48 Avonwood Rd.     307     Avon, CT 06001
10478620   Meaghan Engel, Christopher Cassis   48 Avonwood Rd.     319     Avon, CT 06001
10478621   Mercy Nyaata      47 Avonwood Rd.     103     Avon, CT 06001
10478622   Michael Sullivan     47 Avonwood Rd.     117     Avon, CT 06001
10526762   Mukund Palsikar      64 Avonwood Road     B13     Avon, CT 06001
10478623   Muthukrishnan, Krishnasamy Sundararajan    48 Avonwood Rd.     109     Avon, CT 06001
10478628   NYC Dept Bldgs       280 Broadway       New York, NY 10007
10478629   NYC Dept Env. Prot.      59−17 Junction Blvd Fl 13      Elmhurst, NY 11373
10478630   NYC Dept. Finance     375 Pearl Street 30th Fl     Attn: Legal Affairs     Brooklyn, NY 11201
10478631   NYC Housing Pres. Dev.      100 Gold St     New York, NY 10038
10478632   NYC Water Board      POB 11863       Newark, NJ 07101
10478633   NYS Attorney General     28 Liberty St.     New York, NY 10005
10526407   Naveen Arya       64 Avonwood Road     Apt C9     Avon, CT 06001
10526755   Neeraj Gupta      33 Andrea Ln     Avon, CT 06001
10478624   New England Yankee Construction LLC     34 High Street       West Haven, CT 06516
10525796   New England Yankee Construction, LLC     Christopher Godek     34 High Street    West Haven CT
           06516
10555680   New England Yankee Construction, LLC     ROBINSON & COLE LLP     Attn Margaret A. Goggins    666
           Third Avenue, 20th Floor     New York, NY 10017
10478625   New Haven Villages LLC      710 Avenue L       Brooklyn, NY 11230
10478626   New York State Dept Finance     Bankruptcy Unit      POB 5300     Albany, NY 12205
10478627   Noelle Hill       47 Avonwood Rd.     301     Avon, CT 06001
10478634   Office of United States Trustee     One Bowling Green      New York, NY 10007
10478635   Orange Cleaning      1175 State Street      New Haven, CT 06511
10478636   Otis Elevator      1 Carrier Place      Farmington, CT 06032
10478637   Quincy Biggs      47 Avonwood Rd.     220     Avon, CT 06001
10478638   Rachel Kennedy       47 Avonwood Rd.     318     Avon, CT 06001
10478639   Ravinder Rishi       47 Avonwood Rd.     116     Avon, CT 06001
10478640   Rebecca Bowling      48 Avonwood Rd.     110     Avon, CT 06001
10478641   Rick Thomas       47 Avonwood Rd.     312     Avon, CT 06001
10478642   Robin Lindsey        48 Avonwood Rd.     203     Avon, CT 06001
10478643   Rohit Kumar       48 Avonwood Rd.     103     Avon, CT 06001
10478644   Rohitkumar Babulal Patel     48 Avonwood Rd.     204     Avon, CT 06001
10526412   Rohitkumar Patel      45 Griffin rd S     Bloomfield, CT 06002
10478645   Sahirah Muhammad     48 Avonwood Rd.     308     Avon, CT 06001
```

```
10478646   Sandy Knight          47 Avonwood Rd.        108        Avon, CT 06001
10478647   Sara Thanh, Chanthan Thanh       47 Avonwood Rd.       118       Avon, CT 06001
10526692   Saurabh Kant      5 Greenwich Lane      Avon, CT 06001
10478648   Seenivasan Somasundaram       48 Avonwood Rd.        221       Avon, CT 06001
10478649   Senthil Chidambaram       47 Avonwood Rd.        206       Avon, CT 06001
10478650   Sheldon Schwartz       48 Avonwood Rd.        312       Avon, CT 06001
10478651   Siji John      47 Avonwood Rd.        214       Avon, CT 06001
10478652   Sriram Suresh       47 Avonwood Rd.        208       Avon, CT 06001
10533837   Sumesh Kumar Thattarambath Naripettil       165 Highridge Rd       Avon, CT 06001
10478653   Suresh Kumar       48 Avonwood Rd.        302       Avon, CT 06001
10478654   Tammy Samperi       46 Avonwood Rd.        B       Avon, CT 06001
10478655   Tania Pimentel       48 Avonwood Rd.        316       Avon, CT 06001
10478656   Tara Dean, Christopher Porylo       47 Avonwood Rd.        310       Avon, CT 06001
10478657   Tom Preston       47 Avonwood Rd.        107       Avon, CT 06001
10478658   Town of Avon       60 W Main Street      Avon, CT 06001
10478659   Travis Schoen       47 Avonwood Rd.        320       Avon, CT 06001
10478660   United States Attorney       1 Saint Andrews Plaza       New York, NY 10007
10478661   United States SEC       Attn: Bankruptcy       200 Vesey St. Suite 400
10478662   Venkata Miriyala, Diyana Miriyala       47 Avonwood Rd.        319       Avon, CT 06001
10478663   Vijay Krishna       47 Avonwood Rd.        120       Avon, CT 06001
10478664   Waseem Islam       48 Avonwood Rd.        313       Avon, CT 06001
10478665   Weiling Li       48 Avonwood Rd.        202       Avon, CT 06001
```

                                                                                                TOTAL: 151